IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK, HARBOR INDUSTRIAL SERVICES, INC., *et al.*<br><br>　　　　　　　　　　　　Defendants. | Civil No: 2:22-cv-427-RBS-LRL |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that James L. Chapman, IV, an attorney with the law firm of Crenshaw, Ware and Martin, P.L.C., and a member in good standing of the United States District Court for the Eastern District of Virginia and the bar of the Supreme Court of Virginia, hereby enters an appearance on behalf of defendant KD Shipyard Repairs, LLC in this matter.

Dated: April 10, 2023

　　　　　　　　　　　　　　　　　　　　/s/ James L. Chapman, IV
　　　　　　　　　　　　　　　　　　　　James L. Chapman, IV, VSB No. 21983
　　　　　　　　　　　　　　　　　　　　CRENSHAW, WARE & MARTIN, P.L.C.
　　　　　　　　　　　　　　　　　　　　150 W. Main Street, Suite 1923
　　　　　　　　　　　　　　　　　　　　Norfolk, Virginia 23510
　　　　　　　　　　　　　　　　　　　　Telephone: (757) 623-3000
　　　　　　　　　　　　　　　　　　　　Facsimile: (757) 623-5735
　　　　　　　　　　　　　　　　　　　　jchapman@cwm-law.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant KD Shipyard Repairs, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of April 2023, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            */s/ James L. Chapman, IV*