IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty

| | |
|---|---|
| **DOUGLAS I. HORNSBY,** Administrator of the Estate of **CYNTHIA GARY,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA, METRO MACHINE CORP.,** d/b/a **GENERAL DYNAMICS NASSCO-NORFOLK, HARBOR INDUSTRIAL SERVICES, INC.,** *et al.*<br><br>Defendants. | Civil No: 2:22-cv-427-RBS-LRL |

## JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS

NOW COMES the Plaintiff, Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary, and the Defendant, KD Shipyard Repairs, LLC ("KD Shipyard"), by and through their undersigned counsel, and jointly move this Honorable Court to extend the time for KD Shipyard to file responsive pleadings to the Amended Complaint filed in this matter until April 28, 2023.

**WHEREFORE,** the Parties respectfully request that the Court grant this Joint Motion and enter the attached Proposed Order. The parties attach as **Exhibit 1** an electronically endorsed copy of their Proposed Order.

Dated: April 10, 2023

                                                        */s/ James L. Chapman, IV*
                                      James L. Chapman, IV, VSB No. 21983
                                      CRENSHAW, WARE & MARTIN, P.L.C.
                                      150 W. Main Street, Suite 1923
                                      Norfolk, Virginia 23510
                                      Telephone: (757) 623-3000
                                      Facsimile: (757) 623-5735
                                      jchapman@cwm-law.com
                                      *Counsel for Defendant KD Shipyard Repairs, LLC*

                                    */s/ Robert J. Haddad*
Robert J. Haddad, Esq., VSB No. 22298
Andrew M. Hendrick, Esq., VSB No. 42852
RULOFF, SWAIN, HADDAD, MORECOCK,
TALBERT & WOODWARD, P.C.
317 30th Street
Virginia Beach, VA 23451
Telephone: (757) 671-6036
Facsimile: (757) 671-6004
rhaddad@srgslaw.com
ahendrick@srgslaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 10th day of April 2023, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                    */s/ James L. Chapman, IV*