# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION
# In Admiralty

| | |
|---|---|
| **DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY,**<br><br>　　　　　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**UNITED STATES OF AMERICA, METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK, HARBOR INDUSTRIAL SERVICES, INC.,** *et al*.<br><br>　　　　　　　　　　　**Defendants.** | **Civil No: 2:22-cv-427-RBS-LRL** |

## AGREED ORDER

NOW COMES the Plaintiff, Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary, and Defendant, KD Shipyard Repairs, LLC ("KD Shipyard"), upon their agreement to extend the time for KD Shipyard to file its responsive pleadings to the Amended Complaint filed in this matter, and for good cause shown, it is

ORDERED that KD Shipyard shall file its responsive pleadings to the Amended Complaint on or before April 28, 2023.

Entered this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

WE ASK FOR THIS:

*s/James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Counsel for Defendant KD Shipyard Repairs, LLC*

SEEN AND AGREED:

*s/Robert J. Haddad*
Robert J. Haddad, Esq., VSB No. 22298
Andrew M. Hendrick, Esq., VSB No. 42852
RULOFF, SWAIN, HADDAD, MORECOCK,
TALBERT & WOODWARD, P.C.
317 30th Street
Virginia Beach, VA 23451
Telephone: (757) 671-6036
Facsimile: (757) 671-6004
rhaddad@srgslaw.com
ahendrick@srgslaw.com
*Counsel for Plaintiff*