UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES of AMERICA, <br><br> METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK, <br><br> HARBOR INDUSTRIAL SERVICES, INC., <br><br> COASTAL MECHANICAL SYSTEMS, LLC, <br><br> ADVANCED INTEGRATED TECHNOLOGIES, LLC, <br><br> KD SHIPYARD REPAIRS, LLC, <br><br> And <br><br> CECO ENVIRONMENTAL CORP., <br><br> Defendants. | **CIVIL ACTION NO. 2:22-CV-427** |

## NOTICE OF APPEARANCE

NOW COMES the undersigned attorney, Jason R. Harris, of Cranfill Sumner, LLP, and hereby gives his Notice of Appearance on behalf of Defendant Coastal Mechanical Systems, LLC, in the above-captioned case.

This the 12th day of April, 2023.

CRANFILL SUMNER LLP

|  |  |
|---|---|
| BY: | /s/  Jason R. Harris |
|  | JASON R. HARRIS |
|  | V.A. State Bar No. 96594 |
|  | 5535 Currituck Dr., Suite 210 |
|  | Post Office Box 1950 |
|  | Wilmington, NC  28402 |
|  | Phone: (910)777-6000 |
|  | Fax: (910)777-6142 |
|  | Email: jharris@cshlaw.com |
|  | *Attorney for Defendant Coastal Mechanical Systems, LLC* |

**4886-5207-2540, v. 2**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th of April, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Robert John Haddad<br>Andrew Mitchell Hendrick<br>Ruloff Swain Haddad Morecock<br>Talbert & Woodward, PC<br>317 30th St.<br>Virginia Beach, VA 23451<br>*Attorneys for Plaintiff* | Garry D. Hartlieb<br>Malinda Robbin Lawrence<br>Darren Earl Myers<br>United States Department of Justice<br>Civil Division<br>175 N Street, NE<br>Suite 8.129<br>Washington, DC 20002<br>*Attorneys for Defendant United States of America* |

This the 12th day of April, 2023.

                                        CRANFILL SUMNER LLP

                                  BY:    /s/ Jason R. Harris_____
                                                          JASON R. HARRIS
                                                           V.A. State Bar No. 96594
                                                           5535 Currituck Dr., Suite 210
                                                           Post Office Box 1950
                                                           Wilmington, NC 28402
                                                           Phone: (910)777-6000
                                                           Fax: (910)777-6142
                                                           Email: jharris@cshlaw.com
                                                           *Attorney for Defendant Coastal Mechanical Systems, LLC*

**4886-5207-2540, v. 2**