UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES of AMERICA,<br><br>METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK,<br><br>HARBOR INDUSTRIAL SERVICES, INC.,<br><br>COASTAL MECHANICAL SYSTEMS, LLC,<br><br>ADVANCED INTEGRATED TECHNOLOGIES, LLC,<br><br>KD SHIPYARD REPAIRS, LLC,<br><br>And<br><br>CECO ENVIRONMENTAL CORP.,<br><br>Defendants. | **CIVIL ACTION NO. 2:22-CV-427** |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

    **NOW COMES** Defendant, Coastal Mechanical Systems, LLC, ("Defendant Coastal") by and through undersigned counsel, and moves this Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure to extend the deadline to answer, object, or otherwise respond to Plaintiff's

Amended Complaint up to **May 4, 2023**. In support of this motion, Defendant shows unto the Court the following:

1. Plaintiff filed its Amended Complaint herein on March 10, 2023 [DE # 21].

2. Defendant was purportedly served with the Summons and Amended Complaint on March 23, 2023.

3. Undersigned was engaged to represent Defendant Coastal in this matter on April 5, 2023.

4. Undersigned requires additional time to meaningfully confer with Defendant Coastal in order to answer, object, or otherwise respond to Plaintiff's Amended Complaint.

5. Undersigned has conferred with counsel for Plaintiff, Andrew M. Hendrick and Robert John Haddad on April 6, 2023, who have no objection to the relief sought in this Motion.

6. Undersigned has conferred with counsel for the United States, Malinda Robbin Lawrence, Garry D. Hartlieb and Darren Earl Myers on April 10, 2023, who also have no objection to the relief sought in this Motion.

7. This matter concerns a fatality that occurred on a United States Vessel that was in the course of repair and rehabilitation work by a general contractor and multiple subcontactors.

8. To Defendant Coastal's knowledge, there were multiple subcontractors onboard the Vessel at the time of the fatal incident, of which some, or all, have been joined via this Amended Complaint.

9. Defendant Coastal continues to investigate its records and information within its control to share with undersigned in order to assist in preparing a meaningful response to the Amended Complaint.

10. The Plaintiff and Defendant United State have agreed to provide undersigned with certain facts and records that are expected to aid Defendant Coastal and undersigned in responding meaningfully to the Amended Complaint.

11. To Defendant Coastal's knowledge the only parties to appear in this action are Plaintiff and Defendant United States of America and, on consultation with them, they have no objection to the relief requested herein.

12. The Parties will not be prejudiced in affording Defendant Coastal this extension of time to respond to the Amended Complaint.

This the 12th day of April, 2023.

                                            **CRANFILL SUMNER LLP**

By: /s/ Jason R. Harris
JASON R. HARRIS
V.A. Bar No. 96594
5535 Currituck Drive, Suite 210
P.O. Box 1950
Wilmington, NC 28402
Telephone (910) 777- 6000
Facsimile (910) 777 – 6111
Email: jharris@cshlaw.com
*Attorney for Defendant Coastal Mechanical Systems, LLC*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the foregoing document MOTION FOR EXTENSION OF TIME with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Robert John Haddad
Andrew Mitchell Hendrick
Ruloff Swain Haddad Morecock
Talbert & Woodward, PC
317 30th St.
Virginia Beach, VA 23451
*Attorneys for Plaintiff*

Garry D. Hartlieb
Malinda Robbin Lawrence
Darren Early Myers
United States Department of Justice
Civil Division
175 N Street, NE
Suite 8.129
Washington, DC 20002
*Attorneys for Defendant United States of America*

This the 12th day of April, 2023.

CRANFILL SUMNER LLP

By:  /s/ Jason R. Harris
     Jason R. Harris