**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>UNITED STATES of AMERICA, <br><br>METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK, <br><br>HARBOR INDUSTRIAL SERVICES, INC., <br><br>COASTAL MECHANICAL SYSTEMS, LLC, <br><br>ADVANCED INTEGRATED TECHNOLOGIES, LLC, <br><br>KD SHIPYARD REPAIRS, LLC, <br><br>And <br><br>CECO ENVIRONMENTAL CORP., <br><br>　　　　Defendants. | **CIVIL ACTION NO. 2:22-CV-427** |

**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

　　　　This cause came before this Court upon Defendant Coastal Mechanical Systems, LLC's Motion for Extension of Time. Upon its consideration, there being no objection thereto by Plaintiff, nor Defendant United States, and upon finding that good cause exists for the relief sought, this Court concludes that this Motion should be granted.

It is therefore **ORDERED** that the Defendant Coastal Mechanical Systems, LLC's shall have until **May 4, 2023,** to answer, object, and/or otherwise respond to Plaintiff's Amended Complaint.

**IT SO ORDERED**, this the _____ day of _____, 2023.

_____