IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty

DOUGLAS I. HORNSBY, Administrator of
the Estate of CYNTHIA GARY,

                                    Plaintiff,

v.                                                      Civil No: 2:22-cv-427-RBS-LRL

UNITED STATES OF AMERICA,
METRO MACHINE CORP., d/b/a
GENERAL DYNAMICS NASSCO-
NORFOLK, HARBOR INDUSTRIAL
SERVICES, INC., *et al.*

                                    Defendants.

## AGREED ORDER

NOW COMES the Plaintiff, Douglas I. Hornsby, Administrator of the Estate of Cynthia

Gary, and Defendant, KD Shipyard Repairs, LLC ("KD Shipyard"), upon their agreement to

extend the time for KD Shipyard to file its responsive pleadings to the Amended Complaint filed

in this matter, and for good cause shown, it is

ORDERED that KD Shipyard shall file its responsive pleadings to the Amended Complaint

on or before April 28, 2023.

Entered this _12th_ day of _April_, 2023.

Lawrence R. Leonard
United States Magistrate Judge

WE ASK FOR THIS:

*s/James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Counsel for Defendant KD Shipyard Repairs, LLC*


SEEN AND AGREED:


*s/Robert J. Haddad*
Robert J. Haddad, Esq., VSB No. 22298
Andrew M. Hendrick, Esq., VSB No. 42852
RULOFF, SWAIN, HADDAD, MORECOCK,
TALBERT & WOODWARD, P.C.
317 30th Street
Virginia Beach, VA 23451
Telephone: (757) 671-6036
Facsimile: (757) 671-6004
rhaddad@srgslaw.com
ahendrick@srgslaw.com
*Counsel for Plaintiff*

2