UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Norfolk_____ DIVISION

Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary

vs.

Advanced Integrated Technologies, LLC

Civil Action No. 2:22cv427

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

  Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
_____
_____

Or

  Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
_____
_____

Or

  Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_Advanced Integrated Technologies, LLC_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

| | |
|---|---|
| 04.12.2023 | /s/ Dustin M. Paul |
| Date | Signature of Attorney or Litigant |
| | Counsel for Advanced Integrated Technologies, LLC |

Rev. 03/12/19