# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                                    Case No.:  2:22cv427

UNITED STATES OF AMERICA, *et al*.,

    Defendants.

## **NOTICE OF APPEARANCE**

    To the Clerk of this Court and all parties of record:

    Enter my appearance as co-counsel in this case for Advanced Integrated Technologies, LLC.  I certify that I am admitted to practice in this Court.

    Dated: April 12, 2023

                                  ADVANCED INTEGRATED TECHNOLOGIES, LLC

                                  */s/ Allison M. Mentch*

Edward J. Powers (VSB No. 32146)
Dustin M. Paul (VSB No. 75287)
Allison M. Mentch (VSB No. 97115)
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St. Suite 500
Norfolk, Virginia, 23510
757-446-8600 (Telephone)
757-446-8670 (Fax)
Edward.Powers@wrvblaw.com
Dustin.Paul@wrvblaw.com
Alli.Mentch@wrvblaw.com
*Counsel for Defendant, Advanced*
*Integrated Technologies, LLC*