IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **DOUGLAS I. HORNSBY, Administrator** of the Estate of CYNTHIA GARY, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **UNITED STATES of AMERICA,** and **METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK, et al.** | ) ) ) ) ) ) |
| **Defendants**. | ) |

Case No. 2:22-cv-427

## NOTICE OF APPEARANCE OF COUNSEL

Please be advised that I, Lynn K. Brugh, IV, Virginia State Bar Number 36778, of the law firm of Williams Mullen, am admitted to practice in this Court and hereby enter an appearance as counsel for Defendant, Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk, in the above-styled matter.

        Respectfully submitted,
        WILLIAMS MULLEN

By:    /s *Lynn K. Brugh, IV*
        Lynn K. Brugh, IV
        Virginia State Bar No. 36778
        Counsel for Defendant
        WILLIAMS MULLEN
        200 South 10th Street, Suite 1600
        Richmond, Virginia 23219
        Telephone: (804) 420-6461
        Facsimile: (804) 420-6507
        lbrugh@williamsmullen.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 18th day of April, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Robert J. Haddad<br>Andrew M. Hendrick<br>RULOFF, SWAIN, HADDAD, MORECOCK, TALBERT & WOODWARD, P.C.<br>317 30th Street<br>Virginia Beach, VA 23451<br>rhaddad@srgslaw.com<br>ahendrick@srgslaw.com<br> *Counsel for Plaintiff* | James L. Chapman, IV<br>CRENSHAW, WARE & MARTIN, P.L.C.<br>150 W. Main Street, Suite 1923<br>Norfolk, Virginia 23510<br>jchapman@cwm-law.com<br> *Counsel for Defendant KD Shipyard Repairs, LLC* |
| Christopher A. Abel<br>Heather R. Pearson<br>Willcox & Savage, P.C.<br>440 Monticello Avenue, Suite 2200<br>Norfolk, Virginia 23510<br>cabel@wilsav.com<br>hpearson@wilsav.com<br> *Counsel for Defendant Harbor Industrial Services, Inc.* | JASON R. HARRIS<br>CRANFILL SUMNER LLP<br>5535 Currituck Dr., Suite 210<br>Post Office Box 1950<br>Wilmington, NC 28402<br>jharris@cshlaw.com<br> *Counsel for Defendant Coastal Mechanical Systems, LLC* |
| Edward J. Powers<br>Dustin M. Paul<br>Allison M. Mentch<br>WOODS ROGERS VANDEVENTER BLACK<br>101 West Main St. Suite 500<br>Norfolk, Virginia, 23510<br>Edward.Powers@wrvblaw.com<br>Dustin.Paul@wrvblaw.com<br>Alli.Mentch@wrvblaw.com<br> *Counsel for Defendant, Advanced Integrated Technologies, LLC* | |

           By:  /s *Lynn K. Brugh, IV*_____
              Lynn K. Brugh, IV
              Virginia State Bar No. 36778
              Counsel for Defendant
              WILLIAMS MULLEN
              200 South 10th Street, Suite 1600
              Richmond, Virginia 23219
              Telephone: (804) 420-6461
              Facsimile: (804) 420-6507
              lbrugh@williamsmullen.com