IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES of AMERICA, and METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK, and HARBOR INDUSTRIAL SERVICES, INC., and COASTAL MECHANICAL SYSTEMS, LLC, and ADVANCED INTEGRATED TECHNOLOGIES, LLC, and KD SHIPYARD REPAIRS, LLC, and CECO ENVIRONMENTAL CORP., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 2:22-cv-427

**DEFENDANT METRO MACHINE CORP. CONSENT MOTION
FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT**

Defendant Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk ("Metro Machine"), by counsel, pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure and Local Rule 7 of of the United States District Court for the Eastern District of Virginia, hereby moves this Court to extend, to May 4, 2023, the time allowed for Metro Machine to answer Plaintiff's Amended Complaint. The motion is filed after the expiration of the time to answer according to the return of service of the Summons and as such Metro Machine describes more fully the events that caused the excusable delay in the Memorandum in Support filed contemporaneously.

Counsel for Metro Machine communicated with Plaintiff's counsel and represents Plaintiff does not oppose the underlying motion and the relief requested. As such, no party will be prejudiced by the extension of time.

**WHEREFORE**, for the reasons stated herein, Defendant Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk, respectfully moves that the requested extension of the time to answer to Plaintiff's Amended Complaint be granted and that the Court enter the attached proposed Order.

        Respectfully submitted,
        METRO MACHINE CORP.,
        D/B/A GENERAL DYNAMICS NASSCO-NORFOLK

By:    /s *Lynn K. Brugh, IV*
       Lynn K. Brugh, IV
       Virginia State Bar No. 36778
       Counsel for Defendant
       WILLIAMS MULLEN
       200 South 10th Street, Suite 1600
       Richmond, Virginia 23219
       Telephone: (804) 420-6461
       Facsimile: (804) 420-6507
       lbrugh@williamsmullen.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of April 2023, I electronically filed the foregoing Motion for Extension of Time with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Robert J. Haddad<br>Andrew M. Hendrick<br>RULOFF, SWAIN, HADDAD, MORECOCK, TALBERT & WOODWARD, P.C.<br>317 30th Street<br>Virginia Beach, VA 23451<br>rhaddad@srgslaw.com<br>ahendrick@srgslaw.com<br>  *Counsel for Plaintiff* | James L. Chapman, IV<br>CRENSHAW, WARE & MARTIN, P.L.C.<br>150 W. Main Street, Suite 1923<br>Norfolk, Virginia 23510<br>jchapman@cwm-law.com<br>  *Counsel for Defendant KD Shipyard Repairs, LLC* |
| Christopher A. Abel<br>Heather R. Pearson<br>Willcox & Savage, P.C.<br>440 Monticello Avenue, Suite 2200<br>Norfolk, Virginia 23510<br>cabel@wilsav.com<br>hpearson@wilsav.com<br>  *Counsel for Defendant Harbor Industrial Services, Inc.* | JASON R. HARRIS<br>CRANFILL SUMNER LLP<br>5535 Currituck Dr., Suite 210<br>Post Office Box 1950<br>Wilmington, NC 28402<br>jharris@cshlaw.com<br>  *Counsel for Defendant Coastal Mechanical Systems, LLC* |
| Edward J. Powers<br>Dustin M. Paul<br>Allison M. Mentch<br>WOODS ROGERS VANDEVENTER BLACK<br>101 West Main St. Suite 500<br>Norfolk, Virginia, 23510<br>Edward.Powers@wrvblaw.com<br>Dustin.Paul@wrvblaw.com<br>Alli.Mentch@wrvblaw.com<br>  *Counsel for Defendant, Advanced Integrated Technologies, LLC* | |

                                                      By:    /s *Lynn K. Brugh, IV*
                                                            Lynn K. Brugh, IV
                                                            Virginia State Bar No. 36778
                                                            Counsel for Defendant
                                                            WILLIAMS MULLEN
                                                            200 South 10th Street, Suite 1600
                                                            Richmond, Virginia 23219
                                                            Telephone: (804) 420-6461
                                                            Facsimile: (804) 420-6507
                                                            lbrugh@williamsmullen.com