**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **DOUGLAS I. HORNSBY, Administrator** of the Estate of **CYNTHIA GARY,**   **Plaintiff,**  v.  **UNITED STATES of AMERICA, METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK,** et al.   **Defendants**. | Case No. 2:22-cv-427 |

**ORDER**

This matter comes before the Court on Defendant Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk's Consent Motion for an Extension of Time to Answer, Plead or Otherwise Respond to Plaintiff's Amended Complaint. Upon consideration of the motion, and finding that no party will suffer prejudice, for good cause shown the Court **GRANTS** the motion. Defendant Metro Machine Corp. d/b/a General Dynamics NASSCO-Norfolk shall have up to and including **May 4, 2023** in which to answer, plead or otherwise respond to the Amended Complaint.

**SO ORDERED**, this the _____ day of _____, 2023.

_____