UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK _____ DIVISION

DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY
_____

                    vs.                     Civil/Criminal Action No. 2:22-cv-427 _____
UNITED STATES of AMERICA, et al.
_____

## FINANCIAL INTEREST DISCLOSURE STATEMENT

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Metro Machine Corp. d/b/a General Dynamics NASSCO-Norfolk
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
General Dynamics Corporation, publicly traded on the NYSE, is the parent  corporation
of Metro Machine Corp. d/b/a General Dynamics NASSCO-Norfolk


Or


      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:



Or


      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

  4/18/2023 _____            /s/ Lynn K. Brugh, IV _____
Date                                        Signature of Attorney or Litigant
                        Counsel for  Defendant _____