**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY,** | |
| **Plaintiff,** | **Civil No: 2:22-cv-427-RBS-LRL** |
| **v.** | |
| **UNITED STATES OF AMERICA, METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK, HARBOR INDUSTRIAL SERVICES, INC., *et al*.** | |
| **Defendants.** | |

**KD SHIPYARD REPAIRS, LLC'S**
<u>**MOTION TO DISMISS**</u>

Defendant KD Shipyard Repairs, LLC ("KDSR"), by counsel, hereby moves this Court to dismiss Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.   In support thereof, KDSR files an accompanying Memorandum in Support.

Dated:  April 28, 2023                                  KD SHIPYARD REPAIRS, LLC

By:  _____/s/ *James L. Chapman, IV*_____
James L. Chapman, IV, VSB No. 21983
Alexander R. McDaniel, VSB No. 92398
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
amcdaniel@cwm-law.com
*Attorneys for KS Shipyard Repair, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of April 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a "Notice of Electronic Filing" to all counsel of record who have consented to electronic service.

         /s/ *James L. Chapman, IV*

James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com