**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **DOUGLAS I. HORNSBY, Administrator** ) <br> of the Estate of **CYNTHIA GARY,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES of AMERICA,** ) <br> and ) <br> **METRO MACHINE CORP., d/b/a** ) <br> **GENERAL DYNAMICS NASSCO-NORFOLK, et al.** ) <br> ) <br> **Defendants**. ) | Case No. 2:22-cv-427 |

**NOTICE OF APPEARANCE OF COUNSEL**

Please be advised that I, John A. Irvin, Virginia State Bar Number 97044, of the law firm of Williams Mullen, am admitted to practice in this Court and hereby enter an appearance as counsel for Defendant, Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk, in the above-styled matter.

                                                Respectfully submitted,
                                                WILLIAMS MULLEN

                              By:     /s *John A. Irvin*
                                        John A. Irvin
                                        Virginia State Bar No. 97044
                                        Counsel for Defendant
                                        WILLIAMS MULLEN
                                        200 South 10th Street, Suite 1600
                                        Richmond, Virginia 23219
                                        Telephone: (804) 420-6140
                                        Facsimile: (804) 420-6507
                                        jirvin@williamsmullen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing ("NEF") to all known counsel of record.

By:    /s *John A. Irvin*
        John A. Irvin
        Virginia State Bar No. 97044
        Counsel for Defendant
        WILLIAMS MULLEN
        200 South 10th Street, Suite 1600
        Richmond, Virginia 23219
        Telephone: (804) 420-6140
        Facsimile: (804) 420-6507
        jirvin@williamsmullen.com