**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

DOUGLAS I. HORNSBY,
ADMINISTRATOR OF THE ESTATE OF
CYNTHIA GARY,

   Plaintiff,

v.                                  Case No. 2:22-cv-00427-RBS-LRL

UNITED STATES OF AMERICA, et al.

   Defendants.

## NOTICE OF APPEARANCE

     Please note that Stanley P. Wellman of the law firm of Harman, Claytor, Corrigan & Wellman, P.C. is admitted or otherwise authorized to practice in this court and notes his appearance in this case as counsel for the Defendant, CECO Environmental Corporation.

                                     **CECO ENVIRONMENTAL
CORPORATION**

                                     By Counsel

/s/
Stanley P. Wellman (VSB No. 27618)
Dannel C. Duddy (VSB No. 72906)
Harman, Claytor, Corrigan & Wellman
P. O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
swellman@hccw.com
dduddy@hccw.com

W. Benjamin Woody (VSB No. 91306)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
bwoody@hccw.com

## C E R T I F I C A T E

       I hereby certify that on the 9th day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who have consented to electronic service.

       /s/
Stanley P. Wellman (VSB No. 27618)
Dannel C. Duddy (VSB No. 72906)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
swellman@hccw.com
sfisher@hccw.com

W. Benjamin Woody (VSB No. 91306)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
bwoody@hccw.com