UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Case No. 2:22cv427 |

## ORDER

Before the Court is Defendant CECO Environmental Corporation's ("CECO") Consent Motion for an Extension of Time to Answer or Otherwise Respond to the Amended Complaint. ECF No. 56. For good cause shown, CECO's Motion is **GRANTED**. CECO shall file a responsive pleading to the Amended Complaint no later than Friday, May 26, 2023.

The Clerk is **DIRECTED** to forward this Order to all counsel of record.

It is so **ORDERED**.

Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
May 11, 2023