IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK, HARBOR INDUSTRIAL SERVICES, INC., *et al.*<br><br>Defendants. | Civil No: 2:22-cv-427-RBS-LRL |

## NOTICE OF REQUEST FOR HEARING

Defendant KD Shipyard Repairs, LLC, by counsel, pursuant to Local Rule 7(E), hereby gives notice that its Motion to Dismiss (D.E. #54) has been fully briefed and requests oral argument on the motion.

Dated: May 19 2023

*/s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
Alexander R. McDaniel, VSB No. 92398
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
amcdaniel@cwm-law.com
*Counsel for Defendant KD Shipyard Repairs, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 19th day of May 2023, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record.

                */s/ James L. Chapman, IV*
              James L. Chapman, IV, VSB No. 21983
              Alexander R. McDaniel, VSB No. 92398
              CRENSHAW, WARE & MARTIN, P.L.C.
              150 W. Main Street, Suite 1923
              Norfolk, Virginia 23510
              Telephone: (757) 623-3000
              Facsimile: (757) 623-5735
              jchapman@cwm-law.com
              amcdaniel@cwm-law.com
              *Counsel for Defendant KD Shipyard Repairs, LLC*