**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

DOUGLAS I. HORNSBY, Administrator of
the Estate of CYNTHIA GARY,

        Plaintiff,

vs.

UNITED STATES of AMERICA,

METRO MACHINE CORP., d/b/a
GENERAL DYNAMICS NASSCO-
NORFOLK,

HARBOR INDUSTRIAL SERVICES, INC.,      **CIVIL ACTION NO. 2:22-CV-427**

COASTAL MECHANICAL SYSTEMS,
LLC,

ADVANCED INTEGRATED
TECHNOLOGIES, LLC,

KD SHIPYARD REPAIRS, LLC,

And

CECO ENVIRONMENTAL CORP.,

        Defendants.

## NOTICE OF REQUEST FOR HEARING

Defendant Coastal Mechanical Systems, LLC, by and through undersigned counsel, and

pursuant to Local Rule 7(E), hereby gives notice that its Motion to Dismiss [DE 58 and 59] has

been fully briefed and requests oral argument on the motion.

Respectfully submitted this the 23rd day of May, 2023.


**CRANFILL SUMNER LLP**


By:      /s/ Jason R. Harris_____
         JASON R. HARRIS
         V.A. Bar No. 96594
         5535 Currituck Drive, Suite 210
         P.O. Box 1950
         Wilmington, NC 28402
         Telephone (910) 777- 6000
         Facsimile (910) 777 – 6111
         Email: jharris@cshlaw.com
         *Attorneys for Defendant Coastal*
         *Mechanical Systems, LLC*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the foregoing document ***Coastal Mechanical Systems, LLC's Notice of Request for Hearing*** with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

This the 23rd day of May, 2023.

CRANFILL SUMNER LLP
By:      /s/ Jason R. Harris_____
          Jason R. Harris