IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY,
ADMINISTRATOR OF THE ESTATE OF
CYNTHIA GARY,

   Plaintiff,

v.                                         Case No. 2:22-cv-00427-RBS-LRL

UNITED STATES OF AMERICA, *et al.*,

   Defendants.

## **DEFENDANT CECO ENVIRONMENTAL CORPORATION'S**
## **MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS COUNT VIII**

Defendant CECO Environmental Corporation, by counsel, asks this Court to Dismiss Count VIII of the Plaintiff's Complaint asserting a claim under Virginia's wrongful death act against CECO. As set forth in the accompanying Memorandum, such claim is barred by operation of maritime law.

                                                    **CECO ENVIRONMENTAL CORP.**

                                                    By Counsel

/s/
Stanley P. Wellman (VSB No. 27618)
Dannel C. Duddy (VSB No. 72906)
W. Benjamin Woody (VSB No. 91306)
Counsel for CECO Environmental Corporation
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
swellman@hccw.com
dduddy@hccw.com
bwoody@hccw.com

## **C E R T I F I C A T E**

  I hereby certify that on the 26th day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

            /s/
            Stanley P. Wellman (VSB No. 27618)
            Dannel C. Duddy (VSB No. 72906)
            W. Benjamin Woody (VSB No. 91306)
            Counsel for CECO Environmental Corp.
            Harman, Claytor, Corrigan & Wellman
            P.O. Box 70280
            Richmond, Virginia  23255
            804-747-5200 - Phone
            804-747-6085 - Fax
            swellman@hccw.com
            dduddy@hccw.com
            bwoody@hccw.com