**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                                                                    Case No.:  2:22cv427

UNITED STATES OF AMERICA, *et al*.,

    Defendants.

### MEMORANDUM IN SUPPORT MOTION FOR WITHDRAWAL

NOW COMES Edward J. Powers, and in support of his Motion for Withdrawal as counsel of record for Defendant Advanced Integrated Technologies, LLC ("AIT"), states as follows:

1. Edward J. Powers will be leaving the law firm of Woods Rogers Vandeventer Black PLC to take an in-house counsel position at the end of June.

2. Dustin M. Paul with the law firm of Woods Rogers Vandeventer Black PLC, will continue to serve as counsel of record on behalf of AIT in this case.

3. The parties will not be prejudiced by the withdrawal of Mr. Powers as counsel of record at this time, and Mr. Powers' withdrawal will not affect any deadlines.

WHEREFORE, Edward J. Powers for the reasons stated above and for good cause shown, respectfully moves to withdraw as counsel for AIT in this action, that the Clerk's Office remove his name from the list of individuals who receive notices through the CM/ECF system for this case, and for such other and further relief as the Court finds appropriate.

Dated: June 8, 2023

                                                   ADVANCED INTEGRATED TECHNOLOGIES, LLC

                                                   */s/ Edward J. Powers*

Edward J. Powers (VSB No. 32146)
Dustin M. Paul (VSB No. 75287)
Allison M. Mentch (VSB No. 97115)
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St. Suite 500
Norfolk, Virginia, 23510
757-446-8600 (Telephone)
757-446-8670 (Fax)
Edward.Powers@wrvblaw.com
Dustin.Paul@wrvblaw.com
Alli.Mentch@wrvblaw.com
*Counsel for Defendant, Advanced Integrated Technologies, LLC*

4891-7140-3869, v. 1