IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                      Case No.: 2:22cv427

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

### ORDER GRANTING MOTION FOR WITHDRAWAL

THIS DAY came Edward J. Powers on his Motion for Withdrawal as counsel of record for Defendant Advanced Integrated Technologies, LLC ("AIT"), in the above-captioned matter.

It appearing to the Court that Edward J. Powers will be leaving the law firm of Woods Rogers Vandeventer Black PLC to take an in-house counsel position at the end of June and Dustin M. Paul with Woods Rogers Vandeventer Black PLC, will continue to serve as counsel of record on behalf of AIT, therefore, the parties will not be prejudiced by the withdrawal of Edward J. Powers as counsel of record.

It is hereby ADJUDGED, ORDERED, and DECREED that Edward J. Powers is granted leave to withdraw as counsel for AIT in this action and that the Clerk's Office remove his name from the list of individuals who receive notices through the CM/ECF system for this case.

Entered:  June 16, 2023

                                                          Lawrence R. Leonard
                                                          United States Magistrate Judge