IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY,
ADMINISTRATOR OF THE ESTATE OF
CYNTHIA GARY,

  Plaintiff,

v.                                            Case No. 2:22-cv-00427-RBS-LRL

UNITED STATES OF AMERICA,

  Defendants.

## CECO ENVIRONMENTAL CORPORATION'S CONSENT MOTION FOR LEAVE FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Defendant CECO Environmental Corporation, by counsel, and with the consent of the Plaintiff, hereby requests this Court accept its Reply Brief as timely filed (ECF No. 79). In support thereof, CECO states as follows:

1. On May 26, 2023, CECO filed its Answer and its Partial Motion to Dismiss.

2. On June 9, 2023, Plaintiff filed his Opposition to CECO's Partial Motion to Dismiss (see ECF No. 77).

3. From June 9 through June 11, the undersigned's access to his firm's server was interrupted due to scheduled maintenance.

4. Due to this interruption, attorney W. Benjamin Woody prepared an initial draft reply brief originating from his laptop's hard drive that was not accessible to the rest of the members of the firm.

5. On June 15, Woody was unexpectedly hospitalized and unable to work. The draft reply had not been shared on the firm's server. See Declaration of W. Benjamin Woody, attached as Exhibit 1.

6. CECO submitted its Reply on June 16, one day late.

7. Excusable neglect exists to extend time for CECO to file its Reply brief, given "the very small length of delay and very minor impact on proceedings." *Pritchett Controls, Inc. v. Hartford Accident & Indem. Co.*, Civil No. CCB-17-2089, 2017 WL 5591872, at *2 (D. Md. Nov. 21, 2017).

8. No prejudice will befall any party, as counsel for Plaintiff has graciously consented to the relief requested.

WHEREFORE, for the foregoing reasons, Defendant CECO Environmental Corporation respectfully requests this Court grant a one-day enlargement of time to file its Reply Brief, that it accept the document filed as ECF No. 79 as timely filed, and for all further relief the Court deems just and proper.

**CECO ENVIRONMENTAL CORP.**

By Counsel

/s/W. Benjamin Woody
W. Benjamin Woody (VSB No. 91306)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
bwoody@hccw.com

Stanley P. Wellman (VSB No. 27618)
Dannel C. Duddy (VSB No. 72906)
Counsel for CECO Environmental Corporation
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
swellman@hccw.com
dduddy@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the 21st day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert J. Haddad, Esq.
Andrew M. Hendrick, Esq.
Ruloff, Swain, Haddad, Morecock, Talbert & Woodward, P.C.
317 30th Street
Virginia Beach, VA 23451
rhaddad@srgslaw.com
ahendrick@srgslaw.com
*Counsel for Plaintiff*

Jason R. Harris, Esq.
Cranfill Sumner, LLP
P. O. Box 1950
Wilmington, NC 28402
jharris@cshlaw.com
*Counsel for Defendant Coastal Mechanical Systems, LLC*

Lynn K. Brugh, IV, Esq.
John Arch Irvin, Esq.
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
lbrugh@williamsmullen.com
jirvin@williamsmullen.com
*Counsel for Defendant Metro Machine Corp. dba General Dynamics NASSCO-Norfolk*

James L. Chapman, IV, Esq.
Alexander Ryan McDaniel, Esq.
Crenshaw, Ware & Martin, PLC
150 West Main Street, Suite 1923
Norfolk, VA 23510-2111
757-623-3000 - Phone
757-623-5735 - Fax
jchapman@cwm-law.com
amcdaniel@cwm-law.com
*Counsel for Defendant KD Shipyard Repairs, LLC*

Malinda R. Lawrence, Esq.
Darren E. Myers, Esq.
United States Department of Justice, Civil Division, Torts Branch, Aviation, Space & Admiralty Litigation
175 N Street N.E., 8th Floor
Washiington, DC 20002
Malinda.R.Lawrence@usdoj.gov
Darren.E.Myers@usdoj.gov

Garry D. Hartlieb, Esq.
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
garry.hartlieb@usdoj.gov
*Cousnel for Defendant United States of America*

Dustin Mitchell Paul, Esq.
Allison M. Mentch, Esq.
Woods Rogers Vandeventer Black, PLC
101 West Main Street, Suite 500
Norfolk, VA 23510
Dustin.Paul@wrvblaw.com
alli.mentch@wrvblaw.com
*Counsel for Defendant Advanced Integrated Technologies, LLC*

Christopher Alan Abel, Esq.
Willcox & Savage, P.C.
Wells Fargo Center
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
cabel@wilsav.com
*Counsel for Defendant Harbor Industrial Services, Inc.*

<u>/s/W. Benjamin Woody</u>
W. Benjamin Woody (VSB No. 91306)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
bwoody@hccw.com

Stanley P. Wellman (VSB No. 27618)
Dannel C. Duddy (VSB No. 72906)
Counsel for CECO Environmental Corporation
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
swellman@hccw.com
dduddy@hccw.com