IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY,
ADMINISTRATOR OF THE ESTATE OF
CYNTHIA GARY,

  Plaintiff,

v.                                           Case No. 2:22-cv-00427-RBS-LRL

UNITED STATES OF AMERICA, *et al.*,

  Defendants.

## **ORDER**

Upon consideration of Defendant CECO Environmental Corporation's Consent Motion for Leave for Extension of Time to File Reply Brief, the materials in support thereof, and the record as a whole,

IT IS HEREBY ORDERED that said Motion is **GRANTED**, and that the document filed in this matter as ECF No. 79 is accepted as timely filed.

ENTER:      /    /

BY: _____
        Hon. Rebecca Beach Smith
        United States District Judge