IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY,
ADMINISTRATOR OF THE ESTATE OF
CYNTHIA GARY,

    Plaintiff,

v.                                  Case No. 2:22-cv-00427-RBS-LRL

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

## ORDER

Upon consideration of Defendant CECO Environmental Corporation's Consent Motion for Leave for Extension of Time to File Reply Brief, the materials in support thereof, and the record as a whole,

IT IS HEREBY ORDERED that said Motion is **GRANTED**, and that the document filed in this matter as ECF No. 79 is accepted as timely filed.

ENTER: June 22, 2023

BY:     /s/
           Rebecca Beach Smith
           Senior United States District Judge

Hon. Rebecca Beach Smith
United States District Judge