IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DOUGLAS I. HORNSBY, ADMINISTRATOR OF THE ESTATE OF CYNTHIA GARY,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES of AMERICA,<br><br>METRO MACHINE, CORP. d/b/a<br>GENERAL DYNAMICS NASSCO-NORFOLK,<br><br>HARBOR INDUSTRIAL SERVICES, INC.,<br><br>COASTAL MECHNICAL SYSTEMS, LLC,<br><br>ADVANCED INTEGRATED TECHNOLOGIES, LLC,<br><br>KD SHIPYARD REPAIRS, LLC<br><br>and<br><br>CECO ENVIRONMENTAL CORP.,<br><br>    Defendants. | Case No. 2:22-cv-427 |

**HARBOR INDUSTRIAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT**

    NOW COMES Harbor Industrial Services, Inc. (hereinafter, "HIS"), by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for the reasons set forth in its Memorandum in Support filed contemporaneously herewith, moves this Court to grant its Motion for Summary Judgment, dismiss with prejudice as much of the claims contained in the Complaint of Plaintiff, Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary, as are pled against HIS, and grant to HIS such other and further relief as this Court deems just and proper.

2

Dated:  June 30, 2023 Respectfully submitted,

By:  */s/ Heather R. Pearson*
    Christopher A. Abel
    (VSB No. 31821)
    Heather R. Pearson
    (VSB No. 97157)
    Willcox & Savage, P.C.
    440 Monticello Avenue, Suite 2200
    Norfolk, Virginia 23510
    Telephone:  757.628.5500
    Facsimile:   757.628.5566
    cabel@wilsav.com
    hpearson@wilsav.com

I-2606940.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all known counsel of record.

                                             */s/ Heather R. Pearson*
Christopher A. Abel
(VSB No. 31821)
Heather R. Pearson
(VSB No. 97157)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone:  757.628.5500
Facsimile:    757.628.5566
cabel@wilsav.com
hpearson@wilsav.com

I-2606940.1