IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                             Case No.:  2:22cv427

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

### MEMORANDUM IN SUPPORT MOTION FOR WITHDRAWAL

NOW COMES Allison M. Mentch, and in support of her Motion for Withdrawal as counsel of record for Defendant Advanced Integrated Technologies, LLC ("AIT"), states as follows:

1. Allison M. Mentch will be leaving the law firm of Woods Rogers Vandeventer Black PLC at the end of August.

2. Dustin M. Paul with the law firm of Woods Rogers Vandeventer Black PLC, will continue to serve as counsel of record on behalf of AIT in this case.

3. The parties will not be prejudiced by the withdrawal of Ms. Mentch as counsel of record at this time, and Ms. Mentch's withdrawal will not affect any deadlines.

WHEREFORE, Allison M. Mentch for the reasons stated above and for good cause shown, respectfully moves to withdraw as counsel for AIT in this action, that the Clerk's Office remove her name from the list of individuals who receive notices through the CM/ECF system for this case, and for such other and further relief as the Court finds appropriate.

                                                    ADVANCED INTEGRATED TECHNOLOGIES, LLC

                                                    */s/ Allison M. Mentch*

Dustin M. Paul (VSB No. 75287)
Allison M. Mentch (VSB No. 97115)
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St. Suite 500
Norfolk, Virginia, 23510
757-446-8600 (Telephone)
757-446-8670 (Fax)
Dustin.Paul@wrvblaw.com
Alli.Mentch@wrvblaw.com
*Counsel for Defendant, Advanced Integrated Technologies, LLC*