IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                              Case No.:  2:22cv427

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

## ORDER GRANTING MOTION FOR WITHDRAWAL

THIS DAY came Allison M. Mentch on her Motion for Withdrawal as counsel of record for Defendant Advanced Integrated Technologies, LLC ("AIT"), in the above-captioned matter.

It appearing to the Court that Allison M. Mentch will be leaving the law firm of Woods Rogers Vandeventer Black PLC at the end of August and Dustin M. Paul with Woods Rogers Vandeventer Black PLC, will continue to serve as counsel of record on behalf of AIT, therefore, the parties will not be prejudiced by the withdrawal of Allison M. Mentch as counsel of record.

It is hereby ADJUDGED, ORDERED, and DECREED that Allison M. Mentch is granted leave to withdraw as counsel for AIT in this action and that the Clerk's Office remove her name from the list of individuals who receive notices through the CM/ECF system for this case.

Entered: 8-16-23

                                                          /s/
                                           Rebecca Beach Smith
                                           Senior United States District Judge
                                           United States District Court Judge

1