IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**Douglas I. Hornsby, Administrator of the
Estate of Cynthia Gray,**

    **Plaintiff,**

v.                                    **Civil Action No.: 2:22cv427**

**United States of America,
Metro Machine, Crop
d/b/a General Dynamics NASSCO-Norfolk,**

**Harbor Industrial Services, Inc.
Coastal Mechanical Systems, LLC,
Advanced Integrated Technologies, LLC,
KD Shipyard Repairs, LLC,
CECO Environment Corp.,**

    **Defendant.**

### JUDGMENT IN A CIVIL CASE

    **Decision by the Court.**   This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that HIS be granted Summary Judgment, that the Estate's claims against HIS contained in the Amended Complaint, are DISMISSED WITH PREJUDICE, and that HIS and the Estate shall bear their own fees and costs incurred in connection with this action to date.

                                                      FERNANDO GALINDO, Clerk

                                                      By: ____/s/_____
                                                          A. Farlow, Deputy Clerk