# Civil Minutes

| | | |
|---|---|---|
| Time Set: | 11:30 a.m. | |
| Start Time: | 11:38 a.m. | |
| End Time: | 12:43 p.m. | |

Douglas I. Hornsby, *Administrator of the Estate of Cynthia Gary*

( X ) Plaintiff  (   ) Government

vs.

United States of America, et al

Defendant(s)

Civil Case Number: 2:22cv427

Date: Sept. 7, 2023

Presiding Judge: Lawrence R. Leonard

Court Reporter: Jody Stewart, OCR

Courtroom Deputy: L. Woodcock

Proceedings:

This matter came before the Court on the Motions to Dismiss (ECF 54, 59 and 73).

Andrew Hendrick and Robert Haddad appeared for the Plaintiff. Alexander McDaniel and James Chapman appeared for KD Shipyard Repairs. Jason Harris appeared for Coastal Mechanical Systems. William Woody appeared for CECO. Also present, Garry Hartlieb for USA, Lynn Brugh for Metro Machine and Dustin Paul for Advanced Integrated Technologies.

Questions by the Court as to the tasks each entity was performing. Responses by Mr. McDaniel, Mr. Haddad, Mr. Harris.

The Court questions Mr. Woody as to the preemption claim. Response by Mr. Hendrick.

Mr. Haddad makes oral motion on the record to amend complaint.

Court to issue R&R.

Court in recess.