## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

**DOUGLAS I. HORNSBY, Administrator**
of the Estate of **CYNTHIA GARY,**

    **Plaintiff,**

**v.**                                                                                                                          **Case No. 2:22cv427**

**UNITED STATES of AMERICA, et al.**

    **Defendants**.

### CONSENT ORDER GRANTING DEFENDANT METRO MACHINE CORP.'S MOTION FOR JUDGEMENT ON THE PLEADINGS WITHOUT PREJUDICE

This matter came before the Court on a Motion for Judgment on the Pleadings under Fed. R. Civ. P. 12(c) filed by Defendant Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk ("NASSCO-Norfolk"). *ECF No. 95*.

As indicated by counsels' endorsement below, NASSCO-Norfolk and the Plaintiff agree and consent that NASSCO-Norfolk's motion should be granted, but that NASSCO-Norfolk should be dismissed without prejudice.

WHEREFORE, on request by the parties and it appearing to the Court appropriate to do so, the Court GRANTS NASSCO-Norfolk's Motion for Judgment on the Pleadings, and Defendant NASSCO-Norfolk is dismissed from this case WITHOUT PREJUDICE, with the Plaintiff and NASSCO-Norfolk each bearing their own fees and costs incurred in connection with this action to date.

IT IS SO ORDERED

Entered this \_\_\_\_\_ day of _____, 2023.

_____
United States District Judge

WE ASK FOR THIS:

\_\_\_\_/s/ Andrew M. Hendrick_____
Robert J. Haddad, Esq.
VSB No. 22298
Andrew M. Hendrick, Esq.
VSB No. 42852
Ruloff, Swain, Haddad, Morecock,
Talbert & Woodward, P.C.
317 30th Street
Virginia Beach, VA 23451
Telephone:  (757) 671-6036
Facsimile: (757) 671-6004
rhaddad@srgslaw.com
ahendrick@srgslaw.com
*Attorneys for Plaintiff*


\_\_\_\_/s/ Lynn K. Brugh, IV_____
John Arch Irvin, Esq.
VSB No. 97044
Lynn Kanaga Brugh, IV, Esq.
VSB No. 36778
Williams Mullen
200 South 10th Street
Suite 1600
Richmond, VA 23219
804-420-6140
jirvin@williamsmullen.com
lbrugh@williamsmullen.com
*Attorneys for Defendant Metro Machine Corp. doing business as General Dynamics NASSCO-Norfolk*