UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY, <br><br>  Plaintiff, <br><br> vs. <br><br> UNITED STATES of AMERICA, <br><br> METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK, <br><br> HARBOR INDUSTRIAL SERVICES, INC., <br><br> COASTAL MECHANICAL SYSTEMS, LLC, <br><br> ADVANCED INTEGRATED TECHNOLOGIES, LLC, <br><br> KD SHIPYARD REPAIRS, LLC, <br><br> And <br><br> CECO ENVIRONMENTAL CORP., <br><br>  Defendants. | **CIVIL ACTION NO. 2:22-CV-427** |

**COASTAL MECHANICAL SYSTEMS, LLC'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

**NOW COMES** Defendant Coastal Mechanical Systems, LLC, ("Coastal") by and through undersigned counsel pursuant to Federal Rule of Civil Procedure 12(c), moves this Court for Judgement on the Pleadings to dismiss Court VIII asserted by Plaintiff Douglas I. Hornsby

Administrator of The Estate of Cynthia Gary in the Amended Complaint.  The grounds for this Motion are set forth in a Memorandum in Support concurrently filed with this Motion.

Respectfully submitted this the 27th day of October, 2023.

**CRANFILL SUMNER LLP**

By:   /s/ Jason R. Harris_____
JASON R. HARRIS
V.A. Bar No. 96594
5535 Currituck Drive, Suite 210
P.O. Box 1950
Wilmington, NC 28402
Telephone (910) 777- 6000
Facsimile (910) 777 – 6111
Email: jharris@cshlaw.com
*Attorney for Defendant Coastal Mechanical Systems, LLC*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the foregoing document *Coastal Mechanical Systems, LLC's Motion for Judgment on the Pleadings* with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Robert John Haddad
Andrew Mitchell Hendrick
Ruloff Swain Haddad Morecock
Talbert & Woodward, PC
317 30th St.
Virginia Beach, VA 23451
rhaddad@srgslaw.com
ahendrick@srgslaw.com
*Attorneys for Plaintiff*

Edward J. Powers
Dustin M. Paul
Allison M. Mentch
Woods Rogers Vanderventer Black
101 West Main St., Suite 500
Norfolk, VA 23510
Edward.Powers@wrvblaw.com.
Dustin.Paul@wrvblaw.com
Alli.Mentch@wrvblaw.com
*Attorneys for Defendant, Advanced Integrated Technologies, LLC*

James L. Chapman, IV
Alexander R. McDaniel
Crenshaw, Ware & Martin, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, VA 23510
jchapman@cwm-law.com
amcdaniel@cwm-law.com
*Attorneys for Defendant KD Shipyard Repairs, LLC*

Lynn K. Brugh, IV
John A. Irvin
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA 23219
lbrugh@williamsmullen.com
jirvin@williamsmullen.com
*Attorneys for Defendant Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk*

W. Benjamin Woody
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, VA 22314
bwoody@hccw.com
*Attorney for Defendant, CECO Environmental Corporation*

Garry D. Hartlieb
Malinda Robbin Lawrence
Darren Earl Myers
United States Department of Justice
Civil Division
175 N Street, NE
Suite 8.129
Washington, DC 20002
Garry.hartlieb@usdoj.gov
Malinda.r.lawrence@usdoj.gov
Darren.e.myers@usdoh.gov
*Attorneys for Defendant United States of America*

This the 27th day of October, 2023.

CRANFILL SUMNER LLP

By:   /s/ Jason R. Harris_____
      Jason R. Harris