IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY,
ADMINISTRATOR OF THE ESTATE OF
CYNTHIA GARY,

  Plaintiff,

v.                                          Case No. 2:22-cv-00427-RBS-LRL

UNITED STATES OF AMERICA, *et al.*,

  Defendants.

## DEFENDANT CECO ENVIRONMENTAL CORPORATION'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

    Defendant CECO Environmental Corporation, by counsel and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, hereby submits this Motion for Judgment on the Pleadings for the reasons stated in the forthcoming Memorandum of Law.

                                                        **CECO ENVIRONMENTAL CORP.**

                                                        By Counsel

/s/W. Benjamin Woody
W. Benjamin Woody (VSB No. 91306)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
bwoody@hccw.com

Stanley P. Wellman (VSB No. 27618)
Dannel C. Duddy (VSB No. 72906)
Counsel for CECO Environmental Corporation
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280

Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 -– Fax
swellman@hccw.com
dduddy@hccw.com

# **C E R T I F I C A T E**

      I hereby certify that on the 30th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert J. Haddad, Esq.
Andrew M. Hendrick, Esq.
Ruloff, Swain, Haddad, Morecock, Talbert & Woodward, P.C.
317 30th Street
Virginia Beach, VA 23451
rhaddad@srgslaw.com
ahendrick@srgslaw.com
*Counsel for Plaintiff*

Malinda R. Lawrence, Esq.
Darren E. Myers, Esq.
United States Department of Justice, Civil Division, Torts Branch, Aviation, Space & Admiralty Litigation
175 N Street N.E., 8th Floor
Washiington, DC 20002
Malinda.R.Lawrence@usdoj.gov
Darren.E.Myers@usdoj.gov

Jason R. Harris, Esq.
Cranfill Sumner, LLP
P. O. Box 1950
Wilmington, NC 28402
jharris@cshlaw.com
*Counsel for Defendant Coastal Mechanical Systems, LLC*

Garry D. Hartlieb, Esq.
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
garry.hartlieb@usdoj.gov
*Counsel for Defendant United States of America*

Lynn K. Brugh, IV, Esq.
John Arch Irvin, Esq.
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
lbrugh@williamsmullen.com
jirvin@williamsmullen.com
*Counsel for Defendant Metro Machine Corp. dba General Dynamics NASSCO-Norfolk*

Dustin Mitchell Paul, Esq.
Woods Rogers Vandeventer Black, PLC
101 West Main Street, Suite 500
Norfolk, VA 23510
Dustin.Paul@wrvblaw.com
*Counsel for Defendant Advanced Integrated Technologies, LLC*

James L. Chapman, IV, Esq.
Alexander Ryan McDaniel, Esq.
Crenshaw, Ware & Martin, PLC
150 West Main Street, Suite 1923
Norfolk, VA 23510-2111
757-623-3000 - Phone
757-623-5735 - Fax
jchapman@cwm-law.com
amcdaniel@cwm-law.com
*Counsel for Defendant KD Shipyard Repairs, LLC*

Christopher Alan Abel, Esq.
Willcox & Savage, P.C.
Wells Fargo Center
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
cabel@wilsav.com
*Counsel for Defendant Harbor Industrial Services, Inc.*

      /s/W. Benjamin Woody
W. Benjamin Woody (VSB No. 91306)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
bwoody@hccw.com

Stanley P. Wellman (VSB No. 27618)
Dannel C. Duddy (VSB No. 72906)
Counsel for CECO Environmental Corporation
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
swellman@hccw.com
dduddy@hccw.com

4