IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                            Case No.:  2:22cv427

UNITED STATES OF AMERICA, *et al*.,

    Defendants.

## **JOINT MOTION SEEKING DISMISSAL OF CLAIMS AGAINST DEFENDANT AIT**

NOW COMES Plaintiff Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary, and Defendant Advanced Integrated Technologies, LLC ("AIT"), both by counsel, and hereby request dismissal of all claims against AIT, *without prejudice,* pursuant to Federal Rule of Civil Procedure 41.  Nothing within this dismissal shall affect or impact any claims against any defendant other than AIT.  Both Plaintiff and AIT shall bear their own fees and costs incurred in connection with this action to date.  Plaintiff and AIT request entry of the proposed order at Exhibit 1.

| | |
|---|---|
| DOUGLAS I. HORNSBY, ADMINISTRATOR OF THE ESTATE OF CYNTHIA GARY | ADVANCED INTEGRATED TECHNOLOGIES, LLC |
| /s/  Andrew M. Hendrick                            . | /s/ Dustin Paul_____ |
| Robert J. Haddad, Esq. (VSB No. 22298) | Dustin M. Paul (VSB No. 75287) |
| Andrew M. Hendrick, Esq.(VSB No. 42852) | WOODS ROGERS VANDEVENTER BLACK PLC |
| Ruloff, Swain, Haddad, Morecock, Talbert & Woodward, P.C. | 101 West Main St. Suite 500 |
| 317 30th Street | Norfolk, Virginia, 23510 |
| Virginia Beach, VA 23451 | 757-446-8600 (Telephone) |
| Telephone: (757)671-6036 | 757-446-8670 (Fax) |
| Facsimile; (757) 671-6004 | Dustin.Paul@wrvblaw.com |
| rhaddad@srgslaw.com | |
| ahendrick@srgslaw.com | |
| | *Counsel for Defendant, Advanced Integrated Technologies, LLC* |
| *Counsel for Plaintiff* | |