IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                Case No.:  2:22cv427

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

## ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT AIT

Upon joint request of both Plaintiff Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary, and Defendant Advanced Integrated Technologies, LLC ("AIT"), both by counsel, all claims against AIT are hereby dismissed, *without prejudice,* pursuant to Federal Rule of Civil Procedure 41.  Nothing within this dismissal shall affect or impact any claims against any defendant other than AIT.  Both Plaintiff and AIT shall bear their own fees and costs incurred in connection with this action to date.

IT IS SO ORDERED

Entered this _____ day of _____, 2023.

                                            _____
                                            United States District Judge

WE ASK FOR THIS:

(on following page)

| DOUGLAS I. HORNSBY, ADMINISTRATOR OF THE ESTATE OF CYNTHIA GARY | ADVANCED INTEGRATED TECHNOLOGIES, LLC |
|---|---|
| /s/ Andrew M. Hendrick . <br> Robert J. Haddad, Esq. (VSB No. 22298) <br> Andrew M. Hendrick, Esq.(VSB No. 42852) <br> Ruloff, Swain, Haddad, Morecock, <br> Talbert & Woodward, P.C. <br> 317 30th Street <br> Virginia Beach, VA 23451 <br> Telephone: (757)671-6036 <br> Facsimile; (757) 671-6004 <br> rhaddad@srgslaw.com <br> ahendrick@srgslaw.com <br><br> *Counsel for Plaintiff* | /s/ Dustin Paul_____ <br> Dustin M. Paul (VSB No. 75287) <br> WOODS ROGERS VANDEVENTER <br> BLACK PLC <br> 101 West Main St. Suite 500 <br> Norfolk, Virginia, 23510 <br> 757-446-8600 (Telephone) <br> 757-446-8670 (Fax) <br> Dustin.Paul@wrvblaw.com <br><br> *Counsel for Defendant, Advanced Integrated Technologies, LLC* |