IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**DOUGLAS I. HORNSBY, Administrator**
of the Estate of **CYNTHIA GARY**,

      **Plaintiff**,

v.                                        Case No. 2:22cv427

**UNITED STATES of AMERICA, et al.**

      **Defendants**.

### JOINT MOTION FOR ENTRY OF CONSENT ORDER GRANTING DEFENDANT CECO ENVORINMENTAL CORPORATION'S MOTION FOR JUDGEMENT ON THE PLEADINGS WITHOUT PREJUDICE

      The parties, by counsel, moves for entry of a Consent Order dismissing Defendant CECO Environmental Corporation ("CECO") from this case without prejudice.

      Defendant CECO filed a Motion for Judgment on the Pleadings under Fed. R. Civ. P. 12(c). *ECF No. 103*. After discussion between counsel, the Plaintiff agreed that it would not oppose CECO's motion if CECO agreed that it would be dismissed without prejudice so that the Plaintiff could request leave to file an Amended Complaint at a later time should additional facts be learned in discovery to support a claim for negligence against CECO.

Accordingly, the parties request entry of the attached Consent Order granting CECO's motion and dismissing CECO without prejudice.

Respectfully submitted,

| **DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY** | **CECO ENVIRONMENTAL CORPORATION** |
|---|---|
| /s/ Andrew M. Hendrick<br>Robert J. Haddad, Esq.<br>    VSB No. 22298<br>Andrew M. Hendrick, Esq.<br>    VSB No. 42852<br>Attorneys for Plaintiff<br>RULOFF, SWAIN, HADDAD, MORECOCK, TALBERT & WOODWARD, P.C.<br>317 30th Street<br>Virginia Beach, VA 23451<br>Telephone:  (757) 671-6036<br>Facsimile: (757) 671-6004<br>rhaddad@srgslaw.com<br>ahendrick@srgslaw.com | /s/W. Benjamin Woody<br>William Benjamin Woody, Esq.<br>    VSB No. 91306<br>Harman Claytor Corrigan & Wellman<br>1900 Duke Street, Suite 210<br>Alexandria, VA 22314<br>703-544-2320<br>Fax: 804-747-6085<br>bwoody@hccw.com<br><br>Dannel Charles Duddy, Esq.<br>    VSB No. 72906<br>Stanley Paul Wellman, Esq.<br>    VSB No. 27618<br>Harman Claytor Corrigan & Wellman<br>PO Box 70280<br>Richmond, VA 23255<br>804-622-1107<br>Fax: 804-747-6085<br>dduddy@hccw.com<br>swellman@hccw.com<br>*Attorneys for Defendant CECO Environmental Corp.* |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 9th day of November, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Garry D. Hartlieb, Esq.
Assistant U.S. Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510-1671
garry.hartlieb@usdoj.gov
*Attorney for Defendant United States*

Malinda R. Lawrence, Esq.
Darren E. Myers, Esq.
United States Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
175 N Street, NE, 8th Floor
Washington, DC 20002
Malinda.R.Lawrence@usdoj.gov
Darren.E.Myers@usdoj.gov
*Attorneys for Defendant United States*

John Arch Irvin, Esq.
Lynn Kanaga Brugh, IV, Esq.
Williams Mullen
200 South 10th Street
Suite 1600
Richmond, VA 23219
804-420-6140
jirvin@williamsmullen.com
lbrugh@williamsmullen.com
*Attorneys for Defendant Metro Machine Corp. doing business as General Dynamics NASSCO-Norfolk*

Jason R Harris, Esq.
Cranfill Sumner, LLP
PO Box 1950
Wilmington, NC 28402
910-524-9510
Fax: 910-777-6111
jharris@cshlaw.com
*Attorney for Defendant Coastal Mechanical Systems, LLC*

Edward James Powers, Esq.
Dustin Mitchell Paul, Esq.
Allison M. Mentch, Esq.
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
757-446-8600
Ed.Powers@wrvblaw.com
Dustin.Paul@wrvblaw.com
alli.mentch@wrvblaw.com
*Attorneys for Defendant Advanced Integrated Technologies, LLC*

James L. Chapman , IV, Esq.
Alexander Ryan McDaniel, Esq.
Crenshaw, Ware & Martin, P.L.C.
150 West Main Street
Suite 1923
Norfolk, VA 25310
757-623-3000
jchapman@cwm-law.com
amcdaniel@cwm-law.com
*Attorneys for Defendant KD Shipyard Repairs, LLC*

Robert J. Haddad, Esq.
Andrew M. Hendrick, Esq.
Ruloff, Swain, Haddad, Morecock, Talbert *
Woodward, P.C.
917 30th Street
Virginia Beach, VA 23451
rhaddad@srgslaw.com
ahendrck@srgslaw.com
*Attorneys for Plaintiff*

/s/W. Benjamin Woody
William Benjamin Woody, Esq.
　VSB No. 91306
Harman Claytor Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, VA 22314
703-544-2320
Fax: 804-747-6085
bwoody@hccw.com