IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY,
ADMINISTRATOR OF THE ESTATE OF
CYNTHIA GARY,

    Plaintiff,

v.                          Case No. 2:22-cv-00427-RBS-LRL

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

### CONSENT ORDER GRANTING DEFENDANT CECO ENVIRONMENTAL CORP.'S MOTION FOR JUDGMENT ON THE PLEADINGS WITHOUT PREJDUICE

This matter came before the Court on a Motion for Judgment on the Pleadings under Rule 12(c) of the Federal Rules of Civil Procedure by Defendant CECO Environmental Corporation ("CECO"). ECF No. 103.

As indicated by counsels' endorsement below, CECO and the Plaintiff agree and consent that CECO's Motion should be granted, but that CECO should be dismissed without prejudice.

WHEREFORE, on request by the parties and it appearing to the Court appropriate to do so, the Court GRANTS CECO's Motion for Judgment on the Pleadings, and Defendant CECO is hereby dismissed from this case WITHOUT PREJUDICE, with the Plaintiff and CECO each bearing their own fees and costs incurred in connection with this action to date.

IT IS SO ORDERED.

Entered this 13th day of November, 2023.

BY: /s/ Rebecca Beach Smith
Senior United States District Judge
Hon. Rebecca Beach Smith
United States District Judge

We ask for this:


/s/W. Benjamin Woody
Stanley P. Wellman (VSB No. 27618)
Dannel C. Duddy (VSB No. 72906)
W. Benjamin Woody (VSB No. 91306)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
swellman@hccw.com
dduddy@hccw.com
bwoody@hccw.com
*Counsel for CECO Environmental Corp.*



We ask for this:


/s/Andrew M. Hendrick
Robert J. Haddad (VSB No. 22298)
Andrew M. Hendrick (VSB No. 42852)
Ruloff, Swain, Haddad, Morecock, Talbert & Woodward, P.C.
317 30th Street
Virginia Beach, VA 23451
757-671-6000 - Phone
757-671-6004 - Fax
rhaddad@srgslaw.com
ahendrick@srgslaw.com
*Counsel for Plaintiff*