# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**DOUGLAS I. HORNSBY, Administrator of**
**the Estate of CYNTHIA GARY,**

      Plaintiff,

  v.                                                                          Civil No.  2:22cv427

**UNITED STATES OF AMERICA,**
**COASTAL MECHANICAL SYSTEMS, LLC,**
**and**
**KD SHIPYARD REPAIRS, LLC,**

      Defendants.

## JUDGMENT IN A CIVIL CASE

Pursuant to the order of the Court entered on December 15, 2023, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Defendants KD Shipyard Repairs, LLC, and Coastal Mechanical Systems, LLC, and against Plaintiff Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary.

DATED:  December 15, 2023                      FERNANDO GALINDO, Clerk

                                                                    By        /s/
                                                                                 J. Hiemer, Deputy Clerk