**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY, | ) ) ) | |
| Plaintiff, | ) ) | Case 2:22-cv-00427 |
| v. | ) ) | In Admiralty |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR LEAVE**
**TO FILE THIRD-PARTY COMPLAINT AND RULE 14 (C) TENDER**

NOW COMES the Defendant and Third-Party Plaintiff, the United States of America, and, with the assent of the plaintiff, respectfully moves the Court for leave to file a Third-Party Complaint and Rule 14(c) Tender against Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk, and Advanced Integrated Technologies, LLC., for the reasons set forth in the Memorandum in Support, filed herewith.  The proposed Third-Party Complaint is attached hereto.

[*Signature page follows.*]

1

Dated: January 4, 2024               Respectfully submitted,

UNITED STATES OF AMERICA

JESSICA D. ABER
United States Attorney

By:     /s/ *Garry D. Hartlieb*
          Garry D. Hartlieb, IL Bar No. 6322571
          Assistant U.S. Attorney
          Office of the United States Attorney
          101 West Main Street, Suite 8000
          Norfolk, Virginia 23510-1671
          Tel: (757) 441-3173
          Fax: (757) 441-6689
          E-mail: garry.hartlieb@usdoj.gov

          BRIAN M. BOYNTON
          Principal Deputy Assistant Attorney General

By:     /s/ *Malinda R. Lawrence*
          Malinda R. Lawrence, ME Bar No. 004351
          Darren E. Myers, NY Admitted
          Trial Attorneys
          United States Department of Justice
          Civil Division, Torts Branch
          Aviation, Space & Admiralty Litigation
          175 N Street, NE, 8th Floor
          Washington, DC 20002
          Tel: (202) 307-0033/(202) 305-8049
          Fax: (202) 616-4002
          E-mail: Malinda.R.Lawrence@usdoj.gov
          E-mail: Darren.E.Myers@usdoj.gov

          *Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I filed the foregoing with the Clerk of Court using

the CM/ECF system, which will send a notification of electronic filing (NEF) to the following

counsel of record:

Robert J. Haddad, Esq.
Andrew M. Hendrick, Esq.
RULOFF, SWAIN, HADDAD,
MORECOCK,
TALBERT & WOODWARD, P.C.
317 30th Street
Virginia Beach, VA 23451
Telephone: (757) 671-6036
Facsimile: (757) 671-6004
Email: rhaddad@srgslaw.com
Email: ahendrick@srgslaw.com
*Counsel for Douglas I. Hornsby,
Administrator of the Estate of Cynthia Gary*

Edward J. Powers, Esq.
Dustin M. Paul, Esq.
WOODS ROGERS VANDEVENTER
BLACK PLC
101 West Main St., Suite 500
Norfolk, Virginia, 23510
Telephone: 757-446-8600
Fax: 757-446-8670
Email: Edward.Powers@wrvblaw.com
Email: Dustin.Paul@wrvblaw.com
*Attorneys for Defendant, Advanced Integrated
Technologies, LLC*

Christopher A. Abel, Esq.
Heather R. Pearson, Esq.
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566
Email: cabel@wilsav.com
Email: hpearson@wilsav.com
*Attorneys for Defendant Harbor Industrial
Services, Inc.*

James L. Chapman, IV, Esq.
Alexander R. McDaniel, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
Email: jchapman@cwm-law.com
Email: amcdaniel@cwm-law.com
*Attorneys for KD Shipyard Repair, LLC*

Jason R. Harris, Esq.
CRANFILL SUMNER LLP
5535 Currituck Dr., Suite 210
Post Office Box 1950
Wilmington, NC  28402
Telephone: (910) 777-6000
Fax: (910) 777-6142
Email: jharris@cshlaw.com
*Attorney for Defendant Coastal Mechanical
Systems, LLC*

Lynn K. Brugh, IV, Esq.
Jack A. Irvin, Esq.
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
Email: lbrugh@williamsmullen.com
Email: jirvin@williamsmullen.com
*Attorneys for Defendant Metro Machine
Corp. d/b/a General Dynamics NASSCO-
Norfolk*

3

By:      /s/ *Garry D. Hartlieb*
Garry D. Hartlieb, IL Bar No. 6322571
Assistant U.S. Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510-1671
Phone: (757) 441-6331
Fax: (757) 441-6689
Email: garry.hartlieb @usdoj.gov
*Counsel for the United States*

4