IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**DOUGLAS I. HORNSBY, Administrator**
of the Estate of CYNTHIA GARY,

　　*Plaintiff,*

v.

**UNITED STATES OF AMERICA,**

　　*Defendant.*

Case No.: 2:22-cv-00427
In Admiralty

## ORDER

　　This matter is before the Court on the motion of Defendant United States of America for leave to file a Third-Party Complaint and Rule 14(c) Tender against Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk, and Advanced Integrated Technologies, LLC, (ECF No. 114). For the reasons set forth in the motion and memorandum in support, the consent of the parties to this action, and for good cause shown, **IT IS HEREBY ORDERED** that the motion is **GRANTED.**

　　The Clerk of Court is **DIRECTED** to docket the Third-Party Complaint attached to the United States' motion (ECF No. 114-1).

　　The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　REBECCA BEACH SMITH
　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

At Norfolk, Virginia

This ____ day of _____, 2024.