IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY,<br><br>    *Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    *Defendant.* | Case No.: 2:22-cv-00427<br>In Admiralty |

### JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4), Plaintiff Douglas Hornsby, Administrator of the Estate of Cynthia Gary, and Defendant United States of America, jointly move to modify the December 19, 2023 scheduling order (ECF No. 113), to authorize a limited adjustment of certain deadlines and limits to better accommodate necessary discovery, primarily obtaining evidence in the possession of third parties, and trial preparation.

A memorandum in support and proposed order are submitted simultaneously herewith.

[*Signature Page Follows*]

Dated: January 5, 2024                    Respectfully submitted,
                                          UNITED STATES OF AMERICA

                                          JESSICA D. ABER
                                          United States Attorney

                              By:   /s/ *Garry D. Hartlieb*
                                    Garry D. Hartlieb, IL Bar No. 6322571
                                    Assistant U.S. Attorney
                                    Office of the United States Attorney
                                    101 West Main Street, Suite 8000
                                    Norfolk, Virginia 23510-1671
                                    Tel: (757) 441-3173
                                    Fax: (757) 441-6689
                                    E-mail: garry.hartlieb@usdoj.gov

                                    BRIAN M. BOYNTON
                                    Principal Deputy Assistant Attorney General

                              By:   /s/ *Malinda R. Lawrence*
                                    Malinda R. Lawrence, ME Bar No. 004351
                                    Darren E. Myers, NY Admitted
                                    Trial Attorneys
                                    United States Department of Justice
                                    Civil Division, Torts Branch
                                    Aviation, Space & Admiralty Litigation
                                    175 N Street, NE, 8th Floor
                                    Washington, DC 20002
                                    Tel: (202) 307-0033/(202) 305-8049
                                    Fax: (202) 616-4002
                                    E-mail: Malinda.R.Lawrence@usdoj.gov
                                    E-mail: Darren.E.Myers@usdoj.gov

                                    *Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to the following counsel of record:

Robert J. Haddad, Esq.
Andrew M. Hendrick, Esq.
RULOFF, SWAIN, HADDAD, MORECOCK,
TALBERT & WOODWARD, P.C.
317 30th Street
Virginia Beach, VA 23451
Telephone: (757) 671-6036
Facsimile: (757) 671-6004
Email: rhaddad@srgslaw.com
Email: ahendrick@srgslaw.com
*Counsel for Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary*

Edward J. Powers, Esq.
Dustin M. Paul, Esq.
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St., Suite 500
Norfolk, Virginia, 23510
Telephone: 757-446-8600
Fax: 757-446-8670
Email: Edward.Powers@wrvblaw.com
Email: Dustin.Paul@wrvblaw.com
*Attorneys for Defendant, Advanced Integrated Technologies, LLC*

Christopher A. Abel, Esq.
Heather R. Pearson, Esq.
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566
Email: cabel@wilsav.com
Email: hpearson@wilsav.com
*Attorneys for Defendant Harbor Industrial Services, Inc.*

James L. Chapman, IV, Esq.
Alexander R. McDaniel, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
Email: jchapman@cwm-law.com
Email: amcdaniel@cwm-law.com
*Attorneys for KD Shipyard Repair, LLC*

Jason R. Harris, Esq.
CRANFILL SUMNER LLP
5535 Currituck Dr., Suite 210
Post Office Box 1950
Wilmington, NC  28402
Telephone: (910) 777-6000
Fax: (910) 777-6142
Email: jharris@cshlaw.com
*Attorney for Defendant Coastal Mechanical Systems, LLC*

Lynn K. Brugh, IV, Esq.
Jack A. Irvin, Esq.
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
Email: lbrugh@williamsmullen.com
Email: jirvin@williamsmullen.com
*Attorneys for Defendant Metro Machine Corp. d/b/a General Dynamics NASSCO-Norfolk*

By:    /s/ *Garry D. Hartlieb*
Garry D. Hartlieb, IL Bar No. 6322571
Assistant U.S. Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510-1671
Phone: (757) 441-6331
Fax: (757) 441-6689
Email: garry.hartlieb @usdoj.gov
*Counsel for the United States*