# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**DOUGLAS I. HORNSBY, Administrator**
of the Estate of **CYNTHIA GARY,**

   *Plaintiff,*

v.

**UNITED STATES OF AMERICA,**

   *Defendant.*

Case No.: 2:22-cv-00427
In Admiralty

## ORDER

On the parties' joint motion to modify the December 19, 2023, Rule 26(f) Pretrial Order, for good cause shown and pursuant to the Court's Order, ECF No. 113 at 3, and Federal Rules of Civil Procedure 6(b) and 16(b)(4), **IT IS HEREBY ORDERED**:

1. Depositions of nonparty, non-expert witnesses shall be limited to five (5) in number *per party* instead of to five (5) total;

2. Depositions of military witnesses will be limited to those military witnesses included on the United States' Rule 26 disclosures, plus five (5) additional military witnesses, whether or not included on the United States' disclosures;

3. By agreement of the parties, or upon good cause shown, the Court may allow additional depositions of either nonparty or military witnesses; and

4. The parties' proposed discovery plan shall provide for completion of all discovery on or before August 8, 2024, and shall be formulated to accommodate a trial date before October 8, 2024.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

At Norfolk, Virginia

This \_\_\_\_ day of _____, 2024

**WE ASK FOR THIS:**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Defendant<br><br>JESSICA D. ABER<br>United States Attorney<br><br>By: /s/ *Garry D. Hartlieb*<br>Garry D. Hartlieb, IL Bar No. 6322571<br>Assistant U.S. Attorney<br>Office of the United States Attorney<br>101 West Main Street, Suite 8000<br>Norfolk, Virginia 23510-1671<br>Tel: (757) 441-3173<br>Fax: (757) 441-6689<br>E-mail: garry.hartlieb@usdoj.gov<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>By: /s/ *Malinda R. Lawrence*<br>Malinda R. Lawrence, ME Bar No. 004351<br>Darren E. Myers, NY Admitted<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Torts Branch<br>Aviation, Space & Admiralty Litigation<br>175 N Street, NE, 11th Floor<br>Washington, DC 20002<br>Tel: (202) 307-0033/(202) 305-8049<br>Fax: (202) 616-4002<br>E-mail: Malinda.R.Lawrence@usdoj.gov<br>E-mail: Darren.E.Myers@usdoj.gov<br><br>*Attorneys for the United States* | DOUGLAS I. HORNSBY,<br>ADMINISTRATOR OF THE ESTATE OF<br>CYNTHIA GARY<br>Plaintiff<br><br>By: _____<br>Robert J. Haddad, Esq., VSB No. 22298<br>Andrew M. Hendrick, Esq., VSB No. 42852<br>RULOFF, SWAIN, HADDAD,<br>MORECOCK, TALBERT &<br>WOODWARD, P.C.<br>317 30th Street<br>Virginia Beach, Virginia 23452<br>Tel: 757-671-6036<br>Fax: 757-671-6004<br>E-mail: rhaddad@srgslaw.com<br>E-mail: ahendrick@srgslaw.com<br><br>*Counsel for Douglas I. Hornsby,*<br>*Administrator of the Estate of Cynthia Gary* |