IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**DOUGLAS I. HORNSBY, Administrator**
of the Estate of **CYNTHIA GARY,**

*Plaintiff,*

v.

**UNITED STATES OF AMERICA,**

*Defendant.*

Case No.: 2:22-cv-00427
In Admiralty

## ORDER

This matter is before the Court on the motion of Defendant United States of America for leave to file a Third-Party Complaint and Rule 14(c) Tender against Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk, and Advanced Integrated Technologies, LLC, (ECF No. 114). For the reasons set forth in the motion and memorandum in support, the consent of the parties to this action, *i.e., the Plaintiff and the Defendant above, -RBS* and for good cause shown, **IT IS HEREBY ORDERED** that the motion is **GRANTED.**

The Clerk of Court is **DIRECTED** to docket the Third-Party Complaint attached to the United States' motion (ECF No. 114-1).

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties.

/s/ Rebecca Beach Smith
Senior United States District Judge
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

At Norfolk, Virginia

This 9th day of January, 2024.