IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                                Case No.:  2:22cv427

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

To avoid any confusion, undersigned re-notices my appearance in this matter for Third-Party Defendant Advanced Integrated Technologies, LLC ("AIT").  AIT intends to file a responsive pleading on to the Third-Party Complaint on or before January 30, 3024.

    Dated: January 18, 2024

                                      ADVANCED INTEGRATED TECHNOLOGIES, LLC

                                      */s/ Dustin M. Paul*

Dustin M. Paul (VSB No. 75287)
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St. Suite 500
Norfolk, Virginia, 23510
757-446-8600 (Telephone)
757-446-8670 (Fax)
Dustin.Paul@wrvblaw.com
*Counsel for Third-Party Defendant*
*Advanced Integrated Technologies, LLC*