# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES of AMERICA, )<br><br>Defendant/Third Party Plaintiff, )<br><br>v. )<br><br>METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK, et al. )<br><br>Third Party Defendants. ) | Case No. 2:22-cv-427 |

## NOTICE OF APPEARANCE OF COUNSEL

Please be advised that I, Lynn K. Brugh, IV, Virginia State Bar Number 36778, of the law firm of Williams Mullen, am admitted to practice in this Court and hereby re-enters an appearance as counsel for Third-Party Defendant, Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk, in the above-styled matter.

Third-Party Defendant, Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk intends to answer, plead or otherwise respond to the Third-Party Complaint on or before January 30, 2024.

Respectfully submitted,
WILLIAMS MULLEN

By:   /s *Lynn K. Brugh, IV*
Lynn K. Brugh, IV
Virginia State Bar No. 36778
Counsel for Third Party Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600

Richmond, Virginia 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
lbrugh@williamsmullen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By:  /s *Lynn K. Brugh, IV*
Lynn K. Brugh, IV
Virginia State Bar No. 36778
Counsel for Third Party Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
lbrugh@williamsmullen.com