**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **DOUGLAS I. HORNSBY, Administrator** of the Estate of **CYNTHIA GARY,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) Case No. 2:22-cv-427 |
| **UNITED STATES of AMERICA,** | ) ) ) |
| **Defendant/Third Party Plaintiff,** | ) ) |
| v. | ) ) ) |
| **METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK, et al.** | ) ) ) |
| **Third Party Defendants**. | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

Please be advised that I, John A. Irvin, Virginia State Bar Number 97044, of the law firm of Williams Mullen, am admitted to practice in this Court and hereby re-enters an appearance as counsel for Third-Party Defendant, Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk, in the above-styled matter.

Respectfully submitted,
WILLIAMS MULLEN

By:    /s *John A. Irvin*
        John A. Irvin
        Virginia State Bar No. 97044
        Counsel for Third Party Defendant
        WILLIAMS MULLEN
        200 South 10th Street, Suite 1600
        Richmond, Virginia 23219
        Telephone: (804) 420-6140
        Facsimile: (804) 420-6507
        jirvin@williamsmullen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of January 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing ("NEF") to all known counsel of record.

By:   /s *John A. Irvin*
John A. Irvin
Virginia State Bar No. 97044
Counsel for Third Party Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6140
Facsimile: (804) 420-6507
jirvin@williamsmullen.com