## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                                   Case No.:  2:22cv427

UNITED STATES OF AMERICA,

    Defendant and Third-Party Plaintiff,

v.

ADVANCED INTEGRATED TECHNOLOGIES, et al.,

    Third-Party Defendants.

### ADVANCED INTEGRATED TECHNOLOGIES' MOTION TO DISMISS

NOW COMES Third-Party Defendant Advanced Integrated Technologies, LLC ("AIT"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of the Civil Procedure, hereby moves the Court to Dismiss the Third-Party Complaint and Rule 14(c) Tender against AIT. The grounds for this Motion are set forth in the accompanying Memorandum in Support.

WHEREFORE, Third-Party Defendant Advanced Integrated Technologies, LLC for the reasons stated in the accompanying Memorandum in Support and for good cause shown, respectfully requests this Court enter an order under Federal Rule of Civil Procedure 12(b)(6), dismissing the Third-Party Complaint and Rule 14(c) Tender against Advanced Integrated Technologies, LLC with prejudice, and any such further relief as may be just and proper.

                                                                       ADVANCED INTEGRATED
                                                                       TECHNOLOGIES, LLC

                                                                       */s/ Dustin M. Paul*

Dustin M. Paul (VSB No. 75287)
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St. Suite 500
Norfolk, Virginia, 23510
757-446-8600 (Telephone)
757-446-8670 (Fax)
Dustin.Paul@wrvblaw.com
*Counsel for Third-Party Defendant*
*Advanced Integrated Technologies, LLC*