# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY, ) ) ) | |
| Plaintiff, ) ) | Case 2:22-cv-00427 |
| v. ) ) | In Admiralty |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) | |

## NOTICE OF CORRECTED BRIEFS

Defendant and Third-Party Plaintiff, the United States of America files this notice to remedy an error that was present in the two Responses (ECF Nos. 128, 129) that it filed to the motions to dismiss filed by Advanced Integrated Technologies, LLC ("AIT") and Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk ("NASSCO"). Counsel for AIT informed the undersigned counsel of what appeared to be an incorrect citation in the third paragraph of the standard of the "Legal Standard Section." Because the United States agrees and acknowledges this error, and to avoid any confusion, the United States will simultaneously file corrected response briefs that omit the sentence and its citation. The briefs are otherwise identical. Counsel for AIT and NASSCO both consent to the filing of corrected briefs. In addition, counsel for NASSCO agrees that no further briefing is requested upon the filing of the corrected response briefs.

1

Dated: February 20, 2024	Respectfully submitted,

            UNITED STATES OF AMERICA

            JESSICA D. ABER
            United States Attorney

By: /s/ *Garry D. Hartlieb*
   Garry D. Hartlieb, IL Bar No. 6322571
   Assistant U.S. Attorney
   Office of the United States Attorney
   101 West Main Street, Suite 8000
   Norfolk, Virginia 23510-1671
   Tel: (757) 441-3173
   Fax: (757) 441-6689
   E-mail: garry.hartlieb@usdoj.gov

   BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General

By: /s/ *Malinda R. Lawrence*
   Malinda R. Lawrence, ME Bar No. 004351
   Darren E. Myers, NY Admitted
   Trial Attorneys
   United States Department of Justice
   Civil Division, Torts Branch
   Aviation, Space & Admiralty Litigation
   175 N Street, NE, 8th Floor
   Washington, DC 20002
   Tel: (202) 307-0033/(202) 305-8049
   Fax: (202) 616-4002
   E-mail: Malinda.R.Lawrence@usdoj.gov
   E-mail: Darren.E.Myers@usdoj.gov

   *Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing ("NEF") to the following counsel of record:

Robert J. Haddad, Esq.
Andrew M. Hendrick, Esq.
RULOFF, SWAIN, HADDAD, MORECOCK,
TALBERT & WOODWARD, P.C.
317 30th Street
Virginia Beach, VA 23451
Telephone: (757) 671-6036
Facsimile: (757) 671-6004
Email: rhaddad@srgslaw.com
Email: ahendrick@srgslaw.com
*Counsel for Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary*

Edward J. Powers, Esq.
Dustin M. Paul, Esq.
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St., Suite 500
Norfolk, Virginia, 23510
Telephone: 757-446-8600
Fax: 757-446-8670
Email: Edward.Powers@wrvblaw.com
Email: Dustin.Paul@wrvblaw.com
*Attorneys for Defendant, Advanced Integrated Technologies, LLC*

Christopher A. Abel, Esq.
Heather R. Pearson, Esq.
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566
Email: cabel@wilsav.com
Email: hpearson@wilsav.com
*Attorneys for Defendant Harbor Industrial Services, Inc.*

James L. Chapman, IV, Esq.
Alexander R. McDaniel, Esq.
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
Email: jchapman@cwm-law.com
Email: amcdaniel@cwm-law.com
*Attorneys for KD Shipyard Repair, LLC*

Jason R. Harris, Esq.
CRANFILL SUMNER LLP
5535 Currituck Dr., Suite 210
Post Office Box 1950
Wilmington, NC 28402
Telephone: (910) 777-6000
Fax: (910) 777-6142
Email: jharris@cshlaw.com
*Attorney for Defendant Coastal Mechanical Systems, LLC*

Lynn K. Brugh, IV, Esq.
Jack A. Irvin, Esq.
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
Email: lbrugh@williamsmullen.com
Email: jirvin@williamsmullen.com
*Attorneys for Defendant Metro Machine Corp. d/b/a General Dynamics NASSCO-Norfolk*

3

By:      /s/ *Garry D. Hartlieb*
Garry D. Hartlieb, IL Bar No. 6322571
Assistant U.S. Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510-1671
Phone: (757) 441-6331
Fax: (757) 441-6689
Email: garry.hartlieb @usdoj.gov
*Counsel for the United States*