IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                                  Case No.:  2:22cv427

UNITED STATES OF AMERICA,

    Defendant and Third-Party Plaintiff,

v.

ADVANCED INTEGRATED TECHNOLOGIES, et al.,

    Third-Party Defendants.

## NOTICE OF APPEARANCE

    To the Clerk of this Court and all parties of record:

    Enter my appearance as co-counsel in this case for Advanced Integrated Technologies, LLC.  I certify that I am admitted to practice in this Court.

    Dated: March 12, 2024

                                            ADVANCED INTEGRATED TECHNOLOGIES, LLC

                                            */s/*_____

Jennifer L. Eaton (VSB No. 87491)
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St. Suite 500
Norfolk, Virginia, 23510
757-446-8600 (Telephone)
757-446-8670 (Fax)
Jennifer.Eaton@wrvblaw.com
*Counsel for Third-Party Defendant*
*Advanced Integrated Technologies, LLC*

1