IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                        Case No.:  2:22cv427

UNITED STATES OF AMERICA,

    Defendant and Third-Party Plaintiff,

v.

ADVANCED INTEGRATED TECHNOLOGIES, et al.,

    Third-Party Defendants.

## **MOTION FOR WITHDRAWAL**

NOW COMES Dustin M. Paul to respectfully move to withdrawal as counsel of record for Third-Party Defendant Advanced Integrated Technologies, LLC ("AIT"), for the reasons set forth in the Memorandum in Support.

WHEREFORE, Dustin M. Paul for the reasons stated in the accompanying Memorandum in Support and for good cause shown, respectfully moves to withdraw as counsel for AIT in this action, that the Clerk's Office remove his name from the list of individuals who receive notices through the CM/ECF system for this case, and for such other and further relief as the Court finds appropriate.

Dated: March 12, 2024

ADVANCED INTEGRATED TECHNOLOGIES, LLC

/s/ _____

Dustin M. Paul (VSB No. 75287)
Jennifer L. Eaton (VSB No. 87491)

1

WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St. Suite 500
Norfolk, Virginia, 23510
757-446-8600 (Telephone)
757-446-8670 (Fax)
Dustin.Paul@wrvblaw.com
Jennifer.Eaton@wrvblaw.com
*Counsel for Third-Party Defendant*
*Advanced Integrated Technologies, LLC*