IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                        Case No.:  2:22cv427

UNITED STATES OF AMERICA,

    Defendant and Third-Party Plaintiff,

v.

ADVANCED INTEGRATED TECHNOLOGIES, et al.,

    Third-Party Defendants.

## MOTION FOR WITHDRAWAL

NOW COMES Dustin M. Paul and in support of his Motion for Withdrawal as counsel of record for Third-Party Defendant Advanced Integrated Technologies, LLC ("AIT"), states as follows:

1. Dustin M. Paul will be leaving the law firm of Woods Rogers Vandeventer Black PLC to take an in-house counsel position at the end of March.

2. Jennifer L. Eaton with the law firm of Woods Rogers Vandeventer Black PLC, will continue to serve as counsel of record on behalf of AIT in this case.

3. The parties will not be prejudiced by the withdrawal of Mr. Paul as counsel of record at this time, and Mr. Paul's withdrawal will not affect any deadlines.

WHEREFORE, Dustin M. Paul for the reasons stated above and for good cause shown, respectfully moves to withdraw as counsel for AIT in this action, that the Clerk's Office remove

his name from the list of individuals who receive notices through the CM/ECF system for this case, and for such other and further relief as the Court finds appropriate.

Dated: March 12, 2024

ADVANCED INTEGRATED TECHNOLOGIES, LLC

/s/ _____

Dustin M. Paul (VSB No. 75287)
Jennifer L. Eaton (VSB No. 87491)
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St. Suite 500
Norfolk, Virginia, 23510
757-446-8600 (Telephone)
757-446-8670 (Fax)
Dustin.Paul@wrvblaw.com
Jennifer.Eaton@wrvblaw.com
*Counsel for Third-Party Defendant*
*Advanced Integrated Technologies, LLC*