**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

      Plaintiff,

v.                              Case No.:  2:22cv427

UNITED STATES OF AMERICA,

      Defendant and Third-Party Plaintiff,

v.

ADVANCED INTEGRATED TECHNOLOGIES, et al.,

      Third-Party Defendants.

## ORDER GRANTING MOTION FOR WITHDRAWAL

THIS DAY came Dustin M. Paul on his Motion for Withdrawal as counsel of record for Third-Party Defendant Advanced Integrated Technologies, LLC ("AIT"), in the above-captioned matter.

It appearing to the Court that Dustin M. Paul will be leaving the law firm of Woods Rogers Vandeventer Black PLC to take an in-house counsel position at the end of March and Jennifer L. Eaton with the law firm of Woods Rogers Vandeventer Black PLC, will continue to serve as counsel of record on behalf of AIT in this case; therefore, the parties will not be prejudiced by the withdrawal of Mr. Paul as counsel of record.

It is hereby ADJUDGED, ORDERED, and DECREED that Dustin M. Paul is granted leave to withdraw as counsel for AIT in this action and that the Clerk's Office remove his name from the list of individuals who receive notices through the CM/ECF system for this case.

Entered:  March 13, 2024

                                       /s/
                                  Rebecca Beach Smith
                                  Senior United States District Judge

                                  United States District Court Judge