IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    *Plaintiff,*

v.

UNITED STATES OF AMERICA, et al

    *Defendants.*

Case No.: 2:22-cv-00427
In Admiralty

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4), Plaintiff Douglas I. Hornsby, Administrator of The Estate of Cynthia Gary, Defendant United States of America, and Third-Party Defendants Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk (NASSCO), and Advanced Integrated Technologies (AIT), jointly move to modify the April 12, 2024 scheduling order (ECF No. 142), to authorize a limited adjustment of certain deadlines and limits to better accommodate necessary discovery, including the addition of two Third-Party Defendants to this lawsuit, evidence in the possession of third parties, and trial preparation.

A memorandum in support and proposed order are submitted simultaneously herewith.

[*Signature Page Follows*]

1

Dated: April 26, 2024          Respectfully submitted,
UNITED STATES OF AMERICA

JESSICA D. ABER
United States Attorney

By:    /s/ *Garry D. Hartlieb*
Garry D. Hartlieb, IL Bar No. 6322571
Assistant U.S. Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Tel: (757) 441-3173
Fax: (757) 441-6689
E-mail: garry.hartlieb@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

By:    /s/ *Malinda R. Lawrence*
Malinda R. Lawrence, ME Bar No. 004351
Darren E. Myers, NY Admitted
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
175 N Street, NE, 11th Floor
Washington, DC 20002
Tel: (202) 307-0033/(202) 305-8049
Fax: (202) 616-4002
E-mail: Malinda.R.Lawrence@usdoj.gov
E-mail: Darren.E.Myers@usdoj.gov

*Attorneys for the United States*

/s/ *Jennifer L. Eaton*
Jennifer L. Eaton, Esq.
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St., Suite 500
Norfolk, Virginia, 23510
Telephone: 757-446-8600
Fax: 757-446-8670
Email: Jennifer.Eaton@wrvblaw.com
*Attorney for Defendant, Advanced Integrated Technologies, LLC*

/s/ Lynn K. Brugh, IV
Lynn K. Brugh, IV, Esq.
Jack A. Irvin, Esq.
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
Email: lbrugh@williamsmullen.com
Email: jirvin@williamsmullen.com

*Attorneys for Defendant Metro Machine Corp. d/b/a General Dynamics NASSCO-Norfolk*


/s/ Andrew M. Hendrick
Robert J. Haddad, Esq.
Andrew M. Hendrick, Esq.
RULOFF, SWAIN, HADDAD, MORECOCK,
TALBERT & WOODWARD, P.C.
317 30th Street
Virginia Beach, VA 23451
Telephone: (757) 671-6036
Facsimile: (757) 671-6004
Email: rhaddad@srgslaw.com
Email: ahendrick@srgslaw.com

*Counsel for Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to the following counsel of record:

Robert J. Haddad, Esq.
Andrew M. Hendrick, Esq.
RULOFF, SWAIN, HADDAD, MORECOCK,
TALBERT & WOODWARD, P.C.
317 30th Street
Virginia Beach, VA 23451
Telephone: (757) 671-6036
Facsimile: (757) 671-6004
Email: rhaddad@srgslaw.com
Email: ahendrick@srgslaw.com
*Counsel for Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary*

Jennifer L. Eaton, Esq.
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St., Suite 500
Norfolk, Virginia, 23510
Telephone: 757-446-8600
Fax: 757-446-8670
Email: Edward.Powers@wrvblaw.com
Email: Dustin.Paul@wrvblaw.com
*Attorneys for Defendant, Advanced Integrated Technologies, LLC*

Lynn K. Brugh, IV, Esq.
Jack A. Irvin, Esq.
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
Email: lbrugh@williamsmullen.com
Email: jirvin@williamsmullen.com
*Attorneys for Defendant Metro Machine Corp. d/b/a General Dynamics NASSCO-Norfolk*

      By:    /s/ *Garry D. Hartlieb*
           Garry D. Hartlieb, IL Bar No. 6322571
           Assistant U.S. Attorney
           Office of the United States Attorney
           101 West Main Street, Suite 8000
           Norfolk, VA 23510-1671
           Phone: (757) 441-6331
           Fax: (757) 441-6689
           Email: garry.hartlieb @usdoj.gov
           *Counsel for the United States*