IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                                       Case No.: 2:22cv427

UNITED STATES OF AMERICA,

    Defendant and Third-Party Plaintiff,

v.

ADVANCED INTEGRATED TECHNOLOGIES, et al.,

    Third-Party Defendants.

## **NOTICE OF APPEARANCE**

    To the Clerk of this Court and all parties of record:

    Enter my appearance as co-counsel in this case for Advanced Integrated Technologies, LLC. I certify that I am admitted to practice in this Court.

    Dated: June 21, 2024

                                    ADVANCED INTEGRATED TECHNOLOGIES, LLC

                                    */s/*_____

Katherine M. Lennon (VSB No. 92358)
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St. Suite 500
Norfolk, Virginia, 23510
757-446-8600 (Telephone) / 757-446-8670 (Fax)
Kate.Lennon@woodsrogers.com
*Counsel for Third-Party Defendant*
*Advanced Integrated Technologies, LLC*

1