IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**In Admiralty**

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator Of the Estate of CYNTHIA GARY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:22-cv-00427 ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

**MOTION FOR LEAVE TO ALLOW
<u>COUNSEL TO WITHDRAW FROM CASE</u>**

The United States moves the Court to permit Darren Earl Myers to withdraw as counsel for Defendant in this case.

In support of this Motion, the United States adopts and incorporates by reference the accompanying Memorandum in Support.

A proposed order is attached hereto.


Dated: August 20, 2024

                                            Respectfully submitted,

                                            UNITED STATES OF AMERICA

                                            JESSICA D. ABER
                                            United States Attorney

By:    */s/ Garry D. Hartlieb*
                  Garry D. Hartlieb, IL Bar No. 6322571
                  Assistant U.S. Attorney
                  Office of the United States Attorney
                  101 West Main Street, Suite 8000

        Norfolk, Virginia 23510-1671
        Tel: (757) 441-3173
        Fax: (757) 441-6689
        E-mail: garry.hartlieb@usdoj.gov

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

By:    /s/ *Darren E. Myers*
        Malinda R. Lawrence, ME Bar No. 004351
        Darren E. Myers, NY Admitted
        Trial Attorneys
        United States Department of Justice
        Civil Division, Torts Branch
        Aviation, Space & Admiralty Litigation
        175 N Street, NE, 11th Floor
        Washington, DC 20002
        Tel: (202) 307-0033/(202) 305-8049
        Fax: (202) 616-4002
        E-mail: Malinda.R.Lawrence@usdoj.gov
        E-mail: Darren.E.Myers@usdoj.gov

        *Attorneys for the United States*