# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

**In Admiralty**

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator Of the Estate of CYNTHIA GARY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:22-cv-00427 ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

**ORDER**

UPON MOTION OF Defendant United States of America and for good cause shown, the motion to permit Darren Earl Myers to withdraw as counsel on behalf of Defendant United States of America in this case is **GRANTED**.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

At Norfolk, VA
This \_\_\_\_\_ day of _____, 2024