# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

**In Admiralty**

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator ) | |
| Of the Estate of CYNTHIA GARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:22-cv-00427 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO
ALLOW COUNSEL TO WITHDRAW FROM CASE**

The United States has moved the Court to permit Darren Earl Myers to withdraw as counsel for Defendant in this case. Mr. Myers will soon end his employment with the Department of Justice, Civil Division, Office of Aviation, Space and Admiralty Litigation, and will no longer represent the United States.

Reasonable notice has been provided to the United States, which will continue to be fully and effectively represented in this litigation by Ms. Malinda R. Lawrence and Mr. Garry D. Hartlieb. Accordingly, the United States requests the Court permit Mr. Myers to withdraw from this case.

Dated: August 20, 2024

        Respectfully submitted,

        UNITED STATES OF AMERICA

        JESSICA D. ABER
        United States Attorney

By:    /s/ *Garry D. Hartlieb*
        Garry D. Hartlieb, IL Bar No. 6322571
        Assistant U.S. Attorney
        Office of the United States Attorney
        101 West Main Street, Suite 8000
        Norfolk, Virginia 23510-1671
        Tel: (757) 441-3173
        Fax: (757) 441-6689
        E-mail: garry.hartlieb@usdoj.gov

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

By:    /s/ *Darren E. Myers*
        Malinda R. Lawrence, ME Bar No. 004351
        Darren E. Myers, NY Admitted
        Trial Attorneys
        United States Department of Justice
        Civil Division, Torts Branch
        Aviation, Space & Admiralty Litigation
        175 N Street, NE, 11th Floor
        Washington, DC 20002
        Tel: (202) 307-0033/(202) 305-8049
        Fax: (202) 616-4002
        E-mail: Malinda.R.Lawrence@usdoj.gov
        E-mail: Darren.E.Myers@usdoj.gov

        *Attorneys for the United States*