IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In Admiralty

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator Of the Estate of CYNTHIA GARY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:22-cv-00427 ) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

ORDER

UPON MOTION OF Defendant United States of America and for good cause shown, the motion to permit Darren Earl Myers to withdraw as counsel on behalf of Defendant United States of America in this case is **GRANTED**.

/s/ ~~RBS~~
Rebecca Beach Smith
Senior United States District Judge

UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~

At Norfolk, VA
This 21st day of Aug, 2024