IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                 Civil No.:  2:22cv427

UNITED STATES OF AMERICA,

    Defendant and Third-Party Plaintiff,

v.

METRO MACHINE CORP., d/b/a
GENERAL DYNAMICS NASSCO-Norfolk,

and

ADVANCED INTEGRATED TECHNOLOGIES, LLC,

    Third-Party Defendants.

## ORDER AMENDING RULE 16(b) SCHEDULING ORDER

The Rule 16(b) Scheduling Order entered on April 30, 2024, inadvertently omitted the deadline for proposed findings of fact and conclusions of law.  ECF No. 146.

It is, therefore, **ORDERED** that the proposed findings of fact and conclusions of law shall be electronically filed with the Clerk on or before February 25, 2025.

                                          /s/
                              Rebecca Beach Smith
                              Senior United States District Judge

Norfolk, Virginia
Date: November 19, 2024