IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In Admiralty

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY, <br>           Plaintiff <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br>           Defendant. | Civil Action No.: 2:22-CV-00427 |

**NOTICE OF APPEARANCE**

COMES NOW defendant United States of America, by counsel, pursuant to E.D. Va. Local R. 83.1(D)(2), and notes the appearance of Shaun M. Pehl the above-styled case.[1] In support of this Notice, the undersigned represents that he is a federal government attorney representing the United States, he is licensed in Washington, and he is admitted to practice before the highest court in Washington.

[*Signature page follows.*]

---

[1] Because the undersigned is a full-time employee of the United States, undersigned counsel respectfully notes that he is exempt from paying the admission fee. *See* E.D. Va. Local R. 83(D)(3).

| | |
|---|---|
| Dated:  December 18, 2024 | Respectfully submitted, |
| | UNITED STATES OF AMERICA |
| | BRIAN M. BOYNTON<br>Principle Deputy Assistant Attorney General<br>Civil Division |
| | By: |
| | /s/ *Shaun M. Pehl*<br>Shaun M. Pehl, *federal government attorney appearing pursuant to Local Civil Rule 83.1(D)*, WA Bar No.: 45534<br>Trial Attorney<br>Aviation, Space & Admiralty Litigation<br>U.S. Department of Justice, Civil Division<br>P.O. Box 14271<br>Washington, D.C. 20044-4271<br>Shaun.Pehl@usdoj.gov<br>Tel: (202) 616-4035<br>Fax: (202) 616-4002 |
| | JESSICA D. ABER<br>United States Attorney |
| | By: |
| | /s/ *Garry D. Hartlieb*<br>Garry D. Hartlieb, IL Bar No. 6322571<br>Assistant United States Attorney<br>Office of the United States Attorney<br>101 West Main Street, Suite 8000<br>Norfolk, Virginia 23510-1671<br>Tel: (757) 441-3173<br>Fax: (757) 441-6689<br>E-mail: garry.hartlieb@usdoj.gov |
| | *Counsel for the United States of America* |