IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                          Case No.:  2:22cv427

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

### ADVANCED INTEGRATED TECHNOLOGIES, LLC's MOTION IN LIMINE TO EXCLUDE AFFIRMATIVE EXPERT OPINIONS IDENTIFIED BY THE UNITED STATES OF AMERICA

Pursuant to Rules 26(a) and 37(c) of the Federal Rules of Civil Procedure, Third-Party Defendant Advanced Integrated Technologies, LLC ("AIT"), by and through counsel, hereby files this motion in limine to exclude Defendant/Third-Party Plaintiff United States of America's expert designation served on January 6, 2025 and any expert opinions contained therein to the extent they disclose any affirmative expert opinions against AIT for the reasons more fully set forth in the accompanying brief and for any other and further relief as this Court may deem proper.

    This Motion complies with Local Civil Rules 7(E) and 37(E).

    Dated: January 24, 2025

                                                ADVANCED INTEGRATED TECHNOLOGIES, LLC

                                                    */s/ Jennifer L. Eaton*

Jennifer L. Eaton (VSB No. 87491)
Katherine M. Lennon Ellis (VSB No. 92358)
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St. Suite 500
Norfolk, Virginia, 23510
757-446-8600 (Telephone)
757-446-8670 (Fax)
Jennifer.Eaton@woodsrogers.com
Kate.Lennon@woodsrogers.com