**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                            Case No.:  2:22cv427

UNITED STATES OF AMERICA, *et al*.,

    Defendants.

## ADVANCED INTEGRATED TECHNOLOGIES, LLC'S MOTION FOR SUMMARY JUDGMENT

    NOW COMES Third-Party Defendant Advanced Integrated Technologies, LLC, by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves this Honorable Court for entry of Summary Judgment against the Plaintiff and the Third-Party Plaintiff and prays that Advanced Integrated Technologies, LLC be dismissed from the case with prejudice for the reasons more fully set forth in the accompanying brief and for any other and further relief as this Court may deem proper.

    Dated: January 24, 2025

                                        ADVANCED INTEGRATED TECHNOLOGIES, LLC

                                        */s/ Jennifer L. Eaton*

Jennifer L. Eaton (VSB No. 87491)
Katherine M. Lennon Ellis (VSB No. 92358)
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St. Suite 500
Norfolk, Virginia, 23510
757-446-8600 (Telephone)
757-446-8670 (Fax)
Jennifer.Eaton@woodsrogers.com
Kate.Lennon@woodsrogers.com