IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                                Case No.:  2:22cv427

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

## ADVANCED INTEGRATED TECHNOLOGIES, LLC'S REQUEST FOR ORAL ARGUMENT

    NOW COMES Third-Party Defendant Advanced Integrated Technologies, LLC, by counsel, and hereby request oral argument on its Motion for Summary Judgment (Dkt. 158) and Motion *in Limine* to Exclude Affirmative Expert Opinions Identified by the United States of America (Dkt. 156) filed on January 24, 2025. Respecting the discretion of the Court, these Motions should be fully briefed in time for the parties' Final Pre-Trial Conference, and AIT respectfully requests that these matters be set for hearing at that time.

    Dated: January 28, 2025

                                        ADVANCED INTEGRATED TECHNOLOGIES, LLC

                                                */s/ Jennifer L. Eaton*

Jennifer L. Eaton (VSB No. 87491)
Katherine M. Lennon Ellis (VSB No. 92358)
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St. Suite 500
Norfolk, Virginia, 23510
757-446-8600 (Telephone)
757-446-8670 (Fax)
Jennifer.Eaton@woodsrogers.com
Kate.Lennon@woodsrogers.com