IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **DOUGLAS I. HORNSBY, Administrator** of the Estate of CYNTHIA GARY, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **UNITED STATES of AMERICA,** | ) ) |
| **Defendant/Third-Party Plaintiff,** | ) ) |
| v. | ) ) |
| **METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK, et al.** | ) ) ) |
| **Third-Party Defendants**. | ) |

Case No. 2:22-cv-427

**DEFENDANT METRO MACHINE CORP.'S MOTION IN LIMINE
TO EXCLUDE AFFIRMATIVE EXPERT OPINIONS IDENTIFIED BY THE USA
AND NOTICE TO JOIN AND ADOPT MEMORANDUM IN SUPPORT (ECF NO. 157)**

Third-Party Defendant Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk ("NASSCO-Norfolk"), by counsel, pursuant to Rules 26(a) and 37(c) of the Federal Rules of Civil Procedure, moves the Court to exclude any and all affirmative expert opinions against NASSCO-Norfolk contained as part of Defendant/Third-Party Plaintiff United States of America's expert disclosures and designations served January 6, 2025, as not timely disclosed pursuant to paragraph 2 of the Court's Scheduling Order (ECF No. 146).  To avoid duplication and for the sake of judicial economy, NASSCO-Norfolk joins and adopts the arguments and authority set forth by Third-Party Defendant Advanced Integrated Technologies, LLC ("AIT") as part of AIT's Memorandum in Support of Motion in Limine to Exclude Affirmative Expert Opinions by the United States of America (ECF No. 157).

WHEREFORE, Third-Party Defendant Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk respectfully requests that this Court grant the motion and any further relief as is appropriate.

    Respectfully submitted,
METRO MACHINE CORP.,
D/B/A GENERAL DYNAMICS NASSCO-NORFOLK

By:     /s/ *Lynn K. Brugh, IV*
       Lynn K. Brugh, IV
       Virginia State Bar No. 36778
       Counsel for Third-Party Defendant
       WILLIAMS MULLEN
       200 South 10th Street, Suite 1600
       Richmond, Virginia 23219
       Telephone: (804) 420-6461
       Facsimile: (804) 420-6507
       lbrugh@williamsmullen.com

       John Arch Irvin
       Virginia State Bar No. 97044
       Counsel for Third-Party Defendant
       WILLIAMS MULLEN
       200 South 10th Street, Suite 1600
       Richmond, Virginia 23219
       Telephone: (804) 420-6140
       Facsimile: (804) 420-6507
       jirvin@williamsmullen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

    /s/ *Lynn K. Brugh, IV*
Lynn K. Brugh, IV
Virginia State Bar No. 36778
Counsel for Third-Party Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
lbrugh@williamsmullen.com