IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of the Estate of CYNTHIA GARY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES of AMERICA, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK, et al. <br><br> Third-Party Defendants. | Case No. 2:22-cv-427 |

## NOTICE OF REQUEST FOR ORAL ARGUMENT

PLEASE TAKE NOTICE that Third-Party Defendant Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk ("NASSCO-Norfolk"), by counsel, respectfully requests oral argument on its Motion in Limine to Exclude Affirmative Expert Opinions Identified by the USA and Notice to Join and Adopt Memorandum in Support (ECF No. 157). Respecting the discretion of the Court, the motion will be fully briefed by the date of the February 14, 2025 Final Pretrial Conference or any other date and time available to the Court's docket.

        Respectfully submitted,
        METRO MACHINE CORP.,
        D/B/A GENERAL DYNAMICS NASSCO-NORFOLK

        By:   /s/ *Lynn K. Brugh, IV*
                Lynn K. Brugh, IV
                Virginia State Bar No. 36778
                Counsel for Third Party Defendant

                    WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
lbrugh@williamsmullen.com

John Arch Irvin
Virginia State Bar No. 97044
Counsel for Third Party Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6140
Facsimile: (804) 420-6507
jirvin@williamsmullen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

   /s/ *Lynn K. Brugh, IV*
Lynn K. Brugh, IV
Virginia State Bar No. 36778
Counsel for Third Party Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
lbrugh@williamsmullen.com