IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **DOUGLAS I. HORNSBY, Administrator** of the Estate of CYNTHIA GARY, </br></br>  **Plaintiff,**</br></br>v.</br></br>**UNITED STATES of AMERICA,**</br></br>  **Defendant/Third-Party Plaintiff,**</br></br>v.</br></br>**METRO MACHINE CORP., d/b/a**</br>**GENERAL DYNAMICS NASSCO-NORFOLK, et al.**</br></br>  **Third-Party Defendants**. | Case No. 2:22-cv-427 |

**THIRD-PARTY DEFENDANT METRO MACHINE CORP.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

  Third-Party Defendant Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk ("NASSCO-Norfolk"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56, hereby submits this Motion for Summary Judgment. The grounds for this Motion are set forth in the Memorandum in Support concurrently filed with this Motion.

  WHEREFORE, NASSCO-Norfolk respectfully requests that this Court grant the Motion and any further relief as is appropriate.

            Respectfully submitted,
            METRO MACHINE CORP.,
            D/B/A GENERAL DYNAMICS NASSCO-
            NORFOLK

       By:  <u>/s/ *Lynn K. Brugh, IV*  </u>
          Lynn K. Brugh, IV
          Virginia State Bar No. 36778
          Counsel for Defendant

W<small>ILLIAMS</small> M<small>ULLEN</small>
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
lbrugh@williamsmullen.com

John Arch Irvin
Virginia State Bar No. 97044
Counsel for Defendant
W<small>ILLIAMS</small> M<small>ULLEN</small>
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6140
Facsimile: (804) 420-6507
jirvin@williamsmullen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

By:   /s/ *Lynn K. Brugh, IV*
Lynn K. Brugh, IV
Virginia State Bar No. 36778
Counsel for Defendant
W<small>ILLIAMS</small> M<small>ULLEN</small>
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
lbrugh@williamsmullen.com