# EXHIBIT F

```
                  UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF VIRGINIA

                        NORFOLK DIVISION


DOUGLAS I. HORNSBY,            )
Administrator of the           )
Estate of CYNTHIA GARY,        )
                               )
          Plaintiff,           )
                               )
   v.                          ) NO. 2:22cv427
                               )
UNITED STATES OF AMERICA,      )
et al.,                        )
                               )
          Defendants.          )
```

DEPOSITION UPON ORAL EXAMINATION OF

DEAN WILSON BUCKLEY

TAKEN ON BEHALF OF THE DEFENDANTS

Norfolk, Virginia

Thursday, January 16, 2025

Stenographically reported by:
Kerry Zahn, RMR-CRR

```
 1   Appearances:

 2

              SHUTTLEWORTH RULOFF
 3            By:  ANDREW M. HENDRICK, ESQUIRE
              317 30th Street
 4            Virginia Beach, VA  23451
              ahendrick@srgslaw.com
 5            Counsel for the Plaintiff

 6


 7            WOODS ROGERS VANDEVENTER BLACK, PLC
              By:  JENNIFER L. EATON, ESQUIRE
 8                 KATHERINE M. LENNON ELLIS
              101 W. Main Street, Suite 500
 9            Norfolk, VA  23510
              jennifer.eaton@woodsrogers.com
10            kate.lennon@woodsrogers.com
              Counsel for Third-Party Defendant Advanced
11                 Integrated Technologies, LLC

12


13            U.S. DEPARTMENT OF JUSTICE
              By:  MALINDA R. LAWRENCE, ESQUIRE
14            P.O. Box 14271
              Washington, DC  20044-4271
15            malinda.r.lawrence@usdoj.gov
              Counsel for the Defendant The United
16                 States of America

17


18            WILLIAMS MULLEN
              By:  LYNN K. BRUGH, IV, ESQUIRE
19            200 South 10th Street
              Suite 1600
20            Richmond, VA 23219
              lbrugh@williamsmullen.com
21            Counsel for Defendant Metro Machine Corp.
                   d/b/a General Dynamics NASSCO Norfolk
22

23

24

25
```



```
                          I N D E X
```

| | DEPONENT | PAGE |
|---|---|---|
| | DEAN WILSON BUCKLEY | |
| |   Examination by Ms. Lawrence | 5 |
| |   Examination by Mr. Hendrick | 73 |
| |   Examination by Ms. Eaton | 81 |
| |   Examination by Mr. Brugh | 91 |
| |   Further Examination by Ms. Lawrence | 108 |
| |   Further Examination by Mr. Hendrick | 111 |
| |   Further Examination by Ms. Lawrence | 113 |

```
                      G O V E R N M E N T
                        E X H I B I T S
```

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | USS McFAUL DDG 74<br>US000168-9 | 30 |
| Exhibit 2 | USS McFAUL Availability Summary<br>US000170-7 | 42 |
| Exhibit 3 | Hot Work Permit<br>US000491 | 53 |
| Exhibit 4 | USS McFAUL (DDG 741)<br>US0004942-7 | 62 |
| Exhibit 5 | USS McFAUL (DDG 741)<br>US0004913-8 | 64 |



```
 1         A     I was working for NASSCO Norfolk.
 2   I was an area manager.
 3         Q     And was that the same job that you
 4   had in March of 2021?
 5         A     Yes, ma'am.
 6         Q     All right.
 7               Now, I want to be -- go way back in
 8   time and get some background information and I
 9   just want to ask if you could summarize your
10   educational background beginning with high school.
11         A     High school.  I went to Churchland
12   High School.  I graduated from there in the year
13   1980.
14               I went to college at East Tennessee
15   State University on a football scholarship and
16   stayed there one year.
17               I left -- left there and got a job
18   at Newport News Shipbuilding and eventually -- it
19   was supposed to be a summertime job, but it turned
20   out to be a career.
21               But I spent the next 36 years at
22   Newport News Shipbuilding.  I went through the
23   apprentice school there.  Graduated as a
24   journeyman pipefitter.
25               And as far as education is
```



1  answer.
2      Q    Okay.
3      A    No, ma'am.
4      Q    All right.  And so what would be
5  NASSCO's role?  What was, you know, NASSCO's role
6  in the McFAUL?  NASSCO must have obviously been
7  the lowest bidder with the best score, they get
8  the job.
9      What is the job, start to finish,
10 from NASSCO's perspective?
11     A    Drydocking the ship.  We would put
12 the ship in the drydock, pull the rudders off of
13 the ship, sometimes pulling the shafting out.  I'm
14 not sure whether McFAUL had that underwater work
15 done or not.  They would do preservation work on
16 the hull itself.  May have changed out the -- the
17 shafting seal for the -- for the propeller shafts.
18     It would come out of drydock after
19 that work was accomplished and then they would
20 finish the work that was required.  They would
21 finish that on the pierside.
22     Q    Okay.  And on the McFAUL then, as
23 the area manager, what role did you -- did you
24 play?
25     A    I had a certain amount of work



1    packages that were assigned to me.
2         Q    And so what would be a "work
3    package"?
4         A    It would be a certain amount of
5    work that is described in pretty good detail, and
6    the paperwork would come to me and, you know, I
7    would work the scope of the work just -- you know,
8    the work package is pretty much the scope of the
9    work and it's broken down into the individual work
10   packages depending on maybe a system to be worked
11   or an area to be paint abated and preserved, maybe
12   an inspection to be performed.
13        Q    And then how would you go about, I
14   guess, making sure that the work required by that
15   work package was actually done?
16        A    Well, I would -- I would get with
17   the trades that were -- were assigned to perform
18   the work and make sure that they were, you know,
19   prepared to do the work as far as having the right
20   tools and equipment, manning, and would make sure
21   that they, you know, pretty much knew what the,
22   you know, the scope of the work was.  And then I
23   would, you know, go on the ship and see the work,
24   you know, as -- as it was progressing.
25        Q    Okay.  And so how would that work



```
 1           Q      Got it.
 2                  Just looking at the document, so as
 3   the area manager, you know, did you handle these
 4   documents --
 5           A      No, ma'am.
 6           Q      -- or look at them ever?
 7           A      No, ma'am.
 8           Q      Okay.
 9           A      The -- the contractor would fill
10   the form out as a request.  They would take the
11   form and hand it to the Navy.  The Navy is the
12   authorizing entity here.  They would authorize the
13   hot work permit and coordinate whether there was
14   hot work in the area or whether there was cold
15   work in the area.  And you can't mix the two in
16   the same area.  Okay?
17                  But the entity that's authorizing
18   hot work is the Navy.
19           Q      Okay.  But the party completing and
20   submitting this form would have been who?
21           A      It would been the contractor
22   working the job.
23           Q      Okay.
24           A      Actually, the -- to get right down
25   to the nuts and bolts, the actual supervisor of
```



```
 1            Q      Would you instruct the people who
 2   were doing the work --
 3            A      No, sir.
 4            Q      -- or direct the actual work?
 5            A      No, sir.
 6            Q      So when you're doing a
 7   walk-through, you're measuring the progress of the
 8   work?
 9            A      That's pretty much all, yes, sir.
10            Q      Okay.  Are you familiar with
11   tagouts on board a Navy ship?
12            A      I am.
13            Q      Have you ever participated in
14   tagging out equipment on a ship like the McFAUL?
15            A      During -- during an overhaul, the
16   Navy owns the equipment, they own the components,
17   and they are the responsible party.
18                   We're not allowed to -- to touch
19   any components or reposition any switches or any
20   valves.  We're not allowed to do that.  We
21   don't -- we have no ownership over -- over the
22   ship's equipment.
23            Q      So as the area manager for NASSCO,
24   do you have any role in the -- or did you have any
25   role in the tagout progress?
```



```
 1            A      No, sir.
 2            Q      As you're doing the walk-throughs
 3   as part of your work as area manager, do you check
 4   whether tagouts have been completed?
 5            A      No, sir.
 6            Q      Who would be the person who does
 7   that?
 8            A      The -- normally the WAF is
 9   requested.  They go to the -- to the WAF
10   coordinator.  The WAF coordinator interfaces with
11   the Navy.
12                   The Navy is responsible for putting
13   the ship in a safe working condition, the ship's
14   systems in a safe working condition, and putting
15   proper tags on the components or on the equipment,
16   and then they -- they have a tagout that they --
17   that they go by, and it's -- they sign it that the
18   tag is hung and the component is in the right
19   position, and then they have a -- a second checker
20   that comes behind them, independent, to verify
21   that the tagout and all the tags are hung
22   properly, the components are in the correct
23   position, and then the WAF comes back to the -- to
24   the WAF office, and then the WAF gets issued and
25   gets authorized and issued to the trades to do
```



Dean Buckley - January 16, 2025                              77

```
 1   their work.
 2        Q    All right.  We also talked about
 3   firewatch.
 4             As area manager, do you have -- do
 5   you have a role in placing the firewatch for work?
 6        A    No, sir.
 7        Q    Is that something you do on a
 8   walk-through is to check that firewatches are in
 9   place?
10        A    Typically, no.
11             You know, typically, the -- the
12   firewatchers are responsible for -- for letting
13   the hot work operator know when they need to take
14   a break, when they have to go to the restroom.
15   They tap on the bulkhead.  You know, there's
16   certain signals that they -- that they coordinate
17   with each other ahead of time before the hot work
18   begins.  They will converse with each other.  And
19   if the hot work -- if the hot -- if the firewatch
20   is not there, the hot work operator should know
21   that.
22             So these are not things that
23   typically an area manager would look for.
24             The exception to the rule would be
25   if there's hot work going on, you see the hot work
```



```
 1   that question --
 2          Q      Okay.
 3                 Well, then let --
 4          A      -- because, you know, the tagouts
 5   are not requested to the Navy.
 6          Q      All right.  Let me --
 7          A      The WAF is a request to the Navy
 8   and the Navy is responsible for tagging the
 9   correct components.
10          Q      Okay, all right.  I understand what
11   you're saying.
12                 If a tagout is needed for a WAF
13   authorization, what entity is responsible for
14   physically making sure whatever's needed to be
15   tagged out is tagged out?
16          A      That would be the Navy.
17          Q      Okay.  Does NASSCO Norfolk or the
18   subcontractors, do they have any role in
19   physically making sure it's tagged out?
20          A      No, sir.
21          Q      And in your experience with these
22   tagouts, what is the Navy supposed to ensure in --
23   in tagging it out?
24          A      That the -- number one, that they
25   are tagging the correct component.
```



```
 1            Q      Right.
 2            A      That's number one.
 3                   Number two, that the component is
 4     positioned correctly according to what the tagout
 5     says.
 6                   It might say that the valve needs
 7     to be shut.
 8                   They would ensure that the valve
 9     was shut.  Then they would hang the tag on the
10     valve, indicating that the valve has been verified
11     shut and now there's a danger tag indicating
12     that -- that no one is to operate.
13            Q      All right.  In tagging out a piece
14     of equipment, does the Navy -- is the Navy
15     supposed to do it in the safest way possible?
16            A      Absolutely, yeah.
17            Q      In your experience, do the
18     subcontractors or whoever is working on that WAF
19     and requesting that tagout have to rely on the
20     Navy to make sure that it is tagged out in the
21     safest way possible?
22            A      Well, there again, requesting the
23     tagout is not done by the -- by the repair
24     activity.
25                   The request for the work to be
```



```
 1   think you -- I think that this came out earlier.
 2              Are you aware that there was a
 3   tagout requested or there was a -- there was a WAF
 4   submitted and that the blow-in door was tagged out
 5   in order to do repair work, gasket work on the
 6   blow-in door?  Are you aware of that?
 7        A     Well, yes, I am.
 8        Q     I mean, at this point are you
 9   aware?
10        A     At this point I'm certainly aware
11   of it, yeah.
12        Q     Okay.  I'll --
13              THE WITNESS:  Bless you.
14              MS. EATON:  Thank you.
15   BY MR. BRUGH:
16        Q     I will let you know that the WAF
17   that was submitted for the blow-in door gasket
18   work was submitted and authorized at the very end
19   of January 2021, right, I think it was
20   January 29th or somewhere around in there.  Okay?
21        A     Okay.
22        Q     The accident happened on
23   March 15th, 2021.
24              That tagout was in place for that
25   period of time, which is roughly six weeks or so.
```



```
 1                 It is -- is it unusual for a piece
 2   of equipment to be tagged out for that length of
 3   time?
 4         A     Absolutely.
 5         Q     It's unusual?
 6         A     Oh, no, it's not unusual.  Sorry.
 7   No.
 8         Q     It's --
 9         A     It is not unusual for -- for tags
10   to be hung on components for -- for the entire
11   length of the availability.
12         Q     It's --
13         A     So...
14         Q     It's standard in the industry that
15   a tagout could be on a piece of equipment for
16   weeks, if not months, or even, you're saying,
17   potentially a year or...
18         A     Yes, sir.
19         Q     Okay.
20         A     That's a correct statement.
21         Q     If -- these morning meetings that
22   you all would have that's related to Buckley
23   Number 1 --
24         A     Yes, sir.
25         Q     -- who would be present at these
```



```
 1   meetings?
 2        A     Okay.
 3        Q     And I'm talking about -- I don't
 4   need to know the individual people --
 5        A     No, that's okay.
 6        Q     -- but in terms of the entities and
 7   maybe some of the positions, the titles of those
 8   people.
 9        A     Okay.
10              Area managers, we were all required
11   to go to these meetings.
12              So in this case, Bruce Smith, Dean
13   Buckley, Rodney Johnson, Sirron Ringer, Cody
14   Sanders would be there.  He would be pretty much
15   conducting, like the emcee of a meeting and Bruce
16   Smith would be there.
17              The top brass of the ship would be
18   there, the commanding officer, executive officer,
19   chief engineer, department heads through the ship.
20              It was a pretty big meeting and a
21   lot of people were there every -- every day.
22        Q     And the Navy personnel that would
23   be there, who would those folks be?
24        A     The commanding officer, the
25   executive officer, chief engineer, the -- the fire
```



1   warden of the ship would be there or he was like
2   the damage control chief.  He could even be a
3   first lieutenant.
4              Most of the chiefs assigned to the
5   McFAUL would be in that meeting or they would send
6   a representative from -- from their division to be
7   at this meeting.
8       Q    Okay.
9       A    Pretty much everybody that -- that
10  has anything to do with anything on the boat
11  would -- would be at that meeting.
12      Q    Do you recall if at any time from
13  late January of 2021 through middle of March 2021,
14  did anyone ever complain or bring up any issue
15  with the length of time that the tagout was on
16  the -- any blow-in doors?
17      A    I had no complaints from the --
18  from the Navy that this particular job or any
19  other blow-in door job was -- was taking too long,
20  no, sir.
21      Q    If it had, would those be reflected
22  in the comments section?
23              If you had received a complaint
24  about any particular job, would you put that in
25  your comments section?

