# EXHIBIT G

**WORK START DATE:**

# CONTRACTOR
## WORK AUTHORIZATION FORM

| 1. USS | 2. SYSTEM | 3. WAF NO. |
|---|---|---|
| MCFAUL (DDG-74) | SSGTG INTAKE #2 | 0271 |

| 4. JCN | 5. COMPANY/ SHOP / REP / PHONE |
|---|---|
|  | AIT-MARINE / KELVIN BUIE / 757-335-1010 |

| 7. JOB DESCRIPTION & LOCATION | 6. TECHNICAL WORK DOCUMENT |
|---|---|
|  | 251-30-002 |

KTR REQUEST BLOW-IN DOOR TO BE TAGGED OUT IN THE OPEN POSITION IN-ORDER TO REMOVE AND INSTALL NEW GASKET IN COMPARTMENT 01-260-1-Q.

## PREPARATION FOR WORK

8. POST WORK TESTING IS AS SPECIFIED: ☐ BELOW   ☐ IN THE TWD   ☐ NO TEST REQD   ☒ FORMAL TEST PROGRAM

9. RESTRICTIONS/PRECAUTIONS/REMARKS.

10. DIVISION/REPAIR ACTIVITY READY TO COMMENCE WORK. LPO/DIV OFF or RA  _Kelvin Buie_  DATE _____

## AUTHORIZATION TO WORK

11. SAFETY OF SHIP (Submarine Only): ☐ YES  ☐ NO
RA SSO (if SPOD used) or QUALIFIED WATCH/DUTY OFFICER (if SOSMIL used) ___N/A___ DATE ___N/A___

12. CONCURRENCES:
_____ DATE 1/29/21   _____ DATE _____   _____ DATE _____

13. TAGOUT REQUIRED: ☒ YES  ☐ NO
SYSTEM/COMPONENT IS LINED UP FOR WORK, A TAG OUT IS HUNG, VERIFIED AND SIGNED BY THE REPAIR ACTIVITY (IF REQUIRED) AND SHIP.

EM02[WAF-0271] SSGTG #2 INTAKE
TAGOUT NO. 27 JAN 21 (00)
WATCH/DUTY OFF _____ DATE 27 JAN 21

14. PLANT/SHIP CONDITIONS (E.G., DRAINED, DE-PRESSURIZED, DE-ENERGIZED, RESTRAINED) SET. DIVISION/RA IS AUTHORIZED TO START WORK.
WATCH/DUTY OFF _____ DATE 27 JAN 21
RA _____ DATE 1/29/21

## NOTIFICATION OF WORK COMPLETION

15. RESTRICTIONS/PRECAUTIONS/REMARKS

| 16. WORK IS COMPLETE | 17. TESTING IS COMPLETE |
|---|---|
| RA _____ DATE _____ | WATCH/DUTY OFF or RA _____ DATE _____ |

18. WAF CLOSED OUT
WATCH/DUTY OFF _____ DATE _____
WAFCOR _____ DATE _____

☐ CHECK IF CONTINUED ON ANOTHER SHEET

The **WAF** must match the work and it must be on the job site.

SHEET 1

Reference: COMUSFLTFORCOMINST 4790.3 (JFMM) REV D

# CONTRACTOR WORK AUTHORIZATION FORM

| WORK START DATE: | | |
|---|---|---|
| 1. USS MCFAUL (DDG-74) | 2. SYSTEM SSGTG INTAKE #2 | 3. WAF NO. 0271 |
| 4. JCN | 5. COMPANY/ SHOP / REP / PHONE AIT-MARINE / KELVIN BUIE / 757-335-1010 | |
| 7. JOB DESCRIPTION & LOCATION | 6. TECHNICAL WORK DOCUMENT 251-30-002 | |

KTR REQUEST BLOW-IN DOOR TO BE TAGGED OUT IN THE OPEN POSITION IN-ORDER TO REMOVE AND INSTALL NEW GASKET IN COMPARTMENT 01-260-1-Q.

## PREPARATION FOR WORK

8. POST WORK TESTING IS AS SPECIFIED: ☐ BELOW   ☐ IN THE TWD   ☐ NO TEST REQD   ☒ FORMAL TEST PROGRAM

9. RESTRICTIONS/PRECAUTIONS/REMARKS.

10. DIVISION/REPAIR ACTIVITY READY TO COMMENCE WORK. LPO/DIV OFF or RA _Kelvin Buie_ DATE _____

## AUTHORIZATION TO WORK

11. SAFETY OF SHIP (Submarine Only): ☐ YES  ☐ NO
RA SSO (if SPOD used) or QUALIFIED WATCH/DUTY OFFICER (if SOSMIL used) _N/A_ DATE _N/A_

12. CONCURRENCES: _[signature]_ DATE _1/29/21_   _____ DATE _____   _____ DATE _____

13. TAGOUT REQUIRED: ☒ YES  ☐ NO
SYSTEM/COMPONENT IS LINED UP FOR WORK, A TAG OUT IS HUNG, VERIFIED AND SIGNED BY THE REPAIR ACTIVITY (IF REQUIRED) AND SHIP.
TAGOUT NO. _EM02[WAF-0271] SSGTG #2 INTAKE 27JAN21 (00)_
WATCH/DUTY OFF _[signature]_ DATE _29JAN_

14. PLANT/SHIP CONDITIONS (E.G., DRAINED, DE-PRESSURIZED, DE-ENERGIZED, RESTRAINED) SET. DIVISION/RA IS AUTHORIZED TO START WORK.
WATCH/DUTY OFF _[signature]_ DATE _29JAN_
RA _[signature]_ DATE _1/29/21_

## NOTIFICATION OF WORK COMPLETION

15. RESTRICTIONS/PRECAUTIONS/REMARKS

16. WORK IS COMPLETE
RA _____ DATE _____

17. TESTING IS COMPLETE
WATCH/DUTY OFF or RA _____ DATE _____

18. WAF CLOSED OUT
WATCH/DUTY OFF _____ DATE _____
WAFCOR _____ DATE _____

☐ CHECK IF CONTINUED ON ANOTHER SHEET

The WAF must match the work and it must be on the job site.

SHEET 1

Reference: COMUSFLTFORCOMINST 4790.3 (JFMM) REV D

**Danger**

SYSTEM OR COMPONENT
**2 GTG INTAKES**
REMOVE AND INSTALL NEW GASKET IN COMPARTMENT 01-260-1-Q.

REASON FOR TAG-OUT
WAF-0271

PERSONNEL/EQUIPMENT HAZARDS INVOLVED
FOD

WORK NECESSARY TO CLEAR TAG(S) (INCLUDING TESTS)
REMOVE AND INSTALL NEW GASKET IN COMPARTMENT 01-260-1-Q AND RETURN EQUIPMENT TO LAY UP CONDITION.

| APPLICABLE DOCUMENTATION (I.E., JOB ORDER, RIP-OUT, S/P, ETC.) | DATE/TIME ISSUED OR ADDED | PETTY OFFICER IN-CHARGE | ACCURACY/ADEQUACY CHECK | REPAIR ACTIVITY REP. (WORK COMPLETE) (WHEN APPROPRIATE) |
|---|---|---|---|---|
| | | CROSS CHECK (WHEN REQ.) | REP. ACT. REP. (WHEN APP.) | |
| | | SECOND PERSON | AUTH. OFFICER (ISSUED) | WCS OR POIC (WORK COMPLETE) |
| | | CROSS CHECK (WHEN REQ.) | AUTH. OFFICER (HUNG) | AUTH. OFFICER (TAGS REMOVED) |
| SEE REASON BLOCK | 27-JAN-21 1342 | GSM3 CRESPO, CHRISTOPHER 27-JAN-21 | | |
| | | | KELVIN BUIE 27-JAN-21 1327 | |
| | | GSM3 Roberts, Austin 27-JAN-21 1035 | GSM1 Preetam, Anita 27-JAN-21 1342 | |

| Tag | Status | RA Required (# Line Items) | RA Witness (Initial) | COMPONENT | LOCATION | POSITION |
|---|---|---|---|---|---|---|
| 9680 | | Yes (14) | | GSA-V-3 * | 4-254-0-E | SHUT |
| 9673 | | Yes (16) | | AHP-V-146 ~ | 4-254-0-E | SHUT |
| 9681 | | Yes (10) | | GBA2-V-4 * | 4-254-0-E | SHUT |
| 9908 | * | Yes (1) | | NR 2 GTG BLOW IN CONTROL | 4-254-0-E | OPEN |
| 572 | | Yes (14) | | GFS2-V-3 * | 4-254-0-E | SHUT |



AIT

\* - Tag is to be hung on this line item
\+ - Tag is issued on a previous line item and is not yet reported hung