# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| **DOUGLAS I. HORNSBY, Administrator** of the Estate of **CYNTHIA GARY,** )<br><br>Plaintiff, )<br><br>v. )<br><br>**UNITED STATES of AMERICA,** )<br><br>Defendant/Third-Party Plaintiff, )<br><br>v. )<br><br>**METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-NORFOLK, et al.** )<br><br>**Third-Party Defendants**. ) | Case No. 2:22-cv-427 |

## NOTICE OF REQUEST FOR ORAL ARGUMENT

PLEASE TAKE NOTICE that Third-Party Defendant Metro Machine Corp., d/b/a General Dynamics NASSCO-Norfolk ("NASSCO-Norfolk"), by counsel, respectfully requests oral argument on its Motion for Summary Judgment. Respecting the discretion of the Court, the motion will be fully briefed by the date of the February 14, 2025, Final Pretrial Conference or any other date and time available to the Court's docket.

Respectfully submitted,
METRO MACHINE CORP.,
D/B/A GENERAL DYNAMICS NASSCO-NORFOLK

By: /s/ *Lynn K. Brugh, IV*
Lynn K. Brugh, IV
Virginia State Bar No. 36778
Counsel for Third Party Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219

    Telephone: (804) 420-6461
    Facsimile: (804) 420-6507
    lbrugh@williamsmullen.com

    John Arch Irvin
    Virginia State Bar No. 97044
    Counsel for Third Party Defendant
    WILLIAMS MULLEN
    200 South 10th Street, Suite 1600
    Richmond, Virginia 23219
    Telephone: (804) 420-6140
    Facsimile: (804) 420-6507
    jirvin@williamsmullen.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 30th day of January 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

    /s/ *Lynn K. Brugh, IV*
    Lynn K. Brugh, IV
    Virginia State Bar No. 36778
    Counsel for Third Party Defendant
    WILLIAMS MULLEN
    200 South 10th Street, Suite 1600
    Richmond, Virginia 23219
    Telephone: (804) 420-6461
    Facsimile: (804) 420-6507
    lbrugh@williamsmullen.com