IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of The Estate of CYNTHIA GARY, | ) ) ) |
| Plaintiff, | ) ) Case 2:22-cv-00427 |
| v. | ) ) In Admiralty |
| THE UNITED STATES OF AMERICA, *et al.,* | ) ) ) |
| Defendants. | ) ) ) |

### THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DISMISS CERTAIN CLAIMS

The United States moves for summary judgment or dismissal of Plaintiff's claims on the grounds that the United States has breached no legal duty owed to Plaintiff's decedent. The United States' duties as the owner of the McFAUL are set forth by the seminal Supreme Court case *Scindia Steam Navigation Co., Ltd. v. De Los Santos*, 451 U.S. 156 (1981). Because there is no evidence that the United States violated any of the three *Scindia* duties, the Court should grant this motion for summary judgment and dismiss all of Plaintiff's claims against the United States.

Alternatively, if summary judgment is not granted, several of Plaintiff's claims should be dismissed for lack of subject matter jurisdiction, narrowing the issues in the case. Specifically, Plaintiff's claims challenging the Navy's tag out procedures and the design of certain equipment on the McFAUL challenge conduct that is both discretionary and susceptible to policy analysis, therefore the discretionary function exception to the United States' waiver of sovereign immunity applies.

A memorandum in support of this motion, and exhibits thereto, are attached.  Exhibits 3, 4, 12, 15, 22, and 23 are covered under the protective order (Dkt. 32) and are filed under seal.

Dated: January 30, 2025　　　　　　　　　　Respectfully submitted,

                                                UNITED STATES OF AMERICA

                                                JESSICA D. ABER
                                                United States Attorney

By:    */s/ Garry D. Hartlieb*
        Garry D. Hartlieb, IL Bar No. 6322571
        Assistant U.S. Attorney
        Office of the United States Attorney
        101 West Main Street, Suite 8000
        Norfolk, Virginia 23510-1671
        Tel: (757) 441-3173
        Fax: (757) 441-6689
        E-mail: garry.hartlieb@usdoj.gov

        ERIK S. SIEBERT
        Acting Assistant Attorney General

By:    */s/ Shaun M. Pehl*
        Malinda R. Lawrence, ME Bar No. 004351
        James R. Whitman, DC Bar No. 987694
        Shaun M. Pehl, WA Bar No. 45534
        Michelle Delemarre,
        Trial Attorneys
        United States Department of Justice
        Civil Division, Torts Branch
        Aviation, Space & Admiralty Litigation
        175 N Street, NE, 11th Floor
        Washington, DC 20002
        Tel: (202) 307-0033/(202) 305-8049
        Fax: (202) 616-4002
        E-mail: Malinda.R.Lawrence@usdoj.gov
        E-mail: james.whitman@usdoj.gov
        E-mail: shaun.pehl@usdoj.gov

        *Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to the following counsel of record:

Robert J. Haddad, Esq.
Andrew M. Hendrick, Esq.
RULOFF, SWAIN, HADDAD, MORECOCK,
TALBERT & WOODWARD, P.C.
317 30th Street
Virginia Beach, VA 23451
Telephone: (757) 671-6036
Facsimile: (757) 671-6004
Email: rhaddad@srgslaw.com
Email: ahendrick@srgslaw.com
*Counsel for Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary*

Jennifer Eaton, Esq.
Katherine Lennon Ellis, Esq.
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St., Suite 500
Norfolk, Virginia, 23510
Telephone: 757-446-8600
Fax: 757-446-8670
Email: Jennifer.Eaton@wrvblaw.com
Email: Kate.Lennon@wrvblaw.com
*Attorneys for Defendant, Advanced Integrated Technologies, LLC*

Lynn K. Brugh, IV, Esq.
Jack A. Irvin, Esq.
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
Email: lbrugh@williamsmullen.com
Email: jirvin@williamsmullen.com
*Attorneys for Defendant Metro Machine Corp. d/b/a General Dynamics NASSCO-Norfolk*

3

By:     /s/ *Shaun M. Pehl*
Shaun M. Pehl, WA Bar No. 45534
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
175 N Street, NE, 11th Floor
Washington, DC 20002
Phone: (202) 598-5779
Fax: (202) 616-4002
Email: Malinda.R.Lawrence @usdoj.gov
*Counsel for the United States*