# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 75

| 1. CONTRACT/PURCH.ORDER/ AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMDD) | 4. REQ./PURCH. REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| N00024-16-D-4408 | N5005420FC057P00011 | 2020 Aug 07 | See Schedule | |

**6. ISSUED BY**   CODE  N50054

MID-ATLANTIC REGIONAL MAINTENANCE CENTER
CODE 400,
9727 AVIONICS LOOP,
NAVAL STATION NORFOLK
NORFOLK VA 23511-2124

**7. ADMINISTERED BY** (if other than 6)   CODE

SEE ITEM 6

**8. DELIVERY FOB**
[ ] DESTINATION
[X] OTHER

(See Schedule if other)

**9. CONTRACTOR**   CODE 19468   FACILITY

NAME AND ADDRESS:
METRO MACHINE CORP
GENERAL DYNAMICS NASSCO-NORFOLK
KEVIN TERRY
200 LIGON ST
NORFOLK VA 23523-1000

**10. DELIVER TO FOB POINT BY** (Date) (YYYYMMDD)
SEE SCHEDULE

**12. DISCOUNT TERMS**

**11. MARK IF BUSINESS IS**
[ ] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

**13. MAIL INVOICES TO THE ADDRESS IN BLOCK**
See Item 15

**14. SHIP TO**   CODE N50054
MID-ATLANTIC REGIONAL MAINTENANCE CENTER
MARMC COMMANDING OFFICER
9727 AVIONICS LOOP
NAVAL STATION NORFOLK VA 23511-2124

**15. PAYMENT WILL BE MADE BY**   CODE N68732
DEFENSE FINANCE AND ACCOUNTING SERVICE
CLEVELAND-NORFOLK ACCOUNTS PAYABLE
PO BOX 998022
CLEVELAND OH 44199-8022

**MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.**

**16. TYPE OF ORDER**

[X] DELIVERY/CALL — This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.

[ ] PURCHASE — Reference your quote dated
Furnish the following on terms specified herein. REF:

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR    SIGNATURE    TYPED NAME AND TITLE    DATE SIGNED (YYYYMMDD)

[X] If this box is marked, supplier must sign Acceptance and return the following number of copies: 1

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**
See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
TEL: (757) 396-5041 X426
EMAIL: lisa.r.matthews@navy.mil
BY: CODE 401 – LISA R. MATTHEWS
CONTRACTING / ORDERING OFFICER

**25. TOTAL** $34,500,797.00

**26. DIFFERENCES**

**27a. QUANTITY IN COLUMN 20 HAS BEEN**
[ ] INSPECTED  [ ] RECEIVED  [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE    c. DATE (YYYYMMDD)    d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| 28. SHIP NO. | 29. DO VOUCHER NO. | 30. INITIALS |
|---|---|---|
| [ ] PARTIAL [ ] FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |

f. TELEPHONE NUMBER    g. E-MAIL ADDRESS

**31. PAYMENT**
[ ] COMPLETE
[ ] PARTIAL
[ ] FINAL

**36. I certify this account is correct and proper for payment.**
a. DATE (YYYYMMDD)    b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

34. CHECK NUMBER

35. BILL OF LADING NO.

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

**DD Form 1155, DEC 2001**    PREVIOUS EDITION IS OBSOLETE.

US000090

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

    Staging/Scaffolding
    Diesel Mechanics

2. The fully burdened ship repair labor rate proposed by the contractor listed in paragraph 7 below shall include all costs associated with support functions (whether charged directly or indirectly by the offeror's accounting systems) provided in support of the direct production functions listed in paragraph 1 above. Support functions shall be considered to be included in the offeror's fully burdened ship repair labor rate for direct production hours. Labor hours for the below support functions shall not be separately proposed, including in support of subcontractors. Support functions include, and are not limited to, those types listed below:

    Testing
    Quality Assurance
    Execution Planning
    Cleaning (except tank cleaning)
    Supervision
    Security
    Surveying
    Administration
    Transportation
    Purchasing
    Staff
    Lofting
    Other indirect support
    Handling & Warehousing
    Safety/Environmental
    Program Management

3. The fully burdened ship repair labor rate is a fixed hourly rate that includes all wages, overhead, all other indirect costs, general and administrative expenses, Facilities Capital Cost of Money (FCCOM) and profit. The fully burdened ship repair labor rate represents a blended rate including labor transferred between divisions, subsidiaries, or affiliates of the contractor under a common control.

4. Consumable materials are goods used in the ordinary course of work performance such as office supplies, paper, rags, vehicle or equipment fuel costs, cleaning chemicals, disposable tools, welding rods, paint buckets, paint brushes, protective clothing, etc. that are consumed/used in the process of repair and do not become an integral part of the repaired vessel. Consumable material shall be included in the contractor's fully burdened ship repair labor rate and not separately priced.

5. Physical materials are goods that become an integral part of the repaired vessel in the course of the repair, such as equipment, replacement steel, pipes, paint, and fasteners. The material burden rates apply to physical materials but not to consumable materials. The material burden rate will be applied to the actual cost of the physical material. Actual cost does not include handling charges, general and administrative cost, overhead, profit, or any other indirect cost.

6. For contract changes involving subcontractors, subcontractor quotes will be treated as Other Direct Costs (ODCs) and will be subject to the contract material burden rate shown in paragraph (7) below. Subcontractor quotes must be competitively acquired and submitted with the contractor's Change Order Price Analysis (COPA) in response to Request for Contract Changes (RCCs) and Reservation Task Requests (RTRs) issued by the Contracting Officer. At no time will the proposed total to be performed by the prime contractor combined with subcontractor quote, material quote, and applicable burdens be allowed to cost more than it would have, had the prime contractor directly provided all material and labor. The proposed total pricing restriction addressed in the preceding sentence does not apply in any case where the work is required to be performed by Original Equipment Manufacturers (OEMs), Government directed subcontractors, Government authorized vendors, or any other work at the sole discretion of the Administrative Contracting

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

  w. B009 LOGISTICS MANAGEMENT INFORMATION (LMI) SUMMARY – DEMAND ONLY TRANSACTION (DHA) REPORT
  x. C001 COMMERCIAL OFF THE SHELF (COTS) EQUIPMENT MANUAL SUPPORT
  y. C002 TECH MANUAL CONTRACT REQUIREMENTS (TMCR) HULL, MECH & ELEC EQUIPMENT TECH MAN REQ – SI 009-41: TMCR FOR A TOPICALLY STRUCTURED TECH MANUAL

4. The contractor is responsible for all environmental, safety and other technical type requirements provided in specification package SSP: TPPC-DDG74-MARMCN20-CN01.

5. <u>IDENTIFICATION OF CONDITION FOUND</u>: In accordance with the requirements of NAVSEA Standard Item 009-01, the contractor shall identify needed repairs and recommend corrective action during DO performance for work/deficiencies discovered which are not covered by the existing work package. For conditions to impact the critical path(s) /controlling item(s), the contractor shall notify the government via electronic media within 24-hours of discovery. This initial notification need not include all content required for a Condition Found Report (CFR), but must include a description of the condition/deficiency and an estimated timeframe for the offeror's professional recommendation for resolution, which shall not exceed five (5) days as specified below. Recommended repairs and corrective actions shall be submitted to the Government in the form of a CFR (intended to represent the "Work Request" described in DFARS 252.217-7028) per CDRL A002.

 NOTIFICATION TO GOVERNMENT
 CFRs shall be submitted through the Navy Maintenance Database Re-platform (NMDR) within five (5) working days of discovery of the condition.

 At a minimum, the CFR will include the following:

  (1) Identify contract, DO, ship, and hull number
  (2) Serialized by CFR number
  (3) Identification of the applicable Work Item number
  (4) Date requirement was discovered
  (5) Description of the work requirement
  (6) Specific location of the work
  (7) Recommendation for corrective action
  (8) Recommendation for the appropriate/best time to accomplish the work (i.e. during current availability with or without schedule change, future CNO or Continuous Maintenance Availability). Provide supporting rationale for the recommendation, such as cost efficiencies, availability of work force, availability of material, premium expenditures, etc.
  (9) Identification of related changes, if any, to the internal milestones and production and contract completion dates.

 GOVERNMENT REVIEW AND RESPONSE TO CFR

 The Maintenance Team shall review the CFR. If the CFR is inadequate or incomplete, it will be rejected with time continuing to accrue (relative to 5-day requirement). As appropriate, the Government and contractor will need to meet, conduct ship checks and/or discuss the recommendation for corrective action further to determine the full scope of work required prior to final approval of the CFR. The contractor's accuracy reflected in the CFRs submitted may be evaluated in CPARS.

6. <u>REQUEST FOR CONTRACT CHANGE:</u> When the requirement is validated and fully scoped, the Government will generate a Request for Contract Change (RCC) and the ACO will request a proposal from the contractor.

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

US000117