<u>NAVSEA</u>
<u>STANDARD ITEM</u>

<u>FY-21</u>

ITEM NO:       009-106
DATE:       01 OCT 2017
CATEGORY:              I

1. <u>SCOPE</u>:

   1.1   Title:   Work Authorization Form Coordinator (WAFCOR); provide

2. <u>REFERENCES</u>:

   2.1   Joint Fleet Maintenance Manual (JFMM)

3. <u>REQUIREMENTS</u>:

   3.1   Provide a representative whose function is to coordinate the Work Authorization and Control Process, known as the Work Authorization Form (WAF) Coordinator (WAFCOR), from 30 days prior to the actual scheduled start date of shipboard work, or not later than 5 days after award for Firm Fixed-Price contracts, to the completion of shipboard work.

   3.2   The WAFCOR must be responsible for the work authorization control process for all Repair Activity (RA) work being performed during the contract performance period.  The WAFCOR must receive, process, compare, and coordinate all WAFs and Technical Work Documents (TWDs) submitted by RAs in accordance with the requirements of Volume IV, Chapter 10, of 2.1.  The WAFCOR must meet daily with the designated representatives from each RA, the Commanding Officer's designated representative, and the SUPERVISOR to eliminate any tag-out conflicts, and to advise the SUPERVISOR of any work authorization problems that could impact the RA's or the ship's work operations and testing.

      3.2.1   The WAFCOR must ensure that each RA submits a properly filled out WAF.  The WAF/TWD must show or explain the job description for each work authorization.  The WAFCOR must assign a tracking number and submit the WAF to the Commanding Officer's designated representative.  The Commanding Officer's designated representative will determine if adequate isolation and plant/system conditions exist to safely and properly conduct the work, authorize and hang tag-outs, and sign the WAF.  Each individual RA must submit work authorizations even if multiple RAs are working on the same components.

      3.2.2   The WAFCOR must legibly sign concurrence on the WAF for start of work.

      3.2.3   The WAFCOR must ensure that WAF revisions or changes submitted by the cognizant RAs are processed prior to proceeding with the work necessitating the change/revision to the WAF.

    4.   NOTES:

        4.1     Repair Activity (RA) is any activity (public or private) other than Ship's Force involved in the construction, testing, repair, overhaul, refueling, or maintenance of the ship. Repair Activities include the prime contractor, all subcontractors, government provided contractors or agencies, Alteration Installation Teams, Fleet Maintenance Activities, Naval Shipyards, and others.

        4.2     Training requirements are listed in NAVSEA Standard Item 009-24.