Page 1

1            IN THE UNITED STATES DISTRICT COURT

2          FOR THE EASTERN DISTRICT OF VIRGINIA

3                    NORFOLK DIVISION

4

        ------------------------    )

5                                    )

     DOUGLAS I. HORNSBY,             )

6    Administrator of the            )

     Estate of CYNTHIA GARY,         )

7                                    )

          Plaintiff,                 ) CASE NO. 2:22-cv-427

8                                    )

     vs.                             )

9                                    )

     UNITED STATES OF AMERICA,       )

10   et al.,                         )

                                     )

11         Defendants.               )

     ------------------------    )

12

13     VIDEOCONFERENCE DEPOSITION UPON ORAL EXAMINATION

14                   OF KELVIN BUIE

15          TAKEN ON BEHALF OF THE DEFENDANTS

16                 Norfolk, Virginia

17            Thursday, October 24, 2024

18                 10:00 a.m. EST

19

20

21

22

23

24     Reported By:  Bobbi J. Case, RPR, CCR

25     Job No. CS6974705

This document was created by an application that isn't licensed to use novaPDF. any.com
Purchase a license to generate PDF files without this notice.

Kelvin Bule                                        October 24, 2024

                                                        Page 46

1              A.    -- this is what we receive to let us

2       know the scope of work we're doing.

3              Q.    Okay.

4              A.    And we use this to go through -- and

5       the references -- to go through and see what is

6       required for the repair.

7              Q.    Okay.  And so how does this document

8       get to you?  Who would provide this to you?

9              A.    My production manager.

10             Q.    Okay.  And so do you recall if, for

11      the McFAUL maintenance availability you did, you

12      were assigned to work on structural repair and

13      preservation associated with the gas turbine

14      intakes on the vessel?

15             A.    Yes.  I do recall that.

16             Q.    Okay.  And then do you recall, as

17      part of that, you were assigned --

18                   Actually, let me ask -- let me ask it

19      this way:

20                   If you turn to what would be the

21      third page of this exhibit, which is -- has a

22      reference number 4 -- US Bates number, US0004915

23      in the bottom, right-hand corner of that page

24      where it says, "Remove existing and install new

25      gasket for each blow-in door listed in 1.3.5

This document was created by an application that isn't licensed to use novaPDF. any.com
Purchase a license to generate PDF files without this notice.

Kelvin Buie                                          October 24, 2024

Page 47

1    through 1.3.7 in accordance with 2.6," do you

2    recall being assigned to work on replacing blow-in

3    door gaskets for the McFAUL?

4              A.   Yes.  I do recall that -- those work

5    items, yes.

6              Q.   Okay.  All right.

7                   (Interruption by beeping noise.)

8                   MS. EATON:  Can we just take a pause

9    to figure out what this ringing sound is?

10                  (Whereupon, a recess was taken from

11   10:59 a.m. to 11:00 a.m. EST.)

12

13   BY MS. LAWRENCE:

14             Q.   All right.  Just want to see if you

15   can help us sort of understand the specifications

16   indicated in this document.

17                  So if it says, "Remove existing and

18   install new gasket for each blow-in door listed in

19   1.3.5 through 1.3.7 in accordance with 2.6" --

20                  So if we look back on the first page

21   of the document, 1.3.6.

22                  So I've got it highlighted, I think,

23   on your copy.  It says, "Quantity one -- (1 EA),

24   SSGTG No. 2 blow-in door."

25                  Did I read that correctly?

This document was created by an application that isn't licensed to use novaPDF. any.com
Purchase a license to generate PDF files without this notice.