CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER DKT NO. 32

FILED UNDER SEAL