**Danger**

| SYSTEM OR COMPONENT | EM02 [WAF-0271] SSGTG #2 INTAKE 27JAN21(00) |
|---|---|
| **2 GTG INTAKES** | **LINE ITEM SHEET** |
| REMOVE AND INSTALL NEW GASKET IN COMPARTMENT 01-260-1-Q. | ENG-DANGER-2020   Page 1 of 1 |

REASON FOR TAG-OUT
F-0271

PERSONNEL/EQUIPMENT HAZARDS INVOLVED
FOD

WORK NECESSARY TO CLEAR TAG(S) (INCLUDING TESTS)
REMOVE AND INSTALL NEW GASKET IN COMPARTMENT 01-260-1-Q AND RETURN EQUIPMENT TO LAY UP CONDITION

| APPLICABLE DOCUMENTATION (I.E., JOB ORDER, RIP-OUT, S/P, ETC.) | DATE/TIME ISSUED OR ADDED | PETTY OFFICER IN-CHARGE | ACCURACY/ADEQUACY CHECK | REPAIR ACTIVITY REP. (WORK COMPLETE) |
|---|---|---|---|---|
| | | CROSS CHECK (WHEN REQ.) | REP. ACT. REP. (WHEN APP.) | (WHEN APPROPRIATE) |
| | | SECOND PERSON | AUTH. OFFICER (ISSUED) | WCS OR POIC (WORK COMPLETE) |
| | | CROSS CHECK (WHEN REQ.) | AUTH. OFFICER (HUNG) | AUTH. OFFICER (TAGS REMOVED) |
| SEE REASON BLOCK | 27-JAN-21 1342 | GSM3 CRESPO, CHRISTOPHER 27-JAN-21 | | |
| | | | KELVIN BUIE 27-JAN-21 1327 | |
| | | GSM3 Roberts, Austin 27-JAN-21 1035 | GSM1 Preetam, Anita 27-JAN-21 1342 | |

| Tag | Status | RA Required (# Line Items) | RA Witness (Initial) | COMPONENT | LOCATION | POSITION |
|---|---|---|---|---|---|---|
| 9680 | | Yes (14) | | GSA-V-3 | 4-254-0-E | SHUT |
| 9673 | | Yes (16) | | AHP-V-146 | 4-254-0-E | SHUT |
| 9681 | | Yes (10) | | GBA2-V-4 | 4-254-0-E | SHUT |
| 908 | * | Yes (1) | | NR 2 GTG BLOW IN CONTROL | 4-254-0-E | OPEN |
| 572 | | Yes (14) | | GFS2-V-3 | 4-254-0-E | SHUT |

\* - Tags to be hung on this line item
\+ - Tags issued on a previous line item and is not yet reported hung

US000194