ORIGINAL

| | CONTRACTOR |
|---|---|
| WORK START DATE: | WORK AUTHORIZATION FORM |

| 1. USS | 2. SYSTEM | 3. WAF NO. |
|---|---|---|
| MCFAUL (DDG-74) | SSGTG INTAKE #2 | 0271 |

| 4. JCN | 5. COMPANY / SHOP / REP / PHONE |
|---|---|
| | AIT-MARINE / KELVIN BUIE / 757-335-1010 |

| 7. JOB DESCRIPTION & LOCATION | 6. TECHNICAL WORK DOCUMENT |
|---|---|
| KTR REQUEST BLOW-IN DOOR TO BE TAGGED OUT IN THE OPEN POSITION IN-ORDER TO REMOVE AND INSTALL NEW GASKET IN COMPARTMENT 01-260-1-Q. | 251-30-002 |

## PREPARATION FOR WORK

8. POST WORK TESTING IS AS SPECIFIED: ☐ BELOW   ☐ IN THE TWD   ☐ NO TEST REQD   ☒ FORMAL TEST PROGRAM

9. RESTRICTIONS/PRECAUTIONS/REMARKS

10. DIVISION/REPAIR ACTIVITY READY TO COMMENCE WORK. LPO DIV OFF or RA _Kelvin Buie_ DATE ____

## AUTHORIZATION TO WORK

11. SAFETY OF SHIP (Submarine Only): ☐ YES   ☐ NO
RA SSO (if SPOD used) or QUALIFIED WATCH DUTY OFFICER (if SOSMIL used) ____N/A____ DATE __N/A__

12. CONCURRENCES:
_____ DATE 1/27/21   _____ DATE _____   _____ DATE _____

13. TAGOUT REQUIRED: ☒ YES   ☐ NO
SYSTEM/COMPONENT IS LINED UP FOR WORK, A TAG OUT IS HUNG, VERIFIED AND SIGNED BY THE REPAIR ACTIVITY (IF REQUIRED) AND SHIP.
TAGOUT NO. EM02[WAF-0271] SSGTG #2 INTAKE  27 JAN 21 (00)
WATCH DUTY OFF _____ DATE 27JAN21

14. PLANT/SHIP CONDITIONS (E.G., DRAINED, DE-PRESSURIZED, DE-ENERGIZED, RESTRAINED) SET. DIVISION/RA IS AUTHORIZED TO START WORK.
WATCH DUTY OFF _____ DATE 27JAN21
RA _____ DATE 1/29/21

## NOTIFICATION OF WORK COMPLETION

15. RESTRICTIONS/PRECAUTIONS/REMARKS

16. WORK IS COMPLETE
RA _____ DATE _____

17. TESTING IS COMPLETE
WATCH DUTY OFF or RA _____ DATE _____

18. WAF CLOSED OUT
WATCH DUTY OFF _____ DATE _____
WAFCOR _____ DATE _____

☐ CHECK IF CONTINUED ON ANOTHER SHEET

The WAF must match the work and it must be on the job site.

SHEET 1   Reference: COMUSFLTFORCOMINST 4790.3 (JFMM) REV D

US000291