```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF VIRGINIA
                              NORFOLK DIVISION


------------------------------------------:
                                          :
DOUGLAS I. HORNSBY, ADMINISTRATOR         :
OF THE ESTATE OF CYNTHIA GARY,            :
                                          :   CASE NO.:
     Plaintiff,                           :   2:22cv427
                                          :
-vs-                                      :
                                          :
UNITED STATE OF AMERICA,                  :
                                          :
     Defendant and Third-Party Plaintiff, :
                                          :
-vs-                                      :
                                          :
METRO MACHINE CORP.,                      :
d/b/a GENERAL DYNAMICS NASSCO-NORFOLK     :
and                                       :
ADVANCED INTEGRATED TECHNOLOGIES, LLC,    :
                                          :
     Third-Party Defendants.              :
                                          :
------------------------------------------:



          Deposition of GSM1 Austin Roberts
          Taken on behalf of plaintiff.


          Date:    September 25, 2024

          CONDUCTED REMOTELY VIA ZOOM




Reported by:  Robin L. Delloro, R.P.R.
```

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

1  before.
2              MR. HENDRICK:  Can we mark this as Exhibit No. 1,
3  please.
4
5              (The document bearing Bates No. US000194 was
6  marked for identification as Roberts Deposition Exhibit No. 1.)
7
8              MR. HENDRICK:  Thank you.
9
10 BY MR. HENDRICK:
11     Q     Okay.  Mr. Roberts, that line item record sheet,
12 is this related to the tag-out of a blow-in door on the *McFaul*?
13     A     Yes.
14     Q     Do you see your name on this sheet?
15     A     Yes.
16     Q     And am I reading this correctly that you are the
17 second person on this tag-out?
18     A     I am the second checker.
19     Q     Second checker?  Can you tell me what your
20 responsibilities were as the second checker.
21     A     The second checker is verifying the POIC,
22 verifying the validation before building -- before hanging the
23 tags.
24     Q     And you mentioned POIC.  Does that mean petty
25 officer in charge?

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

```
 1        A       That is also another sheet attached to a LIRs.
 2                MR. HENDRICK:  Can we mark that as Exhibit 2,
 3   please.
 4
 5                (The document bearing Bates No. US0002877 was
 6   marked for identification as Roberts Deposition Exhibit No. 2.)
 7
 8   BY MR. HENDRICK:
 9        Q       Okay.  There's some initials on this sheet.  Do
10   you know if either of those are yours?
11        A       The posting checked by.
12        Q       Okay.  And what does it mean that you initialed
13   under "posting checked by"?
14        A       Basically the second signer.  It is another
15   validation check that you make sure that the tags are hanging.
16        Q       You said make sure the tags are hanging.  Did you
17   actually go out and see if the tags were hung before you signed
18   this?
19        A       Yes.
20        Q       So this is, I guess, separate from what we talked
21   about before where you were looking at the documentation?  Now
22   you're going to go through to actually see that had been
23   carried out?
24        A       Yes.
25        Q       Probably pretty obvious, but can you tell me what
```

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

```
 1         A      Yes.
 2         Q      When you said you went to verify the tag was
 3   hung, you would go to the room, look at the switch, and make
 4   sure the tag is hanging?
 5         A      Yeah, at the time that the was hanging.
 6         Q      Are you familiar with how the switch for the
 7   blow-in door operates?
 8         A      Mechanically, yes.
 9         Q      Have you ever been -- have you ever been the one
10   to actually turn the switch to operate the blow-in door?
11         A      For PMS purposes, yes.
12         Q      PMS was maintenance?
13         A      Yeah, preventative maintenance.
14         Q      Okay.  So the switch here says push to turn.
15                You understand that's how the switch operates?
16         A      Yes.
17         Q      And what exactly does that mean, push to turn?
18         A      You push in the switch, and then you turn it,
19   physically push in that switch, and then you either go whatever
20   setting on there that you want it to go.
21         Q      How far do you have to push it in?
22         A      I didn't have a ruler on me whenever I push it
23   in.
24         Q      When you were verifying that this tag-out had
25   been done, did you verify that the switch was turned to the
```

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

```
 1  proper position?
 2       A    Yes.
 3       Q    Did you do anything to make sure the switch was
 4  operating properly?
 5       A    I did exactly what it told me to do on the thing,
 6  and I pushed it in -- well, whenever I go there, it's already
 7  in the correct position.  I am validating it.  You would have
 8  to ask whoever operated at the time, but whenever I operate it,
 9  I push it in.
10       Q    So regarding this particular tag-out, you were
11  the second checker; so you were not the one who would have
12  actually turned the switch to open?
13       A    No.
14       Q    Would that have been the first person who I think
15  was listed as Mr. Crespo?
16       A    Correct.
17       Q    So when you came by as a checker to check that
18  the switch was turned to the proper position, did you do
19  anything to check to make sure the switch was operating
20  properly?
21       A    No.  That is not in our -- no.
22       Q    Were you aware at the time of any problems with
23  how the switch operated?
24       A    No.
25       Q    Did you learn after March 15 of '21 that there
```

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.