Case 2:22-cv-00427-RBS-LRL   Document 168-17   Filed 01/30/25   Page 1 of 2 PageID# 1487

1

```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
            Norfolk Division


DOUGLAS I. HORNSBY, Administrator  )
of the Estate of CYNTHIA GARY,     )
                                   )
        Plaintiff,                 )
                                   )
-vs-                               )
                                   )
UNITED STATES OF AMERICA,          )   CASE NO.:
                                   )
        Defendant/Third-Party Plaintiff, )   2:22cv427
                                   )
and                                )
                                   )
METRO MACHINE CORP., d/b/a         )
GENERAL DYNAMICS NASSCO - Norfolk, )
                                   )
and                                )
                                   )
ADVANCED INTEGRATED TECHNOLOGIES, LLC, )
                                   )
        Third-Party Defendants.    )


        DEPOSITION UPON ORAL EXAMINATION OF

                LCDR AARON GETTY

        TAKEN ON BEHALF OF THE PLAINTIFF


           CONDUCTED VIRTUALLY VIA ZOOM

             July 22, 2024, 10:00 A.M.




Reported by:  Suzanne M. Myers, RMR
```

DELLORO-MCDANIEL
COURT REPORTING SERVICES

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

```
 1      Q.    The prime contractor, would that be NASSCO?
 2      A.    Yes, in this case, it would be.
 3      Q.    Do you know why -- why the blow-in door was
 4   tagged out in the open position on March 15th?
 5      A.    It was in support of changing the gasket,
 6   changing the gasket of all blow-in doors out, to support the
 7   work item that was in the package, in the work package.
 8      Q.    Do you know when the tag-out happened?
 9      A.    Specifically, I do not.  I know it was weeks
10   before, but I'm not sure the date.
11      Q.    That was my question, I guess.  It happened
12   before March 15th, not on March 15th?
13      A.    Yes.
14      Q.    What was your role in the tag-out process?
15      A.    Speaking to what?
16      Q.    Well, I don't know anything about the tag-out
17   process, so I will -- you know, the -- all right.
18            So let's say the contractor said:  You have to do
19   this work, and the door has to be tagged out.
20            Does that request come to you, or does it go to
21   somebody else?
22      A.    So I actually don't understand the question.
23            Are we talking the tag-out process specifically
24   for these -- this work item for the No. 2 generator blow-in
25   door or a tag-out in the sense of the overall entity of the
```

DELLORO-MCDANIEL
COURT REPORTING SERVICES

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.