Case 2:22-cv-00427-RBS-LRL   Document 168-18   Filed 01/30/25   Page 1 of 4 PageID# 1489

| GENERAL DYNAMICS<br>NASSCO-Norfolk<br>NIMS | ATTACHMENT A<br>(FOR OFFICIAL USE ONLY) | F-216 |
|---|---|---|

## INCIDENT REPORT

### REPORT # 03152021

| INITIAL REPORT<br>X | REQUESTED UPDATE<br>☐ | FINAL REPORT<br>☐ |
|---|---|---|

| TYPE OF INCIDENT: | Fatality | | |
|---|---|---|---|
| NAME(S) OF INJURED:<br>(IF APPLICABLE) | Cynthia Gary (Blue Staffing) | | |
| INCIDENT DATE: | 03/15/2021 | COMPANY: | Harbor Industrial Services (HIS) |
| TIME: | 0730 | SUPERVISOR: | Maliry Gonzalez (Blue Staffing) |
| LOCATION OF INCIDENT: | 01 Level-Stbd Side | TYPE OF INJURY OR FIRE: | Fatality |
| CAUSE OF INCIDENT: | TBD | EQUIPMENT INVOLVED: | MMR #2 Blow-in Doors |
| WORK ITEM NUMBER: | 1259-10-002 | CONTRACT NUMBER: | 15348.0001 |

### WITNESS AND/OR INDIVIDUALS INVOLVED

| NAME(S) | DEPT. | COMPANY |
|---|---|---|
| Brandon Ward | EHS | NASSCO |
| Maliry Gonzalez | Supervisor | HIS (Blue Staffing) |
| William Alvarez | PAI | HIS |
| Michael Blowe | EHS | NASSCO |

### DESCRIPTION OF INCIDENT

On 3/16/21 a Blue Staffing Employee working for HIS as a resource labor fire watch entered in-between the moisture separator blow-in panel doors on the 01 level Dirty Side intake. While in-between the blow-in panel doors, the top door closed on employee trapping them in place.

### DISPOSITION OF INJURED (if applicable)

Employee was transported to Sentara Norfolk General after being released from the blow-in door. Employee was pronounced as deceased at the hospital.

### IMMEDIATE CORRECTIVE ACTION

Scene was secured and is currently under multiple investigations. All work associated with blow-in doors is suspended. Ships Force is conducting a tag out audit on all blow-in door work scopes.



US000588

| GENERAL DYNAMICS<br>NASSCO–Norfolk<br>NIMS | ATTACHMENT A<br>(FOR OFFICIAL USE ONLY) | F-216 |
|---|---|---|

## INCIDENT REPORT

**REPORT #**  03152021

| **INVESTIGATED BY (NAME):** | Nate Stanton | **TITLE:** | EHS Manager |
|---|---|---|---|
| **SIGNATURE OF INVESTIGATOR:** | *Nathaniel A. Stanton* | **DATE:** | 03/16/2021 |

### LONG TERM CORRECTIVE ACTION

This incident is still under investigation. Updates will be provided.

### ROOT CAUSE ANALYSIS

This incident is still under investigation. Updates will be provided.

| **INVESTIGATED BY:** | Nate Stanton | **TITLE:** | EHS Manager |
|---|---|---|---|
| **SIGNATURE OF INVESTIGATOR:** | *Nathaniel Stanton* | **DATE:** | 03/16/2021 |

Page 2 of 3
Revised 8/28/2018

ITEM # 009-74
Current FY

US000589

| GENERAL DYNAMICS NASSCO-Norfolk NIMS | ATTACHMENT A (FOR OFFICIAL USE ONLY) | F-216 |
|---|---|---|

REPORT NUMBER – Unique tracking number created by contractor.

TYPE OF INCIDENT – Injury, fire or near miss.

NAME(S) OF INJURED – Self Explanatory

INCIDENT DATE/TIME – Self Explanatory

COMPANY – Prime subcontractors involved.

SUPERVISOR – Supervisor of employee(s) involved.

LOCATION OF INCIDENT – Base/Yard, Ship name and hull number, space number and compartment name.

TYPE OF INJURY – ie. Broken arm, laceration to head or Class A,B,C fires, smoldering

CAUSE OF INJURY – i.e Equipment failure, PPE, process

EQUIPMENT INVOLVED – Equipment working on and equipment being used to cause incident.

WORK ITEM NUMBER – Work Item being accomplished when incident occurred.

CONTRACT NUMBER – Contract Number assigned by government agency i.e RMC, Alteration Installation Team (AIT), Sponsor.

WITNESS AND/OR INDIVIDUALS INVOLVED – Name, company of witnesses and or individuals involved with the incident.

DESCRIPTON OF INCIDENT OR NEAR MISS – Short description of events leading up to incident and extent of injuries and/or damage to equipment.

DISPOSITION OF INJURED – i.e. Transported to hospital via ambulance or POV, transported to clinic, released from hospital, name of hospital or clinic, limited duty or loss time (if known).

IMMEDIATE CORRECTIVE ACTION – i.e. Scene/space secured, ship notified (who and when) *RMC* notified (who and when) clean up blood, equipment secured fire debris cleaned up.

INVESTIGATED BY – Self Explanatory.

TITLE - Self Explanatory

SIGNATURE OF INVESTIGATOR - Self Explanatory

DATE - Self Explanatory

LONG TERM CORRECTIVE ACTION – What action(s) were taken were taken so that incident does not reoccur, i.e. training, safety stand down or process/policy change

ROOT CAUSE ANALYSIS – Process by which you will identify the cause or contributing factors of the incident.

NOTE: ATTACH ADDITIONAL INFORMATION AS NECESSARY.

| Page 3 of 3 Revised 8/28/2018 | ITEM # 009-74 Current FY | | |
|---|---|---|---|

US000590

US000591