# Quote Sheet
### Harbor Industrial Services
### PO Box 66497
### Virginia Beach, VA 23466



| | |
|---|---|
| Ship/Hull: | USS MCFAUL (DDG-74) |
| Customer: | CMS |
| POP: | 10/26/2020-5/14/2021 |
| SI | FY-21 |
| Quote # | MFC-001 |
| Point of Contact: | ROLANDO FAJARDO |

| Item No. | Description | Paragraphs | Man-hours | Rate | Labor Dollars | Consumables | Total Price |
|---|---|---|---|---|---|---|---|
| 167-11-001 | Hatch, Weather Deck | 3.1- 3.5.1 | 288 | Redacted | | | |
| 259-10-002 | SSGTG Exhaust Trunk | 3.3-3.4.5.4; 3.6-3.9 | 790 | | | | |
| 259-10-006 | BLISS Cap Partial Repair | 3.7-3.7.1;3.9-3.10.10;3.13 | 7,948 | | | | |
| 259-10-007 | No.2 Gas Turbine Mixing Rm | 3.3-3.3.1; 3.5-3.7 | 2,706 | | | | |
| 259-11-001 | GTRB Exhaust Duct Collector | 3.3;3.4;3.5;3.6-3.8 | 760 | | | | |
| 259-13-001 | SSGTG Rm#3 Exhaust | 3.1-3.7 | 788 | | | | |
| | | | | $ - | | | $0.00 |
| | | | | $ - | | | $0.00 |
| | | | | $ - | | | $0.00 |
| | | | | $ - | | | $0.00 |
| | | | | $ - | | | $0.00 |
| | | | | $ - | | | $0.00 |
| | | | | $ - | | | $0.00 |
| | | | | $ - | | | $0.00 |
| | | Total | 13280 | Redacted | | | |

HIS Exemption: Redacted

Signature: ROLANDO FAJARDO          Date: 9/22/20

I Maliry Gonzalez Harbor Industrial's Supervisor along with PAIL William Alvarez told our Firewatch Cynthia Gary to stay in the space that I showed her and to not go inside the other space located after the filters. I then went to the other side of the space to get the other workers ready and when I went to look for the mechanic Luis Rosario to verify the adjacent space is when I ran into the situation with our firewatch not responding. Immediately I notified it to my supervisor James Marschall, to the mechanic Luis Rosario and to the Quarter Deck.

I was very clear when I told the Firewatch Cynthia Gary to no go into the other space on the other side of the filters.

**his blue**

**STATEMENT**   3/15/21  7:33 am

Yo Maliry Gonzalez - Supervisora de la compañia HIS en conjunto con el PAI - William Alverez le dije a la firewatch Cinthia Geny que se quedara en el espacio que le ubique y que no entrare hacia al otro lado despues de los filtros. Me fui al otro lado a setear a los otros muchachos y cuendo busque el mecanico Luis Rosario para verificar el adjenent space y hay fue cuando me tope con la situacion de la fire-watch no respondio. Rapido notifique a James Marschall y el mecanico Luis Rosario notific al cuarter Deck.

Fui muy especifica al decirle a la firewatch que no pasara al otro lado osea despues de los filtros.

I Maliny Gonzalez supervisor of HIS toegethe with the PAI william I told the firewatch Cinthia Grey to stay in the space that places it add that it will not enter the other side after the filters. I went to the other side to set up the other guys and when I looked for the mechanic Luis Rosario to verify the adjonent space, there is when I ran into the situation of the firewatch did not answer quickly notify James Marschal and the mecanic notified the Cuarter Deck. I was very specific when I told the firewatch not to pass to the other side of the bane after the filters.

Maliry Gonz

HISSDT000002

Today Monday March 15, 2021 I William Alvarez was working as the PAI with Blue Staffing Agency. In the morning I showed and told Cynthia Gary to stay in the space she was going to be working at as a firewatch. I told her she did not have to go into the space located on the other side of the space. That she could Firewatch from the space I told her to stay at. She said that's fine. I went to another space and then went by her and she was seating down, and I asked her Cynthia are you ok? And she answered yes, I am fine. I said good and I went to another space. When I got back, I saw our Supervisor Maliry and the mechanic Luis talking. When I looked into the space Cynthia Gary was inside the other space and I said I told her not to go into that space. I touched her and told her what are you doing in here and she was not responding. I said please notify Navy personnel and to call an ambulance. Everything happened around 7:40 or so I do not remember the right time.

**his blue**

## STATEMENT

Hoy Dia Lunes 15 De marzo Del año 2021 Yo William Alvarez Tengo el puesto De PAI con La compañia De Blue Staffing por la mañana Puse A Cinthia Gary en el espacio que hiva A trabajar De FW Le Dise que no Tenia que entrar en el espacio Del otro Lado Del espacio que podia hacer De FW Donde yo Le Dise. Y me Diso estabien fui A otro espacio. Y pase por Donde ella y estaba sentada y le pregunto cinthia esta bien y respondio si estoy Bien Le Dise que bueno Y a otro espacio cuando regreso estaba La supervisora Maliri con el mecanico Luis estaban Hablando y cuando miro ella estaba metida alli y Dije pero Le Dije que no entrara la toque y le Dije que haces aca y no respondio. Y Le comunicaron Ala sente Del Navy y llamaron Ala ambulancia eso pasaria como Ales 7:40 mas o menos no Recuerdso Bien.

HISSDT000003