ENGINEERING LOG NAVSEA 3120/2B                                        CLASSIFICATION: UNCLASSIFIED

U.S.S. MCFAUL                                                          HULL NUMBER: DDG 74

| DAY | MONTH | YEAR | TIME ZONE | TIME ZONE CHANGE TO | TIME ZONE CHANGE FROM |
|---|---|---|---|---|---|
| 15 | MAR | 21 | +5R +4Q | | |

15MAR21
15MAR21

**AT/PASSAGE FROM:** NASSCO SHIPYARD NORFOLK, VA
**PASSAGE TO:** —
**TOTAL MILES TRAVELED TODAY:** 0

EQUIPMENT STATUS (needs not be completed for continuous pages)

- **MAIN ENGINES:** SECURED
- **PLANT STATUS:** TRAIL  SPLT  TRI  FULL  (SEC)
- **BOILERS:** —
- **GENERATORS:** SECURED
- **STEERING ENGINES COMBINATION:** SECURED
- **DAYS OUT OF DRYDOCK:** 1547
- **CATAPULT STATUS (CV'S Only):** —
- **DAYS SINCE LAST HULL CLEANING:** 116
- **DRAFT FWD:** 21'6"
- **DRAFT AFT:** 16'3"
- **DRAFT MEAN:** 18.88
- **TONS:** 7456
- **LIQUID LOAD:** 217,689
- **PERCENT OF FULL LOAD (%):** 40.5

**MAJOR EQUIPMENT OUT OF COMMISSION:**
SEE ATTACHED ADDENDUM  NR 3 A/C, NR 4 GNP, NR 1 HPAC, NR 3 SWSP

EXAMINED DAILY AND CERTIFIED TO BE CORRECT

**SIGNATURE OF ENGINEER OFFICER RANK:** [signature]
**DATE OF SIGNATURE:** 16 MAR 2021

RECORD OF ALL EVENTS OF THE DAY — DAY 15  MONTH MAR  YEAR 21

| TIME | EVENT |
|---|---|
| 0000 | THE SHIP IS MOORED PORT SIDE TO NASSCO SHIPYARD NORFOLK, VA. THE FOLLOWING SERVICES ARE BEING PROVIDED FROM THE PIER; SHORE POWER, SHORE AIR, AND FIREMAIN. MATERIAL CONDITION YOKE IS SET THROUGHOUT THE SHIP EXCEPT AS NOTED IN THE D.C CLOSURE LOG. THE EDO IS |
| 0002 | TOPSIDE SECURITY ROVER REPORTS ALL CONDITIONS NORMAL |
| 0003 | GROUND TEST SAT NR 3 SWBD IAW TSD 20-03. |
| 0021 | PROPERLY RELIEVED AS CCS SUPERVISOR BY HT2 DINE [signature] GSN1 TAYLOR |
| 0021 | ASSUMED THE WATCH AS CCS SUPERVISOR. |
| 0033 | ALL CONDITIONS NORMAL NR 4 AC SW INLET PIPING IAW TK 20-12 |
| 0044 | SOUNDING AND SECURITY REPORT ALL CONDITIONS NORMAL |
| 0105 | GROUND TEST SAT NR 3 SWBD IAW TSD 20-03 |
| 0134 | TOPSIDE FIRE/SECURITY ROVER REPORTS ALL CONDITIONS NORMAL |
| 0150 | SOUNDING AND SECURITY REPORT ALL CONDITIONS NORMAL |
| 0214 | GROUND TEST SAT NR 3 SWBD IAW TSD 20-03 |
| 0236 | TOPSIDE FIRE/SECURITY ROVER REPORTS ALL CONDITIONS NORMAL |
| 0254 | SOUNDING AND SECURITY REPORTS ALL CONDITIONS NORMAL |
| 0307 | TOPSIDE FIRE/SECURITY ROVER REPORTS ALL CONDITIONS NORMAL |
| 0326 | SOUNDING AND SECURITY REPORTS ALL CONDITIONS NORMAL |
| 0341 | GROUND TEST SAT NR 3 SWBD IAW TSD 20-03 |
| 0412 | GROUND TEST SAT NR 3 SWBD IAW TSD 20-03. |
| 0416 | ALL CONDITIONS NORMAL NR 4 AC SW INLET PIPING IAW TSC 20-12 |
| 0438 | TOPSIDE FIRE/SECURITY ROVER REPORTS ALL CONDITIONS NORMAL |

Page No 85
Classification Unclassified

(Leave back side blank)

US000300

15/11/11K 21

THE ENGINEERING PLANT STATUS IS AS FOLLOWS: (CIRCLE ON-LINE EQUIPMENT, BOX STANDBY EQUIPMENT, AND X-OUT OUT OF COMMISSION EQUIPMENT).

GTM'S    1A    1B    2A    2B    (SECURED)

TRAIL SHAFT     SPLIT PLANT     TRI-POWER     FULL POWER

GTG'S    1    2    3    PARALLEL    SPLIT PLANT    (SHORE POWER)

FIREPUMPS    1    2    3    4    5    6    (SHORE FIREMAIN)

SWS PUMPS    1    2    X    4    5    SHORE SEA WATER

A C PLANTS    1    2    X    4    C W PUMPS    1    2    3    X

REFRIGERATION PLANTS    1    2

RO'S  1A   1B    TANK ON FILL _____    TANK ON BROMINATION _____

POTABLE WATER PUMPS    1    2    TANK ON SUCTION _____    SHORE WATER

RODM    SPYPOLISH    WATERWASH    MAKE-UP

CPP ELECTRIC PUMPS    1    2    AUTO   MANUAL

FUEL OIL PURIFIERS    1    2    FUEL OIL TRANSFER PUMPS    1    2

FUEL OIL SERVICE PUMPS    1A    1B    TANK ON SUCTION    4-220-1-F    4-220-4-F

FUEL OIL SERVICE PUMPS    2A    2B    TANK ON SUCTION    4-300-1-F    5-300-4-F

(LUBE OIL FILTER SEPARATOR 1)    CPP SUMP TO HD TK    MRG SUMP TO SUMP    (SECURED)

LUBE OIL FILTER SEPARATOR 2    CPP SUMP TO HD TK    MRG SUMP TO SUMP    (SECURED)

LUBE OIL PUMPS    1A    1B    2A    2B    AUTO LEAD    MANUAL

DEHUMIDIFIER    (1)    (ON) OFF    (2)    (ON) OFF

HPACS    X    2

LPACS    1    115    120    125    LPADS  MEMBRANE MARK II    1    2
         2    115    120    125    (SHORE AIR)
         3    115    120    125

STEERING GEAR UNITS    1A    1B    2A    2B

STEERING MODE    COMPUTER ASSISTED    AUTO MANUAL    BACKUP MANUAL    LCU ___

VCHT    FWD    AFT    AT SEA MODE    SHORE TRANSIT

CLASSIFICATION ___ UNCLAS _____ PAGE  56

USS McFAUL (DDG 74)     CLASSIFICATION ___ UNCLAS _____

Enclosure 17

US000301

ENGINEERING LOG-CONTINUATION
NAVSEA 3120 20 (REV. 10-81 S N 0116-LF-031-2120

| TIME | RECORD OF ALL EVENTS OF THE DAY | CLASSIFICATION UNCLASSIFIED |

- 0443 SOUNDING AND SECURITY ROVER REPORTS ALL CONDITIONS NORMAL
- 0510 GROUND TEST SAT NR 3 SWBD IAW TSO 20-03
- 0531 TOPSIDE FIRE/SECURITY ROVER REPORTS ALL CONDITIONS NORMAL
- 0550 SOUNDING AND SECURITY REPORTS ALL CONDITIONS NORMAL
- 0607 GROUND TEST SAT NR 3 SWBD IAW TSO 20-03
- 0611 TOPSIDE FIRE/SECURITY ROVER REPORTS ALL CONDITIONS NORMAL
- 0626 SOUNDING AND SECURITY REPORTS ALL CONDITIONS NORMAL
- 0642 PROPERLY RELIEVED AS CCS SUPERVISOR BY GSM RODRIGUEZ

HT2 DING

- 0642 ASSUMED THE WATCH AS CCS SUPERVISOR
- 0643 EDO PROPERLY RELIEVED BY LS1 RODRIGUEZ

LT BOYD

- 0643 ASSUMED THE DUTIES AS EDO
- 0625 SOUNDING AND SECURITY REPORTS ALL CONDITIONS NORMAL
- 0720 GROUND TEST SAT NR 3 SWBD IAW TSO 20-03
- 0740 MEDICAL EMERGENCY REPORTED. CONTRACTOR STUCK IN 2 GEN CLEAN SIDE INTAKES STRETCHER BEARERS ON SCENE
- 0802 CONTRACTOR FREED FROM 2 GEN CLEAN SIDE INTAKE
- 0821 PATIENT HAS BEEN TRANSFERRED TO THE PIER BY FIRE DEPARTMENT
- 0832 SECURE FROM MEDICAL EMERGENCY
- 0840 GROUND TEST SAT NR 3 SWBD IAW TSO 20-03. SOUNDING AND SECURITY REPORTS ALL CONDITIONS NORMAL
- 0848 TOPSIDE FIRE/SECURITY ROVER REPORTS ALL CONDITIONS NORMAL

CLASSIFICATION UNCLASSIFIED

PAGE NO 87