**VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW**

**3289786 COMMONWEALTH OF VIRGINIA**
DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

## COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

**MEDICAL EXAMINER'S CERTIFICATE**

DATE RECORD FILED: **MARCH 25, 2021**
STATE FILE NUMBER: **21-020145**

1. FULL NAME OF DECEDENT (first) **CYNTHIA** (middle) (last) **GARY** (suffix)
2. SEX: **FEMALE**
3. DATE OF DEATH: **MARCH 15, 2021** — ACTUAL
4. DATE OF BIRTH: [redacted]
5. AGE: **52** Years
6. WAS DECEDENT EVER IN U.S. ARMED FORCES? **NO**
7. BIRTHPLACE (U.S. STATE OR FOREIGN COUNTRY): **NEW YORK**
8. SOCIAL SECURITY NUMBER: [redacted]
9. STREET ADDRESS: **13 LEWIS DRIVE**
10. CITY OR TOWN OF RESIDENCE: **NEWPORT NEWS**
    INSIDE CITY OR TOWN LIMITS? **YES**
11. COUNTY OF DECEDENT'S RESIDENCE: (blank)
12. U.S. STATE OF DECEDENT'S RESIDENCE: **VIRGINIA**
12a. ZIP CODE: **23606**
13. RACE OF DECEDENT: OTHER (SPECIFY) **PUERTO RICAN**
14. DECEDENT OF HISPANIC ORIGIN? **PUERTO RICAN**
15. EDUCATION (HIGHEST GRADE COMPLETED): **YEARS OF COLLEGE 2**
16. CITIZEN OF WHAT COUNTRY: **UNITED STATES OF AMERICA**
17. USUAL OR LAST OCCUPATION: **FIRE WATCHER**
18. KIND OF BUSINESS OR INDUSTRY: **NORFOLK NAVAL SHIPYARD**
19. MARITAL STATUS: **MARRIED**
20. NAME OF SPOUSE: **GREGORY L. GARY SR.**
21. FULL NAME OF DECEDENT'S FATHER: **PEDRO MERCARDO-MORALEZ**
21a. GENDER: **MALE**
22. FULL NAME OF DECEDENT'S MOTHER: **JULIA LLUVERAS-GOMEZ**
22a. GENDER: **FEMALE**
23. INFORMANT'S RELATIONSHIP: **SPOUSE**
24. FULL NAME OF INFORMANT: **GREGORY L. GARY SR.**
25. NAME OF HOSPITAL OR INSTITUTION OF DEATH: **SENTARA NORFOLK GENERAL HOSPITAL**
25a. **INPATIENT**
26. (blank)
27. CITY OR TOWN OF DEATH: **NORFOLK**
28. STREET ADDRESS OR RT. NO OF PLACE OF DEATH: **600 GRESHAM DRIVE**
28a. ZIP CODE: **23507**
29. METHOD OF DISPOSITION: **CREMATION / INCINERATION**
30. PLACE OF DISPOSITION - NAME OF CEMETERY OR CREMATORY: **ALTMEYER RIVERSIDE CREMATORY**
31. STREET ADDRESS: **7415 RIVER ROAD**
31a. CITY/COUNTY: **NEWPORT NEWS**
31b. STATE: **VIRGINIA**
31c. ZIP CODE: **23607**
32. SIGNATURE OF FUNERAL DIRECTOR: **/S/ TESHIA ANN BROWN**
32a. LICENSEE'S NO.: **0502901643**
32b. NAME OF FUNERAL HOME: **C. C. CARTER FUNERAL HOME**
33. NAME OF FUNERAL DIRECTOR: **TESHIA ANN BROWN**
33a. STREET ADDRESS OF FUNERAL HOME: **3314 ROANOKE AVENUE NEWPORT NEWS VIRGINIA 23607**
34. TIME OF DEATH: **08:44 A.M. ACTUAL**
35. PART I. IMMEDIATE CAUSE OF DEATH (A): **TRAUMATIC ASPHYXIA**
36. WAS THE MEDICAL EXAMINER CONTACTED? **YES**
36a. AUTOPSY? **YES**
36b. WERE FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? **YES**
37. DID TOBACCO USE CONTRIBUTE TO DEATH? **NO**
38. IF FEMALE: **UNKNOWN IF PREGNANT WITHIN THE PAST YEAR**
39. IF EXTERNAL, TO WHAT EXTENT IT CONTRIBUTED TO CAUSE OF DEATH? **PRIMARY**
40. MANNER OF DEATH: **ACCIDENT**
41. DATE OF INJURY: **MARCH 15, 2021**
42. TIME OF INJURY: **UNKNOWN**
43. INJURY AT WORK? **YES**
44. PLACE OF INJURY: **MILITARY VESSEL AT SHIPYARD**
45. LOCATION OF INJURY-STREET ADDRESS: **200 LIGON STREET**
45a. CITY/COUNTY: **NORFOLK**
45b. STATE: **VIRGINIA**
47. DESCRIBE HOW INJURY RELATING TO DEATH OCCURRED: **PINNED BY HYDRAULIC DOOR.**
48. SIGNATURE OF MEDICAL EXAMINER: **/S/ NICOLE MARIE MASIAN**
48a. NAME OF MEDICAL EXAMINER: **NICOLE MARIE MASIAN**
48b. DATE SIGNED: **MARCH 16, 2021**
49. OFFICE STREET ADDRESS: **830 SOUTHAMPTON AVENUE SUITE 100**
49a. CITY: **NORFOLK**
49b. STATE: **VIRGINIA**
49c. ZIP CODE: **23510**

This is to certify that **MARCH 25, 2021** correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED

Janet M. Rainey, State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner. Section 32.1-272, Code of Virginia, as amended.

VS 15C
DC 000001

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**