

US000192

DANGER
DO NOT OPERATE
OPERATION OF THIS EQUIPMENT WILL ENDANGER PERSONNEL OR HARM THE EQUIPMENT. THIS EQUIPMENT SHALL NOT BE OPERATED UNTIL THIS TAG HAS BEEN REMOVED BY AN AUTHORIZED PERSON.
NAVSEA 9890/8 (REV. 6/01) (BACK)
U.S. GPO 2017 704-539