IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of The Estate of CYNTHIA GARY, | ) ) ) |
| Plaintiff, | ) ) Case 2:22-cv-00427 |
| v. | ) ) In Admiralty |
| THE UNITED STATES OF AMERICA, *et al.,* | ) ) ) |
| Defendants. | ) ) ) |

**UNITED STATES OF AMERICA'S MOTION TO SEAL**

Pursuant to Local Civil Rule 5 and the Protective Order entered in this matter (ECF No. 32), the United States of America respectfully moves the Court to seal exhibits 3, 4, 12, 15, 22, and 23 attached to its Motion for Summary Judgment to protect the United States' interest in preventing the unauthorized and inadvertent disclosure of confidential information subject to the Protective Order. Each of the exhibits to be sealed has been designated as confidential under the Protective Order.

The reasons for this Motion to Seal are set forth in the accompanying Public Memorandum, which is incorporated herewith. The United States will also file a separate Notice. A proposed order granting this Motion is attached hereto and submitted for the Court's consideration.

[*Signature page follows*.]

Dated: January 30, 2025                    Respectfully submitted,

                                                   UNITED STATES OF AMERICA

                                                   ERIK S. SIEBERT
                                                   United States Attorney

By:    /s/ *Garry D. Hartlieb*
            Garry D. Hartlieb, IL Bar No. 6322571
            Assistant U.S. Attorney
            Office of the United States Attorney
            101 West Main Street, Suite 8000
            Norfolk, Virginia 23510-1671
            Tel: (757) 441-3173
            Fax: (757) 441-6689
            E-mail: garry.hartlieb@usdoj.gov

            BRETT A. SHUMATE
            Acting Assistant Attorney General

By:    /s/ *Shaun M. Pehl*
            Malinda R. Lawrence, ME Bar No. 004351
            James R. Whitman, DC Bar No. 987694
            Shaun M. Pehl, WA Bar No. 45534
            Michelle Delemarre,
            Trial Attorneys
            United States Department of Justice
            Civil Division, Torts Branch
            Aviation, Space & Admiralty Litigation
            175 N Street, NE, 11th Floor
            Washington, DC 20002
            Tel: (202) 307-0033/(202) 305-8049
            Fax: (202) 616-4002
            E-mail: Malinda.R.Lawrence@usdoj.gov
            E-mail: james.whitman@usdoj.gov
            E-mail: shaun.pehl@usdoj.gov

            *Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to the following counsel of record:

Robert J. Haddad, Esq.
Andrew M. Hendrick, Esq.
RULOFF, SWAIN, HADDAD,
MORECOCK,
TALBERT & WOODWARD, P.C.
317 30th Street
Virginia Beach, VA 23451
Telephone: (757) 671-6036
Facsimile: (757) 671-6004
Email: rhaddad@srgslaw.com
Email: ahendrick@srgslaw.com
*Counsel for Douglas I. Hornsby,*
*Administrator of the Estate of Cynthia Gary*

Jennifer Eaton, Esq.
Katherine Lennon Ellis, Esq.
WOODS ROGERS VANDEVENTER
BLACK PLC
101 West Main St., Suite 500
Norfolk, Virginia, 23510
Telephone: 757-446-8600
Fax: 757-446-8670
Email: Jennifer.Eaton@wrvblaw.com
Email: Kate.Lennon@wrvblaw.com
*Attorneys for Defendant, Advanced*
*Integrated Technologies, LLC*

Lynn K. Brugh, IV, Esq.
Jack A. Irvin, Esq.
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
Email: lbrugh@williamsmullen.com
Email: jirvin@williamsmullen.com
*Attorneys for Defendant Metro Machine*
*Corp. d/b/a General Dynamics NASSCO-*
*Norfolk*

By:     /s/ *Shaun M. Pehl*
Shaun M. Pehl, WA Bar No. 45534
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
175 N Street, NE, 11th Floor
Washington, DC 20002
Phone: (202) 598-5779
Fax: (202) 616-4002
Email: shaun.pehl@usdoj.gov
*Counsel for the United States*