# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of The Estate of CYNTHIA GARY, | )<br>)<br>) |
| Plaintiff, | ) Case 2:22-cv-00427 |
| | ) |
| v. | ) In Admiralty |
| | ) |
| THE UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## LOCAL CIVIL RULE 5 NOTICE OF
## UNITED STATES' MOTION FOR LEAVE TO FILE
## UNDER SEAL CERTAIN EXHIBITS TO ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Civil Rule 5 and the Protective Order entered in this matter (ECF No. 32), the United States of America provides notice of its Motion for Leave to File Under Seal (the "Motion"), which requests that the Court seal exhibits 3, 4, 12, 15, 22, and 23 attached to the United States' motion for summary judgment in order to protect the United States' interest in preventing the unauthorized and inadvertent disclosure of sensitive and confidential information that is the subject of the Protective Order.  In support of the United States' Motion, the United Staes has contemporaneously filed a memorandum in support, which sets forth the grounds for and authorities in support of the Motion.

Parties and non-parties may submit memoranda in support of or in opposition to the United States' Motion within seven (7) days of the date of filing of the Motion, and may designate all or part of such memoranda as confidential.  Any information designated as confidential in a supporting or opposing memorandum will be treated as sealed pending a determination by the Court on the Motion.

Any person objecting to the Motion must file an objection with the Clerk of Court within seven (7) days after the filing of the Motion and if no objection is filed in a timely manner, then the Court may treat the Motion as uncontested.

After the seven (7) day time period for filing a response or any objection to the Motion and any further briefing ordered by the Court, the Court will determine whether the material should remain under seal. The Court may require the filer or the person designating material as confidential to present further argument why certain material should remain under seal. If the Court determines that the appropriate standards for filing material under seal have not been satisfied, it may order that the material be filed in the public record.

[*Signature page follows.*]

Dated: January 30, 2025                              Respectfully submitted,

                                                                                       UNITED STATES OF AMERICA

                                                                                       ERIK S. SIEBERT
                                                                                       United States Attorney

By:    /s/ *Garry D. Hartlieb*
          Garry D. Hartlieb, IL Bar No. 6322571
          Assistant U.S. Attorney
          Office of the United States Attorney
          101 West Main Street, Suite 8000
          Norfolk, Virginia 23510-1671
          Tel: (757) 441-3173
          Fax: (757) 441-6689
          E-mail: garry.hartlieb@usdoj.gov

          BRETT A. SHUMATE
          Acting Assistant Attorney General

By:    /s/ *Shaun M. Pehl*
          Malinda R. Lawrence, ME Bar No. 004351
          James R. Whitman, DC Bar No. 987694
          Shaun M. Pehl, WA Bar No. 45534
          Michelle Delemarre,
          Trial Attorneys
          United States Department of Justice
          Civil Division, Torts Branch
          Aviation, Space & Admiralty Litigation
          175 N Street, NE, 11th Floor
          Washington, DC 20002
          Tel: (202) 307-0033/(202) 305-8049
          Fax: (202) 616-4002
          E-mail: Malinda.R.Lawrence@usdoj.gov
          E-mail: james.whitman@usdoj.gov
          E-mail: shaun.pehl@usdoj.gov

          *Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to the following counsel of record:

Robert J. Haddad, Esq.
Andrew M. Hendrick, Esq.
RULOFF, SWAIN, HADDAD, MORECOCK,
TALBERT & WOODWARD, P.C.
317 30th Street
Virginia Beach, VA 23451
Telephone: (757) 671-6036
Facsimile: (757) 671-6004
Email: rhaddad@srgslaw.com
Email: ahendrick@srgslaw.com
*Counsel for Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary*

Jennifer Eaton, Esq.
Katherine Lennon Ellis, Esq.
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St., Suite 500
Norfolk, Virginia, 23510
Telephone: 757-446-8600
Fax: 757-446-8670
Email: Jennifer.Eaton@wrvblaw.com
Email: Kate.Lennon@wrvblaw.com
*Attorneys for Defendant, Advanced Integrated Technologies, LLC*

Lynn K. Brugh, IV, Esq.
Jack A. Irvin, Esq.
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6461
Facsimile: (804) 420-6507
Email: lbrugh@williamsmullen.com
Email: jirvin@williamsmullen.com
*Attorneys for Defendant Metro Machine Corp. d/b/a General Dynamics NASSCO-Norfolk*

By:  /s/ *Garry D. Hartlieb*
Garry D. Hartlieb, IL Bar No. 6322571
Assistant U.S. Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Tel: (757) 441-3173
Fax: (757) 441-6689
E-mail: garry.hartlieb@usdoj.gov
*Counsel for the United States*

4