IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**DOUGLAS I. HORNSBY, Administrator**
of the Estate of **CYNTHIA GARY,**

      **Plaintiff,**

v.                         Case No. 2:22cv427

**UNITED STATES of AMERICA, et al.,**

      **Defendant.**

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, by counsel, and gives notice to the Court that the above-styled case, claim and cause of action has been settled by agreement of the parties. The parties will forthwith present to the Court an Order of Dismissal with prejudice with regard to same.

                          Respectfully submitted,

                          **DOUGLAS I. HORSNBY, Administrator**
                          of the Estate of **CYNTHIA GARY**

                          By:_____
                          Robert J. Haddad, Esq. (VSB # 22298)
                          Andrew M. Hendrick, Esq. (VSB # 42852)
                          Ruloff, Swain, Haddad, Morecock,
                            Talbert & Woodward, P.C.
                          317 30th Street
                          Virginia Beach, VA  23451
                          Phone: (757) 671-6036
                          Fax: (757) 671-6004
                          rhaddad@srgslaw.com
                              *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was transmitted electronically and mailed, first-class, postage prepaid, this 3rd day of February, 2025 to the following:

Malinda R. Lawrence, Esq.
United States Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
175 N Street, NE, 8th Floor
Washington, DC 20002
Malinda.R.Lawrence@usdoj.gov
Darren.E.Myers@usdoj.gov
*Counsel for United States*

Garry D. Hartlieb, Esq.
Assistant United States Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510-1671
garry.hartlieb@usdoj.gov
*Counsel for United States*

Lynn K. Brugh, IV, Esq.
John A. Irvin, Esq.
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA 23219
lbrugh@williamsmullen.com
jirvin@williamsmullen.com
*Counsel for Metro Machine Corp. d/b/a General Dynamics NASSCO-Norfolk*

Jennifer L. Eaton, Esq.
Woods Rogers Vandeventer Black PLC
101 West Main Street, Suite 500
Norfolk, VA 23510
Jennifer.Eaton@wrvblaw.com
*Counsel for Advanced Integrated Technologies, LLC*

_____
Andrew M. Hendrick, Esq.