# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of The Estate of CYNTHIA GARY, ) ) ) | |
| Plaintiff, ) ) | Case 2:22-cv-00427 |
| v. ) ) | In Admiralty |
| THE UNITED STATES OF AMERICA, *et al.*, ) ) | |
| Defendants. ) ) | |

## [PROPOSED] ORDER

Before the Court is the Consent Motion of Defendant and Third-Party Plaintiff, United States of America, to extend the deadline within which the parties may file their respective notices or stipulations of dismissal.

Upon due consideration, for good cause shown, and finding it appropriate to do so, it is hereby ORDERED that the Consent Motion is GRANTED.

The time to file notices or stipulations of dismissal is EXTENDED to March 30, 2025.

It is SO ORDERED.

Dated: February 5, 2025  
      Norfolk, Virginia

_____  
United States District Court  
Eastern District of Virginia