UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS I. HORNSBY, Administrator
of the Estate of CYNTHIA GARY,

    Plaintiff,

v.                                                              CIVIL NO. 2:22-cv-427

UNITED STATES OF AMERICA,

    Defendant and Third-Party Plaintiff,

v.

METRO MACHINE CORP., d/b/a
GENERAL DYNAMICS NASSCO-Norfolk

and

ADVANCED INTEGRATED TECHNOLOGIES, LLC,

    Third-Party Defendants.

### ORDER

On January 31, 2025, the parties attended a settlement conference before Magistrate Judge Lawrence R. Leonard. The parties advised the court that the matter has settled. ECF Nos. 174 (Plaintiff's Notice of Settlement); 175 (United States' Notice of Settlement). The United States filed a Consent Motion, ECF No. 176, requesting an extension of the deadline in which the parties may file their respective notices or stipulations of dismissal until March 30, 2025. ECF No. 176 at 2. The court **GRANTS** the United States Consent Motion, ECF No. 176, and extends the deadline in

which the parties may file their respective notices or stipulations of dismissal until **March 30, 2025**. Moreover, the court **SUSPENDS** and **CONTINUES** <u>any</u> pending schedule deadlines, ECF Nos. 146 (Rule 16(b) Scheduling Order); 153 (Order Amending Rule 16(b) Scheduling Order), by **forty-five (45) days**, pending presentation to the court of an acceptable Dismissal Order(s).

Accordingly, of note, a Final Pretrial Conference was set for February 14, 2025, at 11:00 a.m., ECF No. 146, the parties' Findings of Fact and Proposed Conclusions of Law were due February 25, 2025, ECF No. 153, and a Bench Trial was set for March 4, 2025, at 11:00 a.m., ECF No. 146. Should the parties fail to present a timely acceptable Dismissal Order(s), the Final Pretrial Conference is continued to March 31, 2025, at 11:00 a.m., the parties' Findings of Fact and Proposed Conclusions of Law will thus be due on April 11, 2025, and the Bench Trial is continued to April 18, 2025, at 11:00 a.m.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for the parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

February 7, 2025