# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of The Estate of CYNTHIA GARY, | )<br>)<br>) |
| Plaintiff, | ) Case 2:22-cv-00427 |
| v. | )<br>) In Admiralty |
| THE UNITED STATES OF AMERICA, | )<br>) |
| Defendant and Third-Party Plaintiff, | ) |
| v. | )<br>) |
| METRO MACHINE CORP., d/b/a GENERAL DYNAMICS NASSCO-Norfolk | )<br>)<br>) |
| and | ) |
| ADVANCED INTEGRATED TECHNOLOGIES, LLC, | ) |
| Third-Party Defendants. | ) |

## JOINT NOTICE OF STIPULATED DISMISSAL OF COMPLAINT (AMENDED) AND THIRD-PARTY COMPLAINT

THE PARTIES PROVIDE NOTICE THAT the parties hereby stipulate and agree that all claims in this case are dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs, fees, and expenses. The foregoing stipulation expressly includes: (1) all claims asserted in the Amended Complaint (ECF No. 21) of Plaintiff, Douglas L. Hornsby, Administrator of the Estate of Cynthia Gary against Defendants, United States of America, Metro Machine Corp. d/b/a General Dynamics NASSCO-Norfolk, and Advanced Integrated Technologies, LLC; and (2) all claims asserted in the Third-Party Complaint (ECF No. 119) of the Third-Party Plaintiff, United States of America, and tendered from the

Amended Complaint (ECF No. 21) against Third-Party Defendants, Metro Machine Corp. d/b/a General Dynamics NASSCO-Norfolk and Advanced Integrated Technologies, LLC.

[*Signature and endorsement pages follow.*]

Dated: March 28, 2025

Respectfully submitted,

UNITED STATES OF AMERICA

ERIK S. SIEBERT
United States Attorney

By: /s/ *Kent P. Porter*_____
Kent P. Porter, VSB No. 22853
Supervisory Assistant U.S. Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Tel: (757) 441-3173
Fax: (757) 441-6689
E-mail: kent.porter@usdoj.gov

YAAKOV M. ROTH
Acting Assistant Attorney General

By: /s/ *Malinda R. Lawrence*_____
Malinda R. Lawrence, ME Bar No. 004351
James R. Whitman, DC Bar No. 987694
Shaun M. Pehl, WA Bar No. 45534
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
175 N Street, NE, 11th Floor
Washington, DC 20002
Tel: (202) 307-0033/(202) 305-8049
Fax: (202) 616-4002
E-mail: Malinda.R.Lawrence@usdoj.gov
E-mail: james.whitman@usdoj.gov
E-mail: shaun.pehl@usdoj.gov

*Attorneys for the United States*

*[Endorsement pages follow]*

**STIPULATED AND AGREED:**

**Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary**
*Plaintiff*


By:   */s/ Douglas I. Hornsby*   Dated:   March 28, 2025
          Douglas I. Hornsby, Esq.
          Administrator of the Estate of Cynthia Gary
          *Plaintiff*


By:   */s/ Robert J. Haddad*   Dated:   March 28, 2025
          Robert J. Haddad, Esq. VSB No. 22298
          RULOFF, SWAIN, HADDAD, MORECOCK, TALBERT & WOODWARD, P.C.
          317 30th Street
          Virginia Beach, VA 23452
          (757) 671-6036
          rhaddad@srgslaw.com
          *Counsel for Douglas I. Hornsby, Administrator of the Estate of Cynthia Gary*
          *Plaintiff*

[*Endorsement pages continue*]

**UNITED STATES OF AMERICA,**
*Third-Party Plaintiff*

YAAKOV M. ROTH
Acting Assistant Attorney General

By:    */s/*   *Malinda R. Lawrence*
        Malinda R. Lawrence, ME Bar No. 004351
        James R. Whitman, DC Bar No. 987694
        Shaun M. Pehl, WA Bar No. 45534
        Trial Attorneys
        United States Department of Justice
        Civil Division, Torts Branch
        Aviation, Space & Admiralty Litigation
        175 N Street, NE, 11th Floor
        Washington, DC 20002
        Tel: (202) 307-0033/(202) 305-8049
        Fax: (202) 616-4002
        E-mail: Malinda.R.Lawrence@usdoj.gov
        E-mail: james.whitman@usdoj.gov
        E-mail: shaun.pehl@usdoj.gov

ERIK S. SIEBERT
United States Attorney

By:    */s/*   *Kent P. Porter*
        Kent P. Porter, VSB No. 22852
        Supervisory Assistant U.S. Attorney
        Office of the United States Attorney
        101 West Main Street, Suite 8000
        Norfolk, Virginia 23510-1671
        Tel: (757) 441-3173
        Fax: (757) 441-6689
        E-mail: kent.porter@usdoj.gov

*Attorneys for the United States*

[*Endorsement pages continue*]

**METRO MACHINE CORP. D/B/A GENERAL DYNAMICS NASSCO-NORFOLK**
*Third-Party Defendant*


By:  _____*/s/ Lynn K. Brugh, IV*_____     Dated: _____March 28, 2025_____
Lynn K. Brugh, IV, Esq. VSB No. 36778
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
(804) 420-6461
lbrugh@williamsmullen.com
*Counsel for Third-Party Defendant Metro Machine Corp.*

[*Endorsement pages continue*]

**ADVANCED INTEGRATED TECHNOLOGIES, LLC**
*Third-Party Defendant*


By: ___/s/ Jennifer L. Eaton_____    Dated: _____March 28, 2025_____
Jennifer L. Eaton, Esq. VSB No. 87491
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main St., Suite 500
Norfolk, VA 23510
(757) 446-8600
Jennifer.Eaton@woodsrogers.com
*Counsel for Third-Party Defendant Advanced Integrated Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to all counsel of record.

By:     /s/ *Malinda R. Lawrence*
       Malinda R. Lawrence
       *Counsel for the United States*