# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| DOUGLAS I. HORNSBY, Administrator of<br>The Estate of CYNTHIA GARY, ) <br> ) <br>Plaintiff, ) <br> ) <br>v. ) <br> ) <br>THE UNITED STATES OF AMERICA, ) <br> ) <br>Defendant and Third-Party Plaintiff, ) <br> ) <br>v. ) <br> ) <br>METRO MACHINE CORP., d/b/a ) <br>GENERAL DYNAMICS NASSCO-Norfolk ) <br> ) <br>and ) <br> ) <br>ADVANCED INTEGRATED TECHNOLOGIES, LLC, ) <br> ) <br>Third-Party Defendants. ) | Case 2:22-cv-00427<br><br>In Admiralty |

## UNITED STATES' NOTICE OF PROPOSED ORDER OF DISMISSAL

NOW COMES the United States of America and, pursuant to the Court's Order dated February 7, 2025 (ECF No. 177), provides notice that, the parties having stipulated and agreed that all claims in this case be dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs, fees, and expenses, a proposed order dismissing Plaintiff's Complaint, as amended (ECF No. 21), the United States' Third-Party Complaint (ECF No. 119) is submitted herewith.

[*Signature page follows.*]

Dated: March 31, 2025

Respectfully submitted,

UNITED STATES OF AMERICA

ERIK S. SIEBERT
United States Attorney

By: /s/ *Kent P. Porter*
Kent P. Porter, VSB No. 22853
Supervisory Assistant U.S. Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Tel: (757) 441-3173
Fax: (757) 441-6689
E-mail: kent.porter@usdoj.gov

YAAKOV M. ROTH
Acting Assistant Attorney General

By: /s/ *Malinda R. Lawrence*
Malinda R. Lawrence, ME Bar No. 004351
James R. Whitman, DC Bar No. 987694
Shaun M. Pehl, WA Bar No. 45534
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
175 N Street, NE, 11th Floor
Washington, DC 20002
Tel: (202) 307-0033/(202) 305-8049
Fax: (202) 616-4002
E-mail: Malinda.R.Lawrence@usdoj.gov
E-mail: james.whitman@usdoj.gov
E-mail: shaun.pehl@usdoj.gov

*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to all counsel of record.

      By:    /s/ *Malinda R. Lawrence*
              Malinda R. Lawrence
              *Counsel for the United States*