**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | | |
|---|---|---|
| DOUGLAS I. HORNSBY, Administrator of | ) | |
| The Estate of CYNTHIA GARY, | ) | |
| | ) | |
| Plaintiff, | ) | Case 2:22-cv-00427 |
| | ) | |
| v. | ) | In Admiralty |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| METRO MACHINE CORP., d/b/a | ) | |
| GENERAL DYNAMICS NASSCO-Norfolk | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ADVANCED INTEGRATED TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## DISMISSAL ORDER

On March 28, 2025, the parties jointly stipulated that, this matter having been resolved by negotiated disposition, all claims in this case are dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs, fees, and expenses.

IT IS THEREFORE ORDERED that this action, the Plaintiff's Complaint, as amended (ECF No. 21), and the United States' Third-Party Complaint (ECF No. 119), are DISMISSED WITH PREJUDICE and without costs, expenses, or interest.

___/s/_____

United States District Judge

Norfolk, Virginia
March 31, 2025